## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

      CASE NO.:  8:18-cv-02869-T-33CPT

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: December 11, 2018.

    */s/ Shane B. Vogt*
    Kenneth G. Turkel – FBN 867233
    Shane B. Vogt – FBN 257620
    BAJO | CUVA | COHEN | TURKEL
    100 North Tampa Street, Suite 1900
    Tampa, Florida 33602
    Tel:  (813) 443-2199
    Fax: (813) 443-2193
    E-mail:  kturkel@bajocuva.com
    E-mail:  svogt@bajocuva.com

{BC00172701:1}

- 2 -

and

Charles J. Harder, Esq.
Jordan Susman, Esq.
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601
E-mail:  charder@harderllp.com
E-mail:  jsusman@harderllp.com

*Attorneys for Plaintiffs*