UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                  Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## INDEX OF EXHIBITS TO
## DECLARATION OF CHRIS FRANKEL

| Number | Title |
|---|---|
| 1 | Non-Disclosure Agreement (Jun. 22, 2015) |
| 2(A) | Cease-and-Desist Email from Plaintiff's Counsel to Chris Frankel (Nov. 9, 2018) |
| 2(B) | Cease-and-Desist Letter from Plaintiff's Counsel to Chris Frankel (Nov. 9, 2018) |
| 3 | Email from Chris Frankel to Plaintiff's Counsel (Nov. 12, 2018) |