UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                                   Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## FRANKEL'S REQUEST FOR JUDICIAL NOTICE

The defendant, Christopher L. Frankel, through counsel and under Federal Rule of Evidence 201, requests judicial notice of the following evidence:

**Exhibit 1**: The National Adjudicatory Council of the Financial Industry Regulatory Authority's Decision in *Dep't of Enforcement v. Scottsdale Capital Advisors Corporaton, John Joseph Hurry, Timothy Brian DiBlasi, and Darrel Michael Cruz*, Compl. No. 2014041724601 (July 20, 2018).

**Exhibit 2**: Order Granting Motion to Dismiss in *Scottsdale Capital Advisors Corp. and John Huyy v. The Deal, LLC and William Meagher*, Case No. 1:16-cv-545 (D.N.H. Sep. 8, 2017).

**Exhibit 3**: Order Granting Motion for Summary Judgment in *John J. Hurry, Justine Hurry, Investment Services Corporation, Hurry Family Revocable Trust Dated 10/18/11, Investment Services Partners LLC, Scottsdale Capital Advisors Partners LLC, et al. v. Financial*

*Industry Regulatory Authority Incorporated, Scott M Anderson, and Ten Unknown Parties*, Case No. 2:14-cv-2490 (D. Ariz. March 29, 2018).

## MEMORANDUM OF LAW

The Court may take judicial notice of facts that are not subject to reasonable dispute in that they are either "(1) generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).  The Court may take judicial notice of documents filed in other courts "to establish the fact of such litigation and related filings" and of orders for the purpose of "recognizing the 'judicial act' that the order represents or the subject matter of the litigation." United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994).

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel certifies that counsel for the defendant has conferred with counsel for the plaintiffs, and the plaintiffs have not agreed to the relief requested.


Dated: December 17, 2018            By:   */s/ Harold D. Holder*
                                          David C. Banker (Fla. Bar No. 352977)
                                          Harold D. Holder (Fla. Bar No. 118733)
                                          BUSH ROSS, PA
                                          1801 N. Highland Avenue
                                          Tampa, Florida 33602
                                          Phone: 813-224-9255
                                          Fax:    813-223-9620
                                          Primary: dbanker@bushross.com;
                                          hholder@bushross.com
                                          Secondary: aflowers@bushross.com
                                           *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2018, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/EFC participants:

Shane B. Vogt, Esquire
Kenneth G. Turkel, Esquire
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com

Charles J. Harder, Esquire
Jordan Susman, Esquire
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

By:  */s/ Harold D. Holder*