UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                              Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## INDEX OF EXHIBITS TO
## FRANKEL'S REQUEST FOR JUDICIAL NOTICE

| Number | Title |
|--------|-------|
| 1 | The National Adjudicatory Council of the Financial Industry Regulatory Authority's Decision in *Dep't of Enforcement v. Scottsdale Capital Advisors Corporaton, John Joseph Hurry, Timothy Brian DiBlasi, and Darrel Michael Cruz*, Compl. No. 2014041724601 (July 20, 2018). |
| 2 | Order Granting Motion to Dismiss in *Scottsdale Capital Advisors Corp. and John Huyy v. The Deal, LLC and William Meagher*, Case No. 1:16-cv-545 (D.N.H. Sep. 8, 2017). |
| 3 | Order Granting Motion for Summary Judgment in *John J. Hurry, Justine Hurry, Investment Services Corporation, Hurry Family Revocable Trust Dated 10/18/11, Investment Services Partners LLC, Scottsdale Capital Advisors Partners LLC, et al. v. Financial Industry Regulatory Authority Incorporated, Scott M Anderson, and Ten Unknown Parties*, Case No. 2:14-cv-2490 (D. Ariz. March 29, 2018). |