UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.        Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**INDEX OF EXHIBITS TO**
**DECLARATION OF CHRIS FRANKEL**

| Number | Title |
|---|---|
| 1 | Microcap & Unregistered Securities Correspondent Guidebook (Jun. 26, 2013) |
| 2 | Cease-and-Desist Letter from Plaintiff's Counsel to Chris Frankel (Nov. 9, 2018) |
| 3 | Email from Chris Frankel to Plaintiff's Counsel (Nov. 12, 2018) |