UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD., THE HURRY
FAMILY REVOCABLE TRUST,
SCOTTSDALE CAPITAL ADVISORS
CORPORATION, and ALPINE
SECURITIES CORPORATION,

    Plaintiffs,

v.                     Case No. 8:18-cv-2869-T-33CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

### ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 32), filed on January 18, 2019, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Peter J. Grilli, Esq.

    **Address**:    3001 W. Azeele Street
                  Tampa, Florida 33609

    **Telephone:**    (813) 874-1002

1

By agreement of the parties, the mediation conference is scheduled for **July 26, 2019, at 10:00 A.M.** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of January, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE