UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.   Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

# EXHIBIT 3

## Frankel's Initial Disclosures – 2/1/19

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                            Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**Frankel's Initial Disclosures**

The defendant, Christopher L. Frankel ("**Chris Frankel**"), through counsel and in accordance with the Court's Case Management Order and Fed. R. Civ. P. 26(a)(1)(A), provides his initial disclosures as follows:

**(i)** **The names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information – along with the subjects of that information – that Chris Frankel may use to support his defenses and counterclaim, unless the use would be solely for impeachment:**

| NAME | SUBJECT MATTER |
|---|---|
| Christopher L. Frankel | Knowledge that Frankel did not use unlawfully any of the plaintiffs' allegedly confidential information. |
| Stephen J. Czarnik, Esquire<br>245 Park Avenue, 39th Floor<br>New York, NY 10167<br>(212) 729-3490 | Knowledge that Frankel did not disclose or misuse plaintiffs' allegedly confidential information in considering possible acquisition of a Chicago broker/dealer. |

1

**(ii)** **Copies or descriptions of all documents and things in Chris Frankel's custody, possession, or control which he may use to support his defenses and counterclaim, unless the use would be solely for impeachment:**

Frankel has produced with this disclosure all of the plaintiffs' documents in his possession. Frankel offered to return these documents in his November 12, 2018 response to the plaintiffs' demand letter, but the plaintiffs ignored his response and sued instead. Frankel retrieved these documents by the following methodology:

On January 25, 2019, an independent, third-party vendor copied all of the files stored in Frankel's email accounts with Google and Yahoo. Undersigned counsel supervised searches to collect copies of emails (including attachments) received from the following senders:

- all senders with the domain alpine-securities.com
- all senders with the domain scottsdalecapital.com
- all senders with the domain scalawyer.com
- all senders with the domain jhurry.com
- justinehurry@yahoo.com

Undersigned counsel then supervised removal of duplicates and conversion of the native files to portable document files bates numbered FRANKEL_000001 to FRANKEL_002246, copies of which are being produced, together with copies of native files, which are named according to the bates number of the first page of each file. Password protection of the native file numbered FRANKEL_001015 prevented its conversion to a portable document file.

**(iii)** **A computation of each category of damages claimed by Chris Frankel including the documents and evidentiary material on which the damages are based:**

None. Chris Frankel seeks a declaratory judgment and attorney's fees in his counterclaim, not damages.

**(iv)** **Any insurance agreement under which an insurer may be liable to satisfy any judgment rendered in this case:**

None.

Dated: February 1, 2019

                                                */s/ David C. Banker*
                                                David C. Banker (Fla. Bar No. 352977)
                                                Harold D. Holder (Fla. Bar No. 118733)
                                                BUSH ROSS, PA
                                                1801 N. Highland Avenue

>Tampa, Florida 33602
>Phone: 813-224-9255
>Fax:     813-223-9620
>Primary: dbanker@bushross.com;
>hholder@bushross.com
>Secondary: aflowers@bushross.com
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2019, I caused Frankel's initial disclosures to be served on all counsel of record by email at the following addresses:

Shane B. Vogt, Esquire
Kenneth G. Turkel, Esquire
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com

Charles J. Harder, Esquire
Jordan Susman, Esquire
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

By:  */s/ David C. Banker*