UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                                    Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

# EXHIBIT A

# Plaintiffs' First Set of Interrogatories to Defendant

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

        CASE NO.: 8:18-cv-02869-VMC-CPT

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, plaintiffs Cayman Securities Clearing and Trading LTD, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation, by their undersigned counsel, hereby serves the following set of interrogatories (the "Interrogatories") on defendant Christopher Frankel.  Each of the following Interrogatories shall be answered separately and under oath in accordance with the definitions and instructions set forth below.

## DEFINITIONS

1.    "Alpine" shall mean Alpine Securities Corporation and all of its employees, agents, officers, members, representatives, attorneys and/or any other person who has acted or purported to act for or on its behalf.

2.    "Plaintiffs" shall mean plaintiffs Cayman Securities Clearing and Trading LTD, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine

1

Securities Corporation and each of them, and all of their employees, officer, members, agents, representatives, attorneys and/or any other person who has acted or purported to act for or on their behalf.

3. "You" and "Your" shall mean defendant Christopher Frankel and all of his employees, agents, representatives, attorneys and/or any other person who has acted or purported to act for or on his behalf.

4. The term "identify" shall mean and require the production of the following information:

a. As to a person, state the full name, present or last known residential and business address and phone number(s), and such person's relationship, if any, to you.

b. As to an entity, state the current name for the entity, its principal office address and telephone number and the name of the person with whom most of the communications with such entity are made or the name of the person whom the party responding to the interrogatory believes would have personal knowledge regarding the information sought in the interrogatory.

c. As to a document, state the type of document identified, its author(s) and their title and position, the date such document was created, a general description of the subject matter of the document, and the present location of such document.

d. As to a communication or meeting, the date of the communication or meeting, the identity of all parties to the communication or meeting, the subject matter of the communication or meeting and general substance of the communication or meeting.

## INSTRUCTIONS

1. In the event that any information within the scope of these requests is privileged, You are required to identify the asserted privilege. To the extent only a portion of the information

2

is claimed to be privileged, You are required to identify the asserted privilege and provide the unprivileged information within the scope of the request.

2. Each paragraph herein shall be construed independently and not with reference to any other paragraph for the purpose of limitation.

3. The use of capital letters, lower case letters or quotation marks in these Requests shall not be construed to limit the scope of any specific request contained herein.

4. The use of the singular form of a word includes the plural and vice versa.

5. These Requests are continuing in nature and You are obligated to produce additional documents or information whenever they are acquired, discovered or come into existence after the date of the initial response.

## INTERROGATORIES

1. Identify all email addresses You have used since June 1, 2015.

2. Identify all current or former clients of Plaintiffs with whom You have communicated since August 1, 2018.

3. Identify all financial institutions that currently have or previously had relationships with Plaintiffs with whom You have communicated since August 1, 2018.

4. Identify all broker-dealers that You have contemplated purchasing, whether directly, indirectly, in whole or in part, since August 1, 2018.

5. Identify the date, time, place, and a summary of all oral communications between You and Steve Mashawar since August 1, 2018.

6. Identify the date, time, place, and a summary of all oral communications between You and Carlos Montoya since August 1, 2018.

7. Identify the date, time, place, and a summary of all oral communications between You and Jim Kelly since August 1, 2018.

8. Identify the date, time, place, and a summary of all oral communications between You and Austin Trust Company or its employees, officers, members, or representatives, since August 1, 2018.

Dated: January 15, 2019

Respectfully submitted,

*/s/ Jordan Susman*
Charles J. Harder, Esq.
*Pro Hac Vice Granted*
Jordan Susman, Esq.
*Pro Hac Vice Granted*
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601
E-mail:  charder@harderllp.com
E-mail:  jsusman@harderllp.com

-and-

Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Shane B. Vogt
Florida Bar No. 0257620
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
Email:  kturkel@bajocuva.com
Email:  svogt@bajocuva.com