UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

      Plaintiffs,

v.                                         Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

      Defendant.

_____/

### Chris Frankel's Interrogatories to Alpine Securities Corporation

The defendant, Christopher L. Frankel ("**Chris Frankel**"), through counsel and under Fed. R. Civ. P. 33, requests the plaintiff, Alpine Securities Corporation ("**Alpine Securities**"), to answer the following questions under oath in the spaces after each question.  Chris Frankel has served a Word version of these interrogatories to enable the plaintiff to re-state the questions in responding to the interrogatories.

### Definitions:

"Complaint" means the plaintiffs' complaint filed in this case.

"Confidential Information" means the plaintiffs' information and trade secrets which the plaintiffs contend Chris Frankel has used unlawfully for which the plaintiffs have sued Chris Frankel.

"Identify" with respect to a document means to state the document's author, date, addressees, subject, and a brief description of its contents.

1

"Identify" with respect to a person or entity means to state the person or entity's name, physical and email addresses, and telephone number.

"You" and "your" mean the plaintiffs, Cayman Securities, Hurry Trust, Scottsdale Capital, and Alpine Securities.

## Interrogatories:

1. State in detail all Confidential Information and the owners of all Confidential Information which you contend Chris Frankel has used unlawfully.

   **Answer:**


2. Identify each document containing Confidential Information which you contend Chris Frankel has used unlawfully.

   **Answer:**


3. State in detail what you contend Chris Frankel has done that constitutes unlawful use of all Confidential Information which you contend that Chris Frankel has used unlawfully.

   **Answer:**


4. Regarding your allegation in paragraph 20 of your complaint, which states: "Upon information and belief, after leaving Alpine, if not earlier, Defendant [Chris Frankel] knowingly, willfully, and maliciously breached his obligations to Plaintiffs under the NDA and used confidential information obtained from Plaintiffs to solicit capital, establish banking relations, recruit Plaintiffs' clients, and compete with Plaintiffs' businesses. Among other things, Plaintiffs are informed and believe Defendant used the

foregoing confidential information obtained from Plaintiffs to make a bid for a broker-dealer in Chicago", provide the following information:

a. State all facts which support your allegation including the Confidential Information used, the capital solicited, the banking relations established, the clients recruited, the activity competitive with the plaintiffs in which Chris Frankel engaged, and the broker-dealer on which Chris Frankel bid;

**<u>Answer:</u>**

b. Identify all persons having knowledge of the facts which support your allegation, and the facts known by each person; and

**<u>Answer:</u>**

c. Identify all documents which support your allegation.

**<u>Answer:</u>**

5. Regarding your allegation in paragraph 30 of your complaint that "Defendant [Chris Frankel] materially breached the NDA by disclosing Confidential Information (as defined in the NDA) to third parties in breach of paragraph 2(a) of the NDA. In addition, Defendant [Chris Frankel] materially breached paragraph 2(b) of the NDA by using Confidential Information for his own benefit and not for the benefit of Plaintiffs", provide the following information:

a. State all facts which support your allegation including the Confidential Information disclosed and the third parties to whom the Confidential Information was disclosed;

**Answer:**

    b.  Identify all persons having knowledge of the facts which support this allegation, and the facts known by each person; and

        **Answer:**

    c.  Identify all documents which support the allegation.

        **Answer:**

6.  Regarding your allegations in paragraphs 39 and 49 of your complaint that "Defendant [Chris Frankel] misappropriated, disclosed, and used the Trade Secrets for his own benefit", provide the following information:

    a.  State all facts which support your allegation including the Trade Secrets which Chris Frankel misappropriated and disclosed, the third parties to whom he disclosed them, and how Chris Frankel used the Trade Secrets for his own benefit;

        **Answer:**

    b.  Identify all persons having knowledge of the facts which support this allegation, and the facts known by each person; and

        **Answer:**

    c.  Identify all documents which support the allegation.

        **Answer:**

7.  Regarding your allegation in paragraph 57 of your complaint that "Defendant [Chris Frankel] engaged in unfair methods of competition and deceptive and/or unfair business practices by using Plaintiffs' confidential information and Trade Secrets to solicit Plaintiffs' clients, establish relationships with their financial institutions and investors, and attempt to acquire a broker-dealer in Chicago", provide the following information:

   a.  State all facts which support your allegation including the Confidential Information and Trade Secrets which Chris Frankel unlawfully used, the clients whom Chris Frankel solicited, the financial institutions and investors with whom Chris Frankel established relationships, the broker-dealer which Chris Frankel attempted to acquire, and how Chris Frankel used the Confidential Information and Trade Secrets unlawfully to do these things;

   **Answer:**


   b.  Identify all persons having knowledge of the facts which support your allegation, and the facts known by each person; and

   **Answer:**


   c.  Identify all documents which support your allegation.

   **Answer:**


8.  Regarding the allegations in your complaint that Chris Frankel's unlawful use of your Confidential Information has caused you to sustain damages, provide the following

information:

    a.  Describe all components, amounts, and method of calculation of all damages which you have sustained;

       **Answer:**

    b.  Identify all persons having knowledge of the facts which support your damage allegations, and the facts known by each person; and

       **Answer:**

    c.  Identify all documents which support your damage allegations.

       **Answer:**

9.  Regarding the statement in paragraph 7 of John Hurry's declaration filed in this case, that "Alpine soon thereafter learned that, despite Frankel having signed a nondisclosure and confidentiality agreement (the "NDA"), he was using Alpine's and the other Hurry Parties' confidential information and trade secrets for the benefit of his new business ventures", provide the following information:

    a.  State in detail how Alpine learned that Frankel was using Alpine's and the other Hurry Parties' confidential information and trade secrets for the benefit of Chris Frankel's new business ventures, identify all of the facts that Alpine learned, and identify the persons from which Alpine learned each fact.

       **Answer:**

    b.  State all of the Confidential Information and trade secrets that Frankel used, identify each of Frankel's new business ventures which benefited from Frankel's use of the confidential information and trade secrets, and state in detail how Frankel's new business ventures benefited.

**<u>Answer:</u>**

10. Regarding your allegations in paragraphs 22, 31, and 60 of your complaint that you have suffered and will continue to suffer irreparable harm from Chris Frankel's unlawful use of your Confidential Information, provide the following information:

    a.  State in detail how you have suffered and will continue to suffer irreparable harm;

**<u>Answer:</u>**

    b.  Identify all persons having knowledge of the facts which support your allegations of irreparable harm and the facts known by each person; and

**<u>Answer:</u>**

    c.  Identify all documents which support your allegations of irreparable harm.

**<u>Answer:</u>**

## <u>VERIFCATION</u>

ALPINE SECURITIES CORPORATION

By:_____

Its:_____

STATE OF _____     )
                               ) SS:
COUNTY OF _____      )

     BEFORE ME, the undersigned authority personally appeared _____ who, being first duly sworn upon oath, deposes and states that he/she is a _____ of ALPINE SECURITIES CORPORATION and the proper person to sign the foregoing Responses to Chris Frankel's Interrogatories and that the foregoing Responses to Chris Frankel's Interrogatories, are true and correct.

     IN WITNESS WHEREOF, my hand and seal in the state and county aforesaid, this _____ day of _____, 2019.

_____
NOTARY PUBLIC
State of Florida at Large

My Commission Expires:

_____

_____
Print or type Notary Name

Personally known to me_____

Produced Identification:_____

Type:_____

8