**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2869-T-33CPT | DATE: April 26, 2019 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **CAYMAN SECURITIES CLEARING AND TRADING LTD., ET AL.**<br><br>    Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>    Defendant | **PLAINTIFF COUNSEL**<br>Jordan Susman<br><br><br><br>**DEFENDANT COUNSEL**<br>Harold Holder<br>David Banker | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 3:06 PM – 4:13 PM<br>**TOTAL:** 1 hour 7 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:** MOTION HEARING re MOTION to Dismiss Plaintiff First Amended Complaint (Doc. #38)

Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 38) is **GRANTED**.

The Amended Complaint (Doc. # 37) is **DISMISSED** without prejudice.

Plaintiffs are authorized to file a second amended complaint by May 10, 2019.

The Court requests will request that the Magistrate Judge hear all three pending discovery motions at the May 7, 2019, hearing--Dockets # 40, 41, and 46.