UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

      Plaintiffs,

v.                                         Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

      Defendant.
_____/

## FRANKEL'S NOTICE REGARDING MAY 7, 2019 DISCOVERY HEARING

The defendant, Christopher L. Frankel, through counsel, states that in addition to the documents cited in his motion to compel (Doc # 46) and his response (Doc. #44) to the plaintiffs' motions to compel (Docs ## 40, 41), Frankel will also rely on the following documents during the discovery hearing set for May 7, 2019.

1.      Frankel's response (attached as Exhibit 1) to the plaintiff's interrogatories, including Frankel's objection to the plaintiffs' definition of "Identify," which the plaintiffs did not present in connection with their motion to compel.

2.      The parties' case management report (Doc. # 25), which states that "[t]he parties are discussing a Confidentiality Agreement concerning discovery." (*Id.* at 7). Frankel's counsel insisted on including this statement instead of a statement that "the parties agree to prepare a mutually agreeable confidentiality agreement" because Frankel's counsel anticipated issues with entering a discovery confidentiality agreement.

3.      An email (attached as Exhibit 2) in which Frankel's counsel informed the plaintiffs' counsel that Frankel would not agree to a discovery confidentiality agreement.

4.      The clerk's minutes from the hearing on April 26, 2019 (Doc. # 50), which reflect this Court's order dismissing the amended complaint without prejudice.

Dated: May 6, 2019          By:   */s/ Harold Holder*_____
                                    David C. Banker (Fla. Bar No. 352977)
                                    Harold D. Holder (Fla. Bar No. 118733)
                                    BUSH ROSS, PA
                                    1801 N. Highland Avenue
                                    Tampa, Florida 33602
                                    Phone: 813-224-9255
                                    Fax:    813-223-9620
                                    Primary: dbanker@bushross.com;
                                    hholder@bushross.com
                                    Secondary: aflowers@bushross.com
                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2019, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/EFC participants:

Shane B. Vogt, Esquire
Kenneth G. Turkel, Esquire
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com

Charles J. Harder, Esquire
Jordan Susman, Esquire
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

                                    By:   *Harold Holder*_____