# Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

CASE NO.:  8:18-cv-02869-VMC-CPT

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

**Frankel's Notice of Serving Verified Responses to Plaintiffs' Initial Interrogatories**

The defendant, Christopher L. Frankel ("**Frankel**"), through counsel and under Fed. R. Civ. P. 33, serves the following verified answers to the plaintiffs' initial interrogatories, served on January 15, 2019.

                                      */s/ David C. Banker*
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-223-9620
Primary: dbanker@bushross.com;
candersen@bushross.com;
hholder@bushross.com
Secondary:   aflowers@bushross.com
ksalter@bushross.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

    I certify that I caused Frankel's Notice of Serving Responses, and the accompanying Verified Responses to the plaintiffs' Initial Interrogatories, to be served via electronic mail on plaintiffs' counsel on February 14, 2019, at the following addresses:

Shane B. Vogt, Esquire
Kenneth G. Turkel, Esquire
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL 33602
kturkel@bajocuva.com
svogt@bajocuva.com

Charles J. Harder, Esquire
Jordan Susman, Esquire
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

                                                   By:    */s/ David C. Banker*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

               CASE NO.: 8:18-cv-02869-VMC-CPT

  Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

  Defendant/Counter-Plaintiff.
_____/

**Frankel's Responses to Plaintiffs' Initial Interrogatories**

The defendant, Christopher L. Frankel ("**Frankel**"), responds to the plaintiffs' initial interrogatories as follows:

**Preliminary Objection**

Chris Frankel objects to the plaintiffs' Definitions and Instructions to the extent that they seek to impose obligations exceeding or varying from the obligations regarding discovery under the Federal Rules of Civil Procedure. Chris Frankel has ignored the plaintiffs' definitions and instructions and has responded to the interrogatories in accordance with his plain English interpretation of the questions and the requirements of the Federal Rules of Civil Procedure.

**Interrogatories and Responses**

1. Identify all email addresses you have used since June 1, 2015.

**Answer:** cfrankel@alpine-securities.com; salfrankel@yahoo.com; chrisfrankel13@gmail.com .

3

2. Identify all current or former clients of Plaintiffs with whom you have communicated since August 1, 2018.

**Answer:** I recall that the following persons and entities, who have done business with one or more of the plaintiffs, have contacted and communicated with me since August 1, 2018:

a. <u>Kurt Kramer – Power Up Lending and Asher Enterprises</u>;

b. <u>Bryan Collins / Sam O'Shana – Silverback and Rockwell Capital</u>;

c. <u>Coby Neuenschwander / John Fife – Chicago Venture</u>;

d. <u>Adam Long – L2 Capital</u>;

e. <u>Al Sollami – Auctus</u>;

f. Vince Searra – EROP;

g. <u>Steve Hicks – Livingston and Southridge</u>;

h. <u>Chip Cleland</u> / Paul Winkle / Nick Solerno – Continuation Capital; and

i. Felicia – EMA.

I knew and had prior business relationships with the underlined individuals and entities before my association with Alpine. Many of the foregoing individuals and entities, including EROP/Searra and EMA/Felicia, initiated contact with me after my employment with Alpine ceased.

3. Identify all financial institutions that currently have or previously had relationships with Plaintiffs with whom you have communicated since August 1, 2018.

**Answer:** I recall communicating with the following financial institutions, since August 1, 2018, which have had relationships with one or more of the plaintiffs:

a. Lakeside Bank; and

b. Servis1st Bank.

Communications did not concern plaintiffs' confidential information.

4. Identify all broker-dealers that you have contemplated purchasing, whether directly, indirectly, in whole or in part, since August 1, 2018.

**Answer:**   Objection: The identity of any broker-dealers which Chris Frankel has contemplated purchasing is proprietary and confidential.  Chris Frankel has used no confidential information of the plaintiffs in contemplating the purchase of any broker-dealer.  Chris Frankel knew and knows of no broker-dealer which the plaintiffs have contemplated purchasing before, during, or after Chris Frankel's employment and consultant relationship with Alpine.  The plaintiffs have no non-competition or non-solicitation agreement with Frankel.  Frankel has been free to contemplate purchasing, or to purchase, any broker-dealer he wishes, provided he did not use the plaintiffs' confidential information to do so, and he did not.

5. Identify the date, time, place, and a summary of all oral communications between you and Steve Mashawar since August 1, 2018.

**Answer:**  None that I recall.

6. Identify the date, time, place, and a summary of all oral communications between You and Carlos Montoya since August 1, 2018.

**Answer:**  None that I recall.

7. Identify the date, time, place, and a summary of all oral communications between you and Jim Kelly since August 1, 2018.

**Answer:**  I recall speaking with Jim Kelly once after August 1, 2018, to ask his opinion regarding the value of a broker-dealer which I was contemplating purchasing.

8. Identify the date, time, place, and a summary of all oral communications between you and Austin Trust Company or its employees, officers, members, or representatives, since August 1, 2018.

**Answer:**  None to my knowledge.

## **VERIFICATION**

I, Christopher Frankel, have read the foregoing Responses to Plaintiff's Initial Interrogatories, and they are true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

_____
CHRISTOPHER L. FRANKEL