# Exhibit 2

| | |
|---|---|
| **From:** | David C. Banker |
| **Sent:** | Wednesday, April 17, 2019 4:56 PM |
| **To:** | 'Jordan Susman' |
| **Cc:** | Margo Arnold; Harold D. Holder; Anita Flowers |
| **Subject:** | Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley |

Jordan,

My guy has not agreed to confidentiality agreement.  Give me dates for corporate representatives of Cayman, Hurry Trust, Scottsdale, and Alpine with knowledge of the following:

1. Claims asserted in pre-suit demand letter;
2. Claims asserted in initial complaint;
3. Claims asserted in amended complaint;
4. Plaintiffs' interrogatory responses;
5. Plaintiffs' responses to request for production of documents; and
6. Plaintiffs' initial disclosures.

To the extent that the plaintiffs are not designating John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelly as corporate representatives, I will wish to depose them immediately after corporate representative depositions.  Week of April 29 or May 6 work for me.  Let's set aside 2.5 days.  You can depose my guy after I depose your people.

Happy to offer one of our conference rooms for the depositions, or to set at a court reporter's office.  Let me know week and location which work for you, and I'll send out notices.


David C. Banker, Esq.
Board Certified Civil Trial Lawyer
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 224-9255  [Phone]
(813) 223-9620  [Fax]
(813) 204-6411  [Direct Line]
dbanker@bushross.com
www.bushross.com
Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913



**Privileged and Confidential:**  Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you.

**From:** Jordan Susman [mailto:jsusman@harderllp.com]
**Sent:** Monday, April 1, 2019 6:46 PM
**To:** David C. Banker
**Cc:** Margo Arnold; Harold D. Holder; Anita Flowers
**Subject:** RE: Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley

David,
Per my email below, the ball is in your court.
Once Chris produces responsive documents, we will want to take his depo in Tampa at same time as PMK depos.
Also, let me know whether your client has agreed to language of Confidentiality Agreement (whether he will agreed to change "12(h)" in Paragraph 15 of the draft confidentiality agreement to "12(g)&(h)"), so that we may produce documents.

Thanks

**From:** David C. Banker <dbanker@bushross.com>
**Sent:** Monday, April 1, 2019 6:07 AM
**To:** Jordan Susman <jsusman@harderllp.com>
**Cc:** Margo Arnold <marnold@harderllp.com>; Harold D. Holder <hholder@bushross.com>; Anita Flowers <aflowers@bushross.com>
**Subject:** Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley

Jordan,

What is the status on deposition dates for your guys?  Let's get them on the calendar.


David C. Banker, Esq.
Board Certified Civil Trial Lawyer
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 224-9255  [Phone]
(813) 223-9620  [Fax]
(813) 204-6411  [Direct Line]
dbanker@bushross.com
www.bushross.com
Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913



**Privileged and Confidential:**  Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you.

**From:** David C. Banker
**Sent:** Friday, March 15, 2019 1:31 PM
**To:** 'Jordan Susman'
**Cc:** Margo Arnold; Harold D. Holder; Anita Flowers
**Subject:** RE: Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley

Thanks, Jordan.  I will want to depose Hurry as corporate representative of Trust (and perhaps other entities as well).  I suspect he would be most knowledgeable.  Topics will be allegations in amended complaint, plaintiffs' initial disclosures, and discovery responses.  Sorry to have gone dark on you.  I have been crazy busy on another case.  Should get some time to return to this case next week.  Talk to you soon.


David C. Banker, Esq.
Board Certified Civil Trial Lawyer
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 224-9255  [Phone]
(813) 223-9620  [Fax]
(813) 204-6411  [Direct Line]
dbanker@bushross.com
www.bushross.com
Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913



**Privileged and Confidential:**  Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you.

**From:** Jordan Susman [mailto:jsusman@harderllp.com]
**Sent:** Thursday, March 14, 2019 3:06 PM
**To:** David C. Banker
**Cc:** Margo Arnold; Harold D. Holder; Anita Flowers
**Subject:** RE: Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley

Trying to figure out dates.
Location will depend on type of deposition. Individual depos would be where they are located. PMK depos would likely be in Tampa—and we would want to coordinate with Frankel's depo (which will occur after he produces responsive documents.)


**From:** David C. Banker <dbanker@bushross.com>
**Sent:** Friday, March 8, 2019 4:22 AM
**To:** Jordan Susman <jsusman@harderllp.com>
**Cc:** Margo Arnold <marnold@harderllp.com>; Harold D. Holder <hholder@bushross.com>; Anita Flowers <aflowers@bushross.com>
**Subject:** Frankel's request to depose John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley

Jordan,

Get me dates to depose the plaintiffs' witnesses / representatives, John Hurry, Henry Diekmann, Joseph Walsh, and Jim Kelley.


David C. Banker, Esq.
Board Certified Civil Trial Lawyer
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 224-9255  [Phone]
(813) 223-9620  [Fax]
(813) 204-6411  [Direct Line]
dbanker@bushross.com
www.bushross.com
Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913



**Privileged and Confidential:**  Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you.