**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:18-cv-2869-T-33CPT | **DATE:** | May 7, 2019 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| CYMAN SECURITIES & TRADING LTD, et al.<br><br>v.<br><br>CHRISTOPHER FRANKEL | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Margo Arnold | |
| | | **DEFENSE COUNSEL**<br>David Banker<br>Harold Holder | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 11:02 a.m. – 11:45 a.m.<br>11:58 a.m. – 12:15 p.m. | **TOTAL: 1 hour** | **COURTROOM:** 12B |

**PROCEEDINGS:    MOTION HEARING**

The Court hears oral argument re: Plaintiffs' Motion to Compel Responses & Interrogatories (Doc. 40), Motion to Compel Responses & Production of Documents (Doc. 41), and Motion to Compel Interrogatory Answers (Doc. 46).

For the reasons stated on the record, the Court directs the parties to meet and confer in good faith and file a joint notice by May 24, 2019, advising the Court of the status of the disputes that have been raised in their motions.   The notice should include what, if any, objections remain for the Court's resolution and to address all of the pending matters raised in the motions in light of the newly amended complaint including the confidentiality agreement.

Order to follow.