UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                                Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**FRANKEL'S OPPOSITION TO
PLAINTIFFS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

    The defendant, Christopher L. Frankel, through counsel, opposes the plaintiffs' motion (Doc. # 62) to extend the deadlines for disclosing expert reports because the plaintiffs have not demonstrated good cause for the requested extensions.

**MEMORANDUM OF LAW**

    The plaintiffs contend that good cause exists for extending the expert disclosure deadlines because their expert cannot render an opinion "on the value of the confidential information misappropriated and misused by Frankel" until the plaintiffs obtain further discovery from Frankel. (Doc. # 62, ¶ 7). But the plaintiffs have not explained why further discovery from Frankel is required for the plaintiffs to have an expert value the plaintiffs' confidential information which the plaintiffs contend was misappropriated.

    Before suing and certainly before being permitted to take discovery, the plaintiffs are supposed to know what confidential information was misappropriated. Indeed, the rules of

pleading for claims based on misappropriation require plaintiffs to identify the misappropriated confidential information in their complaints.  See  *DynCorp Int'l v. AAR Airlift Group, Inc.*, 664 F.App'x 844, 849–50 (11th Cir. 2016); *Am. Registry, LLC v. Hanaw*, No. 2013-CV-352-FTM-29UAM, 2013 WL 6332971, at *3–4 (M.D. Fla. Dec. 5, 2013).  The plaintiffs seek extension of the expert disclosure deadlines because they did not know before suing, and they still do not know, what confidential information Frankel misappropriated (because he did not misappropriate any of the plaintiffs' confidential information).  (Frankel's Declaration, Doc. # 16-1).

Failure to investigate a claim before suing is not good cause for extending expert disclosure deadlines or any other case management deadlines.  Putative misappropriation plaintiffs may not use lawsuits and discovery as a fishing expedition unlawfully to try monitor activities of potential competitors, or to mold causes of action to try to fit discovery obtained.  *Arthrex, Inc. v. Parcus Med., LLC*, No. 2:10-CV-151, 2010 WL 11622727, at *1 (M.D. Fla. Dec. 16, 2010).  If the plaintiffs investigated and filed their lawsuit in good faith, they should have no need for further discovery from Frankel to value their confidential information.

Frankel therefore requests that the plaintiffs' motion to extend the expert disclosure deadlines be denied.  If the Court grants the plaintiffs' motion to extend, however, Frankel requests that his expert disclosure deadline be extended, and that the expert deposition deadline also be extended, as requested in the plaintiffs' motion.  All other deadlines, including the deadline for completing fact discovery and the dispositive motion deadline, should remain unchanged.

| | |
|---|---|
| Dated: May 15, 2019 | By:   */s/ David C. Banker* <br> David C. Banker (Fla. Bar No. 352977) <br> Harold D. Holder (Fla. Bar No. 118733) <br> BUSH ROSS, PA <br> 1801 N. Highland Avenue <br> Tampa, Florida 33602 <br> Phone: 813-224-9255 <br> Fax:    813-223-9620 <br> Primary: dbanker@bushross.com; <br> hholder@bushross.com <br> Secondary: aflowers@bushross.com <br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2019, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/EFC participants:

Shane B. Vogt, Esquire
Kenneth G. Turkel, Esquire
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com

Charles J. Harder, Esquire
Jordan Susman, Esquire
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

                                                                       By:   */s/ David C. Banker*