**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

      CASE NO.: 8:18-cv-02869

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## JOINT NOTICE REGARDING STATUS OF DISCOVERY DISPUTES

Pursuant to Magistrate Judge Christopher P. Tuite's May 7, 2019, Order, counsel for Plaintiffs, The Hurry Family Revocable Trust; Scottsdale Capital Advisors Corporation and Alpine Securities Corporation, and counsel for Defendant, Christopher Frankel, (collectively, the "Parties") met and conferred about their discovery disputes and agreed that:

1. The Parties shall enter into a Confidentiality Agreement by May 24, 2019;

2. Plaintiffs shall supplement their document production by May 27, 2019;

3. The Parties shall serve supplemental discovery responses by June 7, 2019;

///

///

///

///

///

1

4. If discovery issues remain after the service of the supplemental discovery responses, the Parties shall meet and confer regarding those issues prior to June 14, 2019. If the issues cannot be independently resolved, the Parties shall file an additional Joint Notice on June 14, 2019, identifying the remaining issues and requesting an expedited briefing schedule.

Dated: May 24, 2019.

Respectfully submitted,

*/s/ Jordan Susman*
Charles J. Harder
E-mail: charder@harderllp.com
Jordan Susman
E-mail: jsusman@harderllp.com
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601

Kenneth G. Turkel – FBN 867233
E-mail: kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail: svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

*Attorneys for Plaintiffs*

*/s/ Harold D. Holder*
David C. Banker – FBN 352977
E-mail: dbanker@bushross.com
Harold D. Holder – FBN 118733
E-mail: hholder@bushross.com
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax: 813-223-9620

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Jordan Susman*
Attorney