**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

        CASE NO.: 8:18-cv-02869

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## JOINT NOTICE REGARDING STATUS OF DISCOVERY DISPUTES

Pursuant to Plaintiffs, The Hurry Family Revocable Trust; Scottsdale Capital Advisors Corporation and Alpine Securities Corporation (collectively, the "Plaintiffs"), and Defendant, Christopher Frankel's ("Frankel") (collectively, the "Parties"), Joint Notice Regarding Status of Discovery Disputes (Doc. 66) and Agreed Motion to Extend Deadline to Confer and File Joint Report (Doc. 72), and Plaintiffs Agreed Motion to Extend Deadline to Confer and File Joint Report (Doc. 78), the Parties state that:

1. The Parties have met and conferred in effort to resolve their ongoing discovery disputes;

2. The Parties have been unable to resolve their ongoing discovery dispute regarding some of Frankel's objections to Plaintiffs' Request for Production of Documents.

3. Plaintiffs intend to file an Amended Motion to Compel Production of Documents but may hold filing the motion until after the July 2, 2019, hearing on Defendant's Motion to Dismiss the Second Amended Complaint.

1

Dated:  June 21, 2019.

*/s/ Margo J. Arnold*
Charles J. Harder
E-mail:  charder@harderllp.com
Jordan Susman
E-mail:  jsusman@harderllp.com
Margo J. Arnold
E-mail: marnold@harderllp.com
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601

Kenneth G. Turkel – FBN 867233
E-mail: kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail: svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Harold D. Holder*
David C. Banker – FBN 352977
E-mail: dbanker@bushross.com
Harold D. Holder – FBN 118733
E-mail:  hholder@bushross.com
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax: 813-223-9620

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Margo J. Arnold*
Attorney