UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.       Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## NOTICE OF SUPPLEMENT TO RULE 3.01(g) CERTIFICATE IN DEFENDANT'S MOTION TO QUASH NON-PARTY SUBPOENAS AND FOR PROTECTIVE ORDER (DOC # 76)

Defendant, Christopher Frankel, through counsel and under Local Rule 3.01(g), supplements the certificate of conference with counsel in Defendant's Motion to Quash Non-Party Subpoenas and for Protective Order (Doc # 76) as follows:

I certify that I conferred with opposing counsel by telephone on June 24 and 27, 2019, in a good faith effort to resolve the issues raised by the motion, and we have not been able to agree on a resolution of the motion.

Dated: June 19, 2019

By: */s/ Harold Holder*
David C. Banker (Fla. Bar No. 352977)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue, Tampa, Florida 33602
Phone: 813-224-9255 | Fax:   813-223-9620
dbanker@bushross.com; hholder@bushross.com
*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2019, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/EFC participants:

V. Stephen Cohen, Esq.
Shane B. Vogt, Esq.
Kenneth G. Turkel, Esq.
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com
scohen@bajocuva.com

Charles J. Harder, Esq.
Jordan Susman, Esq.
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

By:  *Harold Holder*