**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2869-T-33CPT | DATE: July 2, 2019 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>    Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>    Defendant | **PLAINTIFF COUNSEL**<br>Victor Cohen<br>James Monney<br><br>**DEFENDANT COUNSEL**<br>David Banker | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 1:02 PM - 2:37 PM<br>**TOTAL:** 1 hour 35 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**   MOTION HEARING re Motion to Dismiss Second Amended Complaint (all counts) with Prejudice (Doc. 68), Motion for Attorney Fees (Doc. 67)

Mr. Banker argues the Motion. Mr. Cohen responds.

The Court **DENIED** Frankel's Motion for Attorney Fees without prejudice (Doc. 67).

The Court **DENIED** Frankel's Motion to Dismiss Second Amended Complaint (Doc. 68).

Frankel's answer to the Second Amended Complaint is due on or before July 16, 2019.