**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:18-cv-2869-T-33CPT | DATE: | July 22, 2019 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| CAYMAN SECURITIES CLEARING AND TRADING LTD., et al.<br><br>v.<br><br>CHRISTOPHER FRANKEL | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Ken Turkel<br>V. Stephen Cohen | |
| | | **DEFENSE COUNSEL**<br>Harold Holder | |
| **COURT REPORTER:**        DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 9:05 a.m. – 9:45 a.m.<br>10:01 a.m. – 10:16 a.m. | **TOTAL: 55 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS:    MOTION HEARING**

The Court hears oral argument re: Defendant's Motion to Quash Non-Party Subpoena (Doc. 76) and Plaintiffs' Second Motion to Compel Reponses and Production of Documents (Doc. 92).

The Court takes a brief recess.

For the reasons stated on the record re: both motions, the Court directs the parties to confer and agree upon subject matter limitations that are reasonable. The parties re directed to file a notice first thing Thursday morning advising of whether or not they were able to reach an agreement.