UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; ALPINE SECURITIES
CORPORATION,

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

CASE NO.: 8:18-cv-02869-VMC-CPT

## **JOINT NOTICE REGARDING DISCOVERY ISSUES**

The parties, by counsel and pursuant to the Court's instructions at the July 22, 2019 discovery hearing ("hearing") and subsequent order [Doc. 100], provide the following joint report.

### **Background**

The hearing was scheduled to resolve disputes concerning the following requests for production ("RFP") served by Plaintiffs: RFP's 3, 4, 9, 10, and 11, and various third party subpoenas. Prior to the hearing, the parties agreed to the resolution of RFP's 3 and 4. At the conclusion of the hearing and reiterated in Doc. 100, the Court instructed the parties to meet and confer in an attempt to resolve the remaining discovery issues and report back to the Court no later than noon on July 24, 2019.

{BC00248841:2}

The parties have conferred in good faith and have resolved the remaining issues as set forth below.

## **Resolutions**

With respect to RFP's 9, 10, and 11, and the third party subpoenas, the parties have agreed to a date range starting August 1, 2018.

With respect to RFP's 9, 10, and 11, the parties have agreed to limit the scope of the documents requested:

> …. to the extent such documents and/or communications referred to, used, incorporated or attached any information of or related to the Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, or Alpine Securities Corporation, including any of the "confidential" information alleged to have been misappropriated in the Second Amended Complaint.

With respect to the third party subpoenas, the parties have agreed to limit the scope of the subpoenas:

> ….to the extent such documents and/or communications referred to, used, incorporated or attached any information of or related to the Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, or Alpine Securities Corporation.

Per the Court's instructions at the hearing due to the pending discovery cut-off, counsel will call the third parties who are the subject of the subpoenas, advise them of the above limitation (as opposed to serving new subpoenas), and send an email to each third party confirming the limitation set forth above.

## Conclusion

Based on the forgoing, the parties respectfully submit that they have complied with the Court's instructions and request the Court to enter any further orders it deems appropriate.

| | |
|---|---|
| */s/ V. Stephen Cohen* | */s/ David C. Banker* |
| Kenneth G. Turkel – FBN 867233 | David C. Banker, Esquire |
| E-mail:  kturkel@bajocuva.com | Harold D. Holder, Esquire |
| Shane B. Vogt – FBN 257620 | J. Carter Andersen, Esquire |
| E-mail:  svogt@bajocuva.com | Bush Ross, P.A. |
| V. Stephen Cohen – FBN 0948756 | 1801 N. Highland Avenue |
| Email: scohen@bajocuva.com | Tampa, FL  33602 |
| BAJO \| CUVA \| COHEN \| TURKEL | Tel:  (813) 224-9255 |
| 100 North Tampa Street, Suite 1900 | Fax:  (813) 223-9620 |
| Tampa, Florida 33602 | dbanker@bushross.com |
| Tel:  (813) 443-2199 | hholder@bushross.com |
| Fax: (813) 443-2193 | candersen@bushross.com |
| | aflowers@bushross.com |
|  and | ksalter@bushross.com |
| | *Attorneys for Defendant* |
| Charles J. Harder | |
| E-mail:  charder@harderllp.com | |
| Jordan Susman | |
| E-mail:  jsusman@harderllp.com | |
| HARDER LLP | |
| 132 South Rodeo Drive, Fourth Floor | |
| Beverly Hills, CA  90212-2406 | |
| Tel: (424) 203-1600 | |
| Fax: (424) 203-1601 | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ V. Stephen Cohen*
Attorney