**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CAYMAN SECURITIES**
**CLEARING AND TRADING,**
**LTD., et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.:8:18-cv-02869-VMC-CPT**

**CHRISTOPHER FRANKEL,**

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on July 26, 2019. Plaintiff's representative and trial counsel, and Defendant and trial counsel attended and participated.

<u>The parties have reached an impasse.</u>

Done July 26, 2019 in Tampa, Florida.

                                              Respectfully submitted,

                                              <u>/s/ Peter J. Grilli</u>
                                              Peter J. Grilli, Esq.
                                              Florida Bar No. 237851
                                              Mediator
                                              3001 West Azeele Street
                                              Tampa, Florida 33609
                                              813.874.1002    Fax: 813.874.1131
                                              email: peter@grillimediation.com

I HEREBY CERTIFY that July 26, 2019 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                              <u>/s/ Peter J. Grilli</u>
                                              Peter J. Grilli, Esq.