## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; ALPINE SECURITIES
CORPORATION,

                      CASE NO.: 8:18-cv-02869-VMC-CPT

              Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

              Defendant.

_____/

## DECLARATION OF JORDAN SUSMAN IN SUPPORT OF PLAINTIFFS' MOTION

## FOR SUMMARY ADJUDICATION

Under 28 U.S.C. § 1746, I, Jordan Susman, declare that the following information

is true:

1.      I am over 18 years old.

2.      I am counsel of record for Plaintiffs, the Hurry Family Revocable Trust,

Scottsdale Capital Advisors, and Alpine Securities Corporation (collectively "Plaintiffs").

3.      I have personal knowledge and am otherwise competent to testify regarding the

information in this Declaration.

4.      On February 11, 2019, defendant Christopher Frankel ("Frankel") made his first

document production, which included Plaintiffs' documents and information that Frankel

previously emailed to himself, including exhibits 2, 6—19 to the deposition of Frankel.

5.      On or about July 12, 2019, I caused to be served on Koonce Securities, LLC

("Koonce") a subpoena to produce documents.

1

6.     In response to the subpoena, Koonce produced an email from Frankel to Chad M. Henton of the Depository Trust & Clearing Corporation ("DTCC") and copying Scott Koonce (email scott@koonce.net), John Schaible (email jschaible@atlasbanc.com) dated August 22, 2018, in which Frankel stated, "I represent a group that is engaged to purchase your Member, Koonce Securities, LLC."  A true and correct copy of the email is attached hereto as Exhibit 1.

7.     In response to the subpoena, Koonce produced an email from Frankel to Chad M. Henton of the DTCC and copying Scott Koonce (email scott@koonce.net), John Schaible (email jschaible@atlasbanc.com), and Laura Murphy (lmurphy@koonce.net) dated November 12, 2018, in which Frankel stated, "Attached is a blotter along the lines of what we spoke about. This contains a representative sample of OTC equity business that we would potentially expect." Attached to Frankel's email is an excel sheet identical to the one Frankel previously sent to a different broker dealer and included as Exhibit 20 to Frankel's deposition transcript.  A true and correct copy of the email (not including the attachment due to confidentiality concerns) is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing statements are true and correct.


Executed on August 23, 2019.



_____
JORDAN SUSMAN

# Exhibit 1

## Marcie Moreno

| | |
|---|---|
| **From:** | Chris Frankel <chrisfrankel13@gmail.com> |
| **Sent:** | Wednesday, August 22, 2018 12:07 PM |
| **To:** | chenton@dtcc.com |
| **Cc:** | Scott Koonce; John Schaible |
| **Subject:** | Fwd: FW: DTC rep |

Chad

My name is Chris Frankel. I represent a group that is engaged to purchase your Member, Koonce Securities, LLC. I tried to speak with you directly but your v-mail stated that you where out of the office until this Friday. I would like to speak to you about the pending purchase agreement and what the plan is for the firm moving forward. More specifically, what if anything, may be required of us in order to begin to conduct the clearance of business thru NSCC post purchase.

I have seen where Koonce is presently listed as an active NSCC Participant in OTC and Envelope Services but it is my understanding that the firm has not settled transactions thru NSCC in quite some time. I have cc'd Scott Koonce on this communication and included his authorization for you to speak directly with us regarding the transaction. Kindly let me know when you can be available for a call. I can also be reached at 813-393-0939. I look forward to catching up on this when you are able.

Chris

---------- Forwarded message ---------
From: **John Schaible** <JSchaible@atlasbanc.com>
Date: Wed, Aug 22, 2018 at 1:20 PM
Subject: FW: DTC rep
To: chrisfrankel13@gmail.com <chrisfrankel13@gmail.com>


John M. Schaible

Chairman and CEO

AtlasBanc Holdings Corporation

Atlas FinTech Holdings Corp

(o) 727-446-6660

(c) 727-643-3150

**From:** Scott Koonce <scott@koonce.net>
**Sent:** Wednesday, August 22, 2018 1:06 PM
**To:** John Schaible <JSchaible@atlasbanc.com>
**Subject:** DTC rep

Hi John,

You have our permission to speak to DTCC on our behalf. Our rep is Chad Henton. His contact info is as follows:

Chad M. Henton | Relationship Manager
DTCC
Tel: 212-857-6393
Email: chenton@dtcc.com<mailto:chenton@dtcc.com>
A DTCC Company

Thanks.

Scott Koonce

Manager

Koonce Securities, LLC

301-897-9700

# Exhibit 2

## Marcie Moreno

| | |
|---|---|
| **From:** | Chris Frankel <chrisfrankel13@gmail.com> |
| **Sent:** | Monday, November 12, 2018 8:02 AM |
| **To:** | chenton@dtcc.com |
| **Cc:** | John Schaible; Scott Koonce; Laura Murphy |
| **Subject:** | FW: Trade Blotter for DTCC |

Chad

Attached is a blotter along the lines of what we spoke about. This contains a representative sample of OTC equity business that we would potentially expect. We would also expect to have a component of business in NMS Securities, but I think this would be a negligible impact to our Deposit Requirements. You will notice that some of the securities are missing cusips. Unfortunately, we did not have access to all of these numbers. If this is problematic, please let me know and I will get to a Bloomberg or DTC Terminal in order to fill this in.

Thank you and your team in advance for your attention on this matter.

Chris

**From:** "rlankford@atlasfintech.com" <rlankford@atlasfintech.com>
**Date:** Monday, November 12, 2018 at 10:21 AM
**To:** Chris Frankel <chrisfrankel13@gmail.com>
**Cc:** 'John Schaible' <JSchaible@atlasbanc.com>
**Subject:** RE: Trade Blotter for DTCC

Chris

I found a number of other CUSIP's.

**From:** Chris Frankel [mailto:chrisfrankel13@gmail.com]
**Sent:** Sunday, November 11, 2018 12:52 PM
**To:** rlankford@atlasfintech.com
**Cc:** John Schaible
**Subject:** Trade Blotter for DTCC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 23, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Jordan Susman*

Attorney