UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

       Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

       Defendant.
_____/

CASE NO.: 8:18-cv-02869

## PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY

Plaintiffs may call Bryce Cook, managing director of Ankura, 201 E. Washington St., Suite 1700, Phoenix, AZ 85004, to present evidence under Federal Rule of Evidence 702, 703, or 705 regarding the value of the confidential information misappropriated and misused by Defendant.

Due to ongoing discovery disputes, specifically Defendant's refusal to provide his communications with Plaintiffs' current and former clients and financial institutions, Plaintiffs' expert cannot provide a written report as required pursuant to FRCP 26(2)(B).

Plaintiffs reserve their rights to supplement this Disclosure once Defendant produces the relevant communications that their expert needs to review in order to render his opinion and prepare the written report.

       Dated: June 25, 2019.

                                   HARDER LLP

                                   /s/ Jordan Susman
                                   Charles J. Harder

E-mail:  charder@harderllp.com
Jordan Susman
E-mail:  jsusman@harderllp.com
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601

Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail:  svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193

Attorneys for Plaintiffs