UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.    Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

## INDEX OF EXHIBITS TO
## FRANKEL'S MOTION FOR SUMMARY JUDGMENT

| Number | Title |
|---|---|
| 118-2 | **Hurry Deposition Exhibit No. 1** – Notice of Taking Depositions of Cayman Securities Clearing and Trading LTD; The Hurry Family Revocable Trust; Scottsdale Capital Advisors Corporation; and Alpine Securities Corporation (July 30, 2019) |

| Number | Title |
|---|---|
| 118-3 | **Hurry Deposition Exhibit No. 3** - Scottsdale Capital Advisors – Non-Disclosure and Confidentiality Agreement (June 22, 2015) |
| 118-4 | **Hurry Deposition Exhibit No. 4 -** Employee Nondisclosure & Computer Use Agreement (July 1, 2015) |
| 118-5 | **Hurry Deposition Exhibit No. 36** *(redacted)* - Complaint - *Department of Enforcement v. Alpine Securities Corporation;* Disciplinary Action No. 2019061232601 (July 25, 2019) |
| 118-6 | **Frankel Deposition Exhibit No. 3 -** Cease and Desist Letter from Harder LLP to Chris Frankel (Nov. 9, 2018) |
| 118-7 | **Frankel Deposition Exhibit No. 4** - Cease and Desist Email from Chris Frank to Marcie Moreno and Jordan Susman (Nov. 12, 2018) |
| 118-8 | Plaintiff Scottsdale Capital Advisors Corporation and Plaintiff Alpine Securities Corporation's Supplemental Objections and Responses to Frankel's First Set of Interrogatories (June 7, 2019) |
| 118-9 | Plaintiffs' Supplemental Objections and Responses to Frankel's First Set of Requests for Production (June 7, 2019) |
| 118-10 | Plaintiffs' Further Supplemental Objections and Response to Frankel's First Set of Request for Production (August 5, 2019) |