UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                       Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

## NOTICE OF TAKING DEPOSITIONS

PLEASE TAKE NOTICE that the defendant / counter-claimant, Christopher L. Frankel, through counsel, will take the depositions by oral examination of the entities listed in this notice at the time and place, before Anthem Reporting, or some other officer duly authorized by law to take depositions, indicated under Federal Rule of Civil Procedure 30(b)(6)

1



EXHIBIT 1
Deponent: Hurry
Depo Date: 8/7/19
Reporter: Niki Noojin
Anthem Reporting, LLC

| **DEPONENT** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Cayman Securities Clearing and Trading LTD; <br><br> The Hurry Family Revocable Trust; <br><br> Scottsdale Capital Advisors Corporation; and <br><br> Alpine Securities Corporation | Wednesday, August 7, 2019 @ 9:00 a.m. | Bush Ross, P.A. <br> 1801 N. Highland Avenue <br> Tampa, Florida 33602 <br> Telephone: 813-224-9255 |

The entities have designated John Hurry as their corporate representative to testify concerning the following matters:

1. Each plaintiff's and former plaintiff's allegations in current and prior complaints;

2. Each plaintiff's and former plaintiff's interrogatory responses and document production; and

3. Each plaintiff's and former plaintiff's initial disclosures.

These depositions will continue from day to day until completed. These depositions are being taken for the purpose of discovery, for use at trial, and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated: July 30, 2019

/s/ David C. Banker
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:   813-223-9620
Primary: dbanker@bushross.com;
          candersen@bushross.com;
          hholder@bushross.com

2

        Secondary:  aflowers@bushross.com
                            ksalter@bushross.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify on this 30th day of July, 2019, I served the deposition notice via electronic mail to:

V. Stephen Cohen, Esq.
Shane B. Vogt, Esq.
Kenneth G. Turkel, Esq.
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL  33602
kturkel@bajocuva.com
svogt@bajocuva.com
scohen@bajocuva.com

Charles J. Harder, Esq.
Jordan Susman, Esq.
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA 90212-2406
charder@harderllp.com
jsusman@harderllp.com
*Attorneys for Plaintiffs*

        By:  *David C. Banker*