Monday, December 10, 2018 at 2:05:51 PM Eastern Standard Time

**Subject:** Re: Cease and Desist
**Date:** Monday, November 12, 2018 at 10:40:22 AM Eastern Standard Time
**From:** Chris Frankel
**To:** Marcie Moreno
**CC:** Jordan Susman
**Attachments:** image001.jpg, image002.jpg

Mr. Susman

I am in possession and acknowledge your communication below. I take great exception to your allegation regarding a breach of Confidentiality on my part. I have not knowingly committed a breach of any component of my agreement. If you are in possession of any specifics regarding the alleged breach, kindly reply and I will respond appropriately.

In accordance with your demand, I am willing to search for any Confidential documents that may be in my possession. Please let me know what documents you believe I have that are confidential and I will provide those to you. If you are not able to provide specifics pertaining to the documents you seek, simply let me know and I will provide a copy of all documents and communication from your clients which are in my possession.

I await your reply regarding the detail pertaining to your breach allegations and the documents you are searching for.

Chris Frankel

---

**From:** Marcie Moreno <mmoreno@harderllp.com>
**Date:** Friday, November 9, 2018 at 5:15 PM
**To:** Chris Frankel <chrisfrankel13@gmail.com>
**Cc:** Jordan Susman <jsusman@harderllp.com>
**Subject:** Cease and Desist

Please see the attached correspondence from attorney Jordan Susman.
For your ease of reference, the text of the letter is pasted below.

Dear Mr. Frankel:



EXHIBIT 4
Deponent: FRANKEL
Depo Date: 8/7/19
Reporter: Niki Noojin
Anthem Reporting, LLC

This firm represents Scottsdale Capital Advisors Corporation, Alpine Securities Corporation, Cayman Securities Clearing and Trading LTD and the Hurry Family Revocable Trust (collectively, "**SCA Parties**"). We write in connection with your numerous material breaches of the Non-Disclosure and Confidentiality Agreement dated June 22, 2015 (the "**Agreement**") between you, on the one hand, and the SCA Parties, on the other hand, a copy of which is enclosed with this letter.

You have breached the Agreement by, among other things, disclosing Confidential Information to third parties and using Confidential Information in connection with a competing business. "Confidential Information" is defined in the Agreement, in part, as "any data or information that is proprietary to the Discloser and not generally known to the