UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.    Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**PLAINTIFFS' FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO FRANKEL'S FIRST SET OF REQUESTS FOR PRODUCTION**

Plaintiffs The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation (collectively "Plaintiffs"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 34, hereby further supplement their objections and responses to Frankel's First Set of Requests for Production.

**GENERAL OBJECTIONS**

1.    Plaintiffs object to these requests to the extent that they exceed or impose upon Plaintiffs duties beyond those required by the Federal Rules of Civil Procedure and/or other applicable law.

2.    Plaintiffs object to the requests to the extent that they seek documents (a) that is not in the possession, custody, or control of Plaintiffs; (b) that Plaintiffs cannot locate after a reasonably diligent search; or (c) that refers to persons, entities, or events not known to Plaintiffs. To the extent that Plaintiffs provide information in response to the requests, Plaintiffs

1

do so based upon a reasonably diligent search for responsive information within their possession, custody or control.

3. Discovery is ongoing and Plaintiffs reserves the right at any time to revise, modify, supplement or clarify any of the responses herein set forth.

**SPECIFIC OBJECTIONS AND RESPONSES TO THE REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 4**

All documents which support the damage allegations in your complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Plaintiffs object to this Request on the grounds that discovery and investigation are ongoing. Plaintiffs further object to this Request on the grounds that it assumes Plaintiffs' damage can be reduced to documentation. Plaintiffs object on the basis that this is subject to expert testimony. In light of the foregoing objections, Plaintiffs will not respond to this Request. After the parties enter into a confidentiality agreement, Plaintiffs will provide non-privileged documents sufficient to show their damages.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Plaintiffs object to this Request on the grounds that discovery and investigation are ongoing. Plaintiffs further object to this Request on the grounds that it assumes Plaintiffs' damage can be reduced to documentation. Plaintiffs object on the basis that this is subject to expert testimony. Without waiving the foregoing objections, Plaintiffs state that they have no responsive documents in their possession, custody, or control.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Plaintiffs object to this Request on the grounds that discovery and investigation are ongoing. Plaintiffs further object to this Request on the grounds that it assumes Plaintiffs' damage can be reduced to documentation. Plaintiffs object on the basis that this is subject to expert testimony. Without waiving the foregoing objections, Plaintiffs state that they will provide non-privileged documents sufficient to show their damages.

Dated this 5th day of August 2019

        */s/ Jordan Susman*
Charles J. Harder, Esq.
Admitted Pro Hac Vice
Jordan Susman, Esq.
Admitted Pro Hac Vice
HARDER LLP
132 South Rodeo Drive, Suite 301
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601
Email:  charder@harderllp.com
Email:  jsusman@harderllp.com

-and-

Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Shane B. Vogt, Esq.
Florida Bar No. 0257620
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
Email:  kturkel@bajocuva.com
Email:  svogt@bajocuva.com