# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

      CASE NO.: 8:18-cv-02869

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## CERTIFICATION PURSUANT TO L.R 3.01(g) RE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs certifies that he has conferred with counsel for Defendant, who does not oppose to the relief requested in Plaintiffs' Motion for Leave to File Documents Under Seal. [Dkt. 119].

Dated this 27th day of August 2019

                              */s/ Jordan Susman*
                              Charles J. Harder, Esq.
                              Admitted Pro Hac Vice
                              Jordan Susman, Esq.
                              Admitted Pro Hac Vice
                              HARDER LLP
                              132 South Rodeo Drive, Suite 301
                              Beverly Hills, CA  90212-2406
                              Tel: (424) 203-1600
                              Fax: (424) 203-1601
                              Email:  charder@harderllp.com
                              Email:  jsusman@harderllp.com

                              -and-

Kenneth G. Turkel, Esq.  
Florida Bar No. 867233  
Shane B. Vogt, Esq.  
Florida Bar No. 0257620  
BAJO | CUVA | COHEN | TURKEL  
100 North Tampa Street, Suite 1900  
Tampa, Florida 33602  
Tel: (813) 443-2199  
Fax: (813) 443-2193  
Email: kturkel@bajocuva.com  
Email: svogt@bajocuva.com  

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27th, 2019, I caused the foregoing document to be served via electronic mail to:

David C. Banker (Fla. Bar No. 352977)  
J. Carter Andersen (Fla. Bar No. 0143626)  
Harold D. Holder (Fla. Bar No. 118733)  
BUSH ROSS, PA  
1801 N. Highland Avenue  
Tampa, Florida 33602  
Phone: 813-224-9255  
Fax: 813-223-9620  
Primary: dbanker@bushross.com;  
candersen@bushross.com;  
hholder@bushross.com  
Secondary: aflowers@bushross.com  
ksalter@bushross.com  
*Attorneys for Defendant*

                                                */s/ Marcie Moreno*  
                                                Assistant to Attorney Jordan Susman