UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                                    Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

**FRANKEL'S MOTION RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS
UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT (DOC. # 119)**

    The defendant, Christopher Frankel, does not agree that the documents the plaintiffs are seeking to file under seal "contain Plaintiffs' trade secrets and confidential business information." (Doc. # 119). Frankel does not oppose the filing of the documents under seal; provided, however, that the plaintiffs comply with the Court's procedure that requires the plaintiffs to file all of the exhibits to the deposition transcripts that the plaintiffs filed, including

John Hurry's deposition (Doc. # 115) and Christopher Frankel's deposition (Doc. # 116). Frankel has no preference regarding whether the exhibits are filed under seal, so long as the exhibits are filed.

Dated: August 28, 2019          By:    */s/ Harold Holder*
                                                David C. Banker (Fla. Bar No. 352977)
                                                Harold D. Holder (Fla. Bar No. 118733)
                                                BUSH ROSS, PA
                                                1801 N. Highland Avenue
                                                Tampa, Florida 33602
                                                Phone: 813-224-9255
                                                Fax:    813-223-9620
                                                Primary: dbanker@bushross.com;
                                                hholder@bushross.com
                                                Secondary: aflowers@bushross.com
                                                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on August 28, 2019, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/EFC participants:

     Shane B. Vogt, Esquire
     Kenneth G. Turkel, Esquire
     BAJO | CUVA | COHEN | TURKEL
     100 North Tampa Street, Suite 1900
     Tampa, FL  33602
     kturkel@bajocuva.com
     svogt@bajocuva.com

     Charles J. Harder, Esquire
     Jordan Susman, Esquire
     HARDER LLP
     132 South Rodeo Drive, Suite 301
     Beverly Hills, CA 90212-2406
     charder@harderllp.com
     jsusman@harderllp.com
     *Attorneys for Plaintiffs*

                                                 By:    *Harold Holder*