## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; ALPINE SECURITIES
CORPORATION,

                                              CASE NO.: 8:18-cv-02869-VMC-CPT

                Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

                Defendant.

_____/

## DECLARATION OF MIKE CRUZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO

## FRANKEL'S MOTION FOR SUMMARY JUDGMENT

Under 28 U.S.C. § 1746, I, Mike Cruz, declare that the following information

is true:

1.      I am over 18 years old.

2.      I am the general counsel for plaintiff Scottsdale Capital Advisors.

3.      I have personal knowledge and am otherwise competent to testify regarding the

information in this Declaration.

4.      Frankel's claim that Legent/COR was one of Alpine's chief competitors is not

true.  Legent/COR's model was based upon a low margin business of clearing many types of

general securities in market for other broker dealers' clients, and not their own clients.  Alpine

focuses exclusively on the microcap market, has its own clients, and does not do large business

with correspondents.

5.      Frankel's claim that "the process for clearing trades is not confidential or a trade secret" is not true.  The manner in which Alpine and Scottsdale process trades with their clients is confidential, not generally known to the public, and if disclosed could reasonably be expected to adversely affect Alpine and Scottsdale's business.

6.      Frankel's claim that "Alpine . . . publishes its financial statements . . . on its web site and other public websites including the SEC's website" is not true.  In fact, none of Alpine's revenue, profit and loss, cash flows statements, or any details thereof are publicly available. Only balance sheet information is publicly available.

7.      Frankel's claim that "Scottsdale . . . publishes its financial statements . . . on its web site and other public websites including the SEC's website" is not true.  In fact, none of Alpine's revenue, profit and loss, cash flows statements, or any details thereof are publicly available. Only balance sheet information is publicly available.

8.      Exhibit 5 to the deposition of John Hurry, and Exhibit 20 to the deposition of Frankel is a true and correct copy of two days' of Alpine's trade runs from August 27 and 28, 2018.  This document is proprietary to Alpine as it is shows all of the trades cleared through Alpine on those dates.  This information is not publicly available, and Alpine derives economic advantages by the public not knowing this information.  This material was not provided by Alpine to Frankel.

9.      The First Amendment to the Hurry Family Revocable Trust and the Certificate of Trust for The Hurry Family Revocable Trust are proprietary to the Hurry Family Trust and are not generally known to the public.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on August 23, 2019.

MIKE CRUZ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Jordan Susman*
Attorney