UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST; SCOTTSDALE CAPITAL ADVISORS CORPORATION; ALPINE SECURITIES CORPORATION, | CASE NO.: 8:18-cv-02869-VMC-CPT |
| Plaintiffs, | |
| vs. | |
| CHRISTOPHER FRANKEL, | |
| Defendant. _____/ | |
| CHRISTOPHER FRANKEL, | |
| Counter-claimant, | |
| vs. | |
| CAYMAN SECURITIES CLEARING AND TRADING LTD; THE HURRY FAMILY REVOCABLE TRUST; SCOTTSDALE CAPITAL ADVISORS CORPORATION; ALPINE SECURITIES CORPORATION, | |
| Counter-defendants. | |

**INDEX OF EXHIBITS TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

| Number | Title |
|---|---|
| 1 | Securities and Exchange Commission Order Granting Stay of FINRA decision barring John Hurry from associating with any FINRA member firm. Admin. Proc. File No. 3-18612 (August 6, 2018). |