UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.    Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

## DECLARATION OF DAVID JARVIS

    Under 28 U.S.C. § 1746, I, David Jarvis, declare that the following information is true:

    1.    I am more than 18 years old.

    2.    I have personal knowledge of and am otherwise competent to testify regarding the information in this Declaration.

    3.    I was an employee of Alpine Securities Corporation ("Alpine") from approximately July 2017 until August 2018.

4. During my employment with Alpine, I was permitted by Alpine to work remotely on Alpine's business from my personal computer that was not owned by Alpine.

5. During my employment with Alpine, it was relatively common for Alpine's employees to work remotely, in most instances from their own personal computers or devices that were not owned by Alpine.

6. During my employment with Alpine, it was common for me to forward emails from my Alpine email account to my personal email account to work on Alpine's business.

7. During my employment with Alpine, my job responsibilities included sending (and it was common for me to send) emails about litigation, regulatory matters, and other ancillary matters involving Alpine to: John Hurry, via email to jhurry@jhurry.com; Mike Cruz, via email to mike@scalawyer.com; and Richard Nummi, via email to rnummi@mac.com.

I declare under penalty of perjury that the foregoing statements are true and correct.

9/19/19
Date

DAVID JARVIS