UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                                                  Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

**INDEX OF EXHIBITS TO FRANKEL'S REQUEST FOR JUDICIAL NOTICE**

| Exhibit | Title |
|---|---|
| A | Permanent Injunction and Final Judgment Against Alpine Securities Corporation (Doc 241) in case no. 17-cv-4179-DLC (S.D.N.Y., October 9, 2019) |
| B | Memorandum of Law in Support of Emergency Motion by Defendant-Appellant [Alpine] for Stay Pending Appeal (Doc 17-2) in *U.S. Securities and Exchange Commission v. Alpine Securities Corp.*, Case no. 19-3272 (2d Cir., October 10, 2019) |

| Exhibit | Title |
|---|---|
| C | Declaration of Maranda Fritz in Support of Defendant-Appellant's Emergency Motion for a Stay Pending Appeal (Doc 17-4) |
| D | Declaration of Christopher Doubek (Doc 17-4) |