UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

      Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

      Defendant.
_____/

CASE NO.: 8:18-cv-02869

## CERTIFICATION PURSUANT TO L.R 3.01(g) RE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs certifies that he has conferred with counsel for Defendant, who does not oppose to the relief requested in Plaintiffs' Motion for Leave to File Documents Under Seal. [Dkt. 141].

Dated this 9th day of December 2019

                                                              */s/ Jordan Susman*
                                                              Charles J. Harder, Esq.
                                                              Admitted Pro Hac Vice
                                                              Jordan Susman, Esq.
                                                              Admitted Pro Hac Vice
                                                              HARDER LLP
                                                              132 South Rodeo Drive, Suite 301
                                                              Beverly Hills, CA  90212-2406
                                                              Tel: (424) 203-1600
                                                              Fax: (424) 203-1601
                                                              Email:  charder@harderllp.com
                                                              Email:  jsusman@harderllp.com

                                                              -and-

1

Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Shane B. Vogt, Esq.
Florida Bar No. 0257620
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
Email:  kturkel@bajocuva.com
Email:  svogt@bajocuva.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 9, 2019, I caused the foregoing document to be served via electronic mail to:

David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax: 813-223-9620
Primary: dbanker@bushross.com;
candersen@bushross.com;
hholder@bushross.com
Secondary: aflowers@bushross.com
ksalter@bushross.com
*Attorneys for Defendant*

              */s/ Marcie Moreno*
              Assistant to Attorney Jordan Susman