UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

    CASE NO.: 8:18-cv-02869

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.

_____/

## ORDER – PLAINTIFFS' MOTION IN LIMINE #9

Upon consideration of *Plaintiffs' Motion in Limine To Bar Argument and Reference to Illegal Trades of Stock* and any response thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** and Defendants are precluded from introducing such argument or reference.

Dated:

                                                                             _____
                                                                            United States District Court Judge