**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** 8:18cv2869-T-33CPT / 8:19mc114-T-33CPT | **DATE:** | January 8, 2020 |
|---|---|---|
| **HONORABLE CHRISTOPHER P. TUTIE** | **INTERPRETER:** | N/A |
| CAYMAN SECURITIES CLEARING AND TRADING LTD, et al. v. CHRISTOPHER FRANKEL<br><br>and<br><br>ALPINE SECURITIES CORPORATION, et al. v. CHRISTOPHER FRANKEL | **LANGUAGE:** | |
| | **PLAINTIFF'S COUNSEL**<br>Ken Turkel<br>Jordan Susman – via telephone | |
| | **DEFENSE COUNSEL**<br>Harold Holder<br>Jenny Chou – via telephone<br>April Boyer – via telephone | |
| **COURT REPORTER:**    DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 3:53 p.m. – 5:10 p.m.<br>5:23 p.m. – 5:27 p.m. | **TOTAL:  1/21** | **COURTROOM:** 12B |

**PROCEEDINGS:**    **MOTION HEARING**

The Court conducts a motion hearing as to both cases simultaneously re:

Plaintiff's Motion to Compel Discovery Responses (18cv2869 Doc. 140), and Plaintiff's Motion to Compel Vision Financial Markets LLC's Compliance with Subpoena (19mc114 Doc. 1).

The Court takes a recess.

Court resumes.

The Court and advises the parties that it will take the matter under advisement.

Order to follow.