

# EXHIBIT LIST

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES CORPORATION,

    **Plaintiff,**   ☐

**v.**
CHRISTOPHER FRANKEL,

    **Defendant.** ☐

**Case No.:** 8:18-cv-02869

☐ **Evidentiary**
☐ **Trial**
☐ **Other**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | June 22, 2015 NDA & Confidentiality Agreement - Hurry 1-2 |
| 2 | | | | | July 1, 2015 Employee NDA and Computer Use Agreement - Hurry 3-5 |
| 3 | | | | | October 7, 2018 email from Frankel to Frankel forwarding April 20, 2017 email re Nonbank Trust Application –email # 2 and multiple attachments - Frankel 1581-2242; Exh. 6 to Hurry depo |
| 3.5 | | | | | October 7, 2018 email from Frankel to Frankel forwarding April 20, 2017 email re Nonbank Trust Application and multiple attachments - Frankel 1511-1568; Exh. 7 to Hurry depo |
| 4 | | | | Not part of claim; relevance | September 18, 2018 email from Frankel to Frankel forwarding May 2018 emails re Loan Term Sheet and 1 attachment - Hurry 76-80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | | | | | | Not part of claim; relevance | October 13, 2016 email from Frankel to Frankel forwarding May 2016 emails re Testing and 1 attachment - Hurry 81-105 |
| 6 | | | | | | Not part of claim; relevance | October 6, 2016 email from Frankel to Frankel forwarding September & October 2016 re FINRA Request for Alpine Securities Corporation: Financial Operations Cycle Exam Request emails and 1 attachment - Hurry 106-121 |
| 7 | | | | | | Not part of claim; relevance | August 31, 2017 email from Frankel to Frankel forwarding August 2017 emails re NSC Call Funding Facility - Term Sheet and 1 attachment - Hurry 122-126 |
| 8 | | | | | | Not part of claim; relevance | July 31, 2018 email from Frankel to Frankel forwarding July 31, 2018 email re Initiatives with list of top clients and fees - Hurry 127-132 |
| 9 | | | | | | Not part of claim; relevance | August 8, 2018 email from Frankel to Frankel forwarding April 2018 emails re Confidential: Employment Agreement and 1 attachment - Hurry 202-214 |
| 10 | | | | | | Not part of claim; relevance | July 13, 2017 email from Frankel to Frankel forwarding July 2017 emails re Consulting Agreement - New Associate and 1 attachment - Hurry 215-222 |
| 11 | | | | | | Not part of claim; relevance | April 12, 2017 email from Frankel to Frankel forwarding April 2017 emails re Privileged: Revised Engagement Letter with Gasthalter and 1 attachment - Hurry 223-228 |
| 12 | | | | | | Not part of claim; relevance | May 2, 2017 email from Frankel to Frankel forwarding March 2017 emails re Scanned image from MX-B402SC and 1 attachment - Hurry 229-238 |
| 13 | | | | | | Not part of claim; relevance | January 3, 2017 email from Frankel to Frankel forwarding January 3, 2017 email re Correspondent Onboarding Documents - Hurry 239-240 |
| 14 | | | | | | Not part of claim; relevance | August 28, 2016 email from Frankel to Frankel forwarding August 19, 2016 email from FINRA re Materiality Consultation Decision - Frankel 933-935 |
| 15 | | | | | | Not part of claim; relevance | September 9, 2016 email from Frankel to Frankel forwarding emails from August 11 & 14, 2016 re Fee Schedules and 2 attachments re Correspondent Fees and Customer Fees - Hurry 243-248 |
| 16 | | | | | | Not part of | August 15, 2016, 8:34 email from |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | claim; relevance | Frankel to Frankel forwarding emails from August 11 & 14, 2016 re Fee Schedules and 2 attachments re Correspondent Fees and Customer Fees - Hurry 249-254<br>1729-1734 (pdf has sticky notes on it) |
| 17 | | | | | Not part of claim; relevance | August 15, 2016, 7:37 am email from Frankel to Frankel forwarding emails from August 11 & 14, 2016 re Fee Schedules and 2 attachments re Correspondent Fees and Customer Fees - Hurry 255-260<br>1735-1740 (pdf has sticky notes on it) |
| 18 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Alpine trend reports ending 12/31/2017 - Hurry 261-262 |
| 19 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Alpine trend reports ending 5/31/2019 - Hurry 263-266 |
| 20 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Alpine trend reports ending 12/31/2018 - Hurry 267-271 |
| 21 | | | | | Not part of claim; not disclosed as damage documents / | Alpine Statements of Income for periods in 2017-2019 - Hurry 272-279 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | analysis; not proper evidence of damages; irrelevant | |
| 22 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Scottsdale Statements of Income for periods in 2017-2019 - Hurry 280-289 |
| 23 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Scottsdale Profit and Los Statements 2018 - Hurry 290-293 |
| 24 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Alpine trend reports 2019 - Hurry 294-297 |
| 25 | | | | | Not part of claim; not disclosed as damage documents / analysis; not proper evidence of damages; irrelevant | Scottsdale Profit and Los Statements 2019 - Hurry 298-300 |
| 26 | | | | | Not part of claim; relevance | June 16, 2016, email from Frankel to Frankel forwarding email from May 2016 NDA and 1 attachment - Hurry 303-307 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | | | | | Not part of claim; relevance | March 2, 2018 email from Frankel to Frankel forwarding emails from February March 2018 re John Hurry Retirement Agr. and attachments - Hurry 308-318 |
| 28 | | | | | Not part of claim; relevance | October 30, 2018 email from Frankel to Frankel forwarding email from October 23, 2018 re Investigative Due Diligence – Deep Dives-Vcheck Level II Report - Hurry 319-322 |
| 29 | | | | | Not part of claim; relevance | February 12, 2018 email from Frankel to Frankel forwarding emails from February 2018 re Urgent Re Rev Senior Loan Agreement [MISSING ATTACHMENT] - Hurry 323-324 |
| 30 | | | | | Not part of claim; relevance | February 12, 2018 email from Frankel to Frankel forwarding emails from February 12, 2018 re Loan Agreement-Privileged [MISSING ATTACHMENT] - Hurry 325-326 |
| 31 | | | | | Not part of claim; relevance | February 12, 2018 email from Frankel to Frankel forwarding emails from February 2018 re Senior Loan Agr for Signature [MISSING ATTACHMENT] - Hurry 332-333 |
| 32 | | | | | Not part of claim; relevance | July 31, 2018 email from Frankel to Frankel forwarding July 31, 2018 email re Initiatives with list of top clients and fees - Hurry 609-610 |
| 33 | | | | | Not part of claim; relevance | June 29, 2016 email from Frankel to Frankel forwarding February 19, 2016 email re SCA Org and 1 attachment - Hurry 1741-1742 |
| 34 | | | | | Not part of claim; relevance | October 14, 2016 email from Frankel to Frankel forwarding October 14, 2016 email re Schedule of Fees Doc - Frankel 1007-1009 |
| 34.5 | | | | | Not part of claim; relevance | October 14, 2016 email from Frankel to Frankel forwarding October 13, 2016 email re Schedule of Fees Doc - Frankel 1002-1006 |
| 35 | | | | | Not part of claim; relevance | October 13, 2016 email from Frankel to Frankel forwarding May 2016 emails re Testing - Frankel 976-1001 |
| 36 | | | | | Not part of claim; relevance | August 16, 2018 emails between Frankel and Peter Alford re Chris Frankel – Email - Frankel 2247 |
| 37 | | | | | Not part of claim; | October 24, 2018 emails between Frankel and Czarnick Re Non-Disclosure |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | relevance | Agreement with attachment - Frankel 2248-2249 |
| 38 | | | | | Not part of claim; relevance | October 26, 2018 emails between Frankel and Cazrnick Re Thank you - Frankel 2252 |
| 39 | | | | | Not part of claim; relevance | November 2018 emails between Frankel and Ziv - Frankel 2259, 2261-2262, 2263-2264, 2268, 2269-2270, 2271-2273, 2274-2277, 2278-2281, 2282-2286, 2287, 2289-2292 |
| 40 | | | | | Not part of claim; relevance | January 18, 2019 email from Czarnick to Frankel and Ziv re Ziv Investment Company with LOI attached - Frankel 2294-2299 |
| 41 | | | | | Not part of claim; relevance | November 8, 2018 email from Frankel to Ziv re Ziv LOI with LOI attached - Frankel 2313-2317 |
| 42 | | | | | Not part of claim; relevance | November 13, 2018 email from Frankel to Ziv re Trade Blotter with 1 attachment - Frankel 2326-2342 |
| 43 | | | | | Not part of claim; relevance | November 14, 2018 email from Frankel to Ziv re LOI Version 2 with LOI attached - Frankel 2343-2347 |
| 44 | | | | | Not part of claim; relevance | November 29, 2018 email from Frankel to Ziv re LOI with LOI attached - Frankel 2366-2371 |
| 45 | | | | | Not part of claim; relevance | January 23, 2019 email from Frankel to Ziv re LOI with LOI attached - Frankel 2424-2429 |
| 46 | | | | | Not part of claim; relevance | January 30, 2019 email from Ziv to Frankel re Chris Frankel with LOI attached - Frankel 2454-2459 |
| 47 | | | | | Not part of claim; relevance | November 9, 2018 email from Frankel to John Schaible; rlankford@atlasfintech.com; Scott Koonce; Laura Murphy re Blotter for DTCC - Koonce production "Blotter for DTCC.msg" |
| 48 | | | | | Not part of claim; relevance | November 14, 2018 email from Scott Koonce to Henton, Chad <chenton@dtcc.com>; Chris Frankel <chrisfrankel13@gmail.com>; John Schaible jschaible@atlasbanc.com re DTC sample trades with CUSIPS with spreadsheet attachment - Koonce production "DTC sample trades with CUSIPS.msg" |

| # | | | | | | Objection | Description |
|---|---|---|---|---|---|---|---|
| 48 | | | | | | Not part of claim; relevance | November 12, 2018 email from Chris Frankel to chenton@dtcc.com re Trade Blotter for DTC with spreadsheet attachment - Koonce production "FW Trade Blotter for DTCC.msg" |
| 49 | | | | | | Not part of claim; relevance | November 14, 2018 email from Chris Frankel to Scott Koonce <scott@koonce.net>; Laura Murphy <lauram@koonce.net> re Trade Blotter for DTC with spreadsheet attachment - Koonce production "FW Trade Blotter for DTCC.msg" |
| 50 | | | | | | Not part of claim; relevance | August 22, 2018 email from Chris Frankel to chenton@dtcc.com re DTC rep - Koonce production "FW DTC rep" |
| 51 | | | | | | Not part of claim; relevance | October 7, 2018 email from Frankel to Frankel forwarding January 11, 2017 email re Consulting Opportunity – Qualified Plan spon and multiple attachment - Frankel 1502-1510; Exhibit 8 to Hurry depo |
| 52 | | | | | | Not part of claim; relevance | January 24, 2019 email from Frankel to FINRA forwarding internal Alpine emails & 2 attachments - FINRA 1, 3, 4 |
| 53 | | | | | | Not part of claim; relevance | January 24, 2019 email from Frankel to FINRA forwarding internal Alpine emails - FINRA 2 |
| 54 | | | | | | Not part of claim; relevance; not produced | text from Jarvis to Alpine seeking AML handbook |
| 55 | | | | | | Not part of claim; relevance | First Amendment to Hurry Family Revocable Trust - Hurry 66-75 |
| 56 | | | | | | | November 9, 2018 cease and desist letter from Susman to Frankel - Exh. 3 Frankel depo |
| 57 | | | | | | | November 12, 2018 email from Frankel to Susman re Cease and Desist - Exh. 4 Frankel depo |

**EXHIBIT LIST – Continuation Sheet**