UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

CASE NO.: **8:18cv2869-T-33CPT**

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## PLAINTIFFS' WITNESS LIST

Plaintiffs, Cayman Securities Clearing and Trading, LTD, the Hurry Family Revocable Trust, Scottsdale Capital Advisors, and Alpine Securities Corporation, by their undersigned counsel submit the following list of potential trial witnesses:

1. John J. Hurry
2. D. Michael Cruz
3. James Kelley
4. Christopher Frankel
5. Jeffrey Sime
6. John Busacca
7. Koonce Securities
8. Christopher R. Doubek
9. Vision Financial Markets
10. Randall Jones
11. Craig Gantar
12. David Brant
13. Ziv Investment Company