UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.        Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CHRISTOPHER L. FRANKEL,

    Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

    Counter-defendants.
_____/

## Frankel's List of Potential Witnesses

The defendant, Christopher L. Frankel, may call the following persons as witnesses to testify at trial:

1. Christopher L. Frankel, 4301 W Watrous Avenue, Tampa FL 33629

2. Stephen J. Czarnick, Esquire, 245 Park Avenue, 39th Floor, New York, NY 10167

3. David Jarvis, Esquire, 29264 Weston, Novi, MI 48377

4. Steve Gribben, Esquire, 18201 Von Karman Ave., Irvine CA 92612

5.  Randall Jones, 128 Chautauqua Road, Fryeburg, ME 04037

6.  Peter G. Ziv, President, Ziv Investment Company, Chicago Board of Trade Building, 141 West Jackson Blvd., Suite 2095, Chicago, IL 60604

7.  Howard Rothman, 120 Long Ridge Rd, 3 North, Stamford, CT 06902

8.  Joseph John Hurry, c/o plaintiffs' counsel

9.  Darrel Michael Cruz, Esquire, c/o plaintiffs' counsel

10. Henry Diekmann 4506 E. Osborn Road, Phoenix, AZ 85018

11. David Brant, 39 Exchange Place, Salt Lake City, UT 84111

12. Richard M. Nummi, Esquire, Nummi & Associates, PA, 10301 Abbotsford Drive, Tampa, FL 33626

13. John Schiable, 3874 Tampa Road, Oldsmar, FL 34677

14. Robert S. Jersey, Gar Wood Securities, LLC, 4355 Weaver Parkway, Suite 320, Warrenville, IL 60555

15. Curt Cramer, PowerUp Lending, 11 Great Neck Road, Suite 216, Great Neck, NY 11021

16. Scott Koonce, Koonce Securities, LLC, 6550 Rock Spring Drive, Suite 100, Bethesda, MD 20817

17. John Fife, Chicago Venture Partners, 303 E Wacker Dr., Suite 1040, Chicago, IL 60601

18. Bryan Collins, Rockwell Capital Partners, 767 3rd Avenue, New York, NY

19. Al Sollome, Auctus Fund, 545 Boylston Street, Boston, MA 02116

20. Robert Matijevich, Lakeside Bank, 141 Jackson Blvd, Chicago, IL 60604

21. John Tobacco, 120 Bayview Terrace, Staten Island, NY 10312

22. Robert Malin, 1357 Ave Ashford, Suite #449, San Juan, Puerto Rico 00907

23. Heather Freiburger, SEC, 1961 Stout Street, Denver, CO 80294

24. Stacie Jungling, FINRA, 4600 S. Syracuse Street, Suite 1400, Denver, CO 80237

25. All witnesses listed by plaintiffs.

Dated: January 13, 2020  By: */s/ David C. Banker*
David C. Banker (Fla. Bar No. 352977)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-223-9620
Primary: dbanker@bushross.com;
hholder@bushross.com
Secondary: aflowers@bushross.com
*Attorneys for Frankel*