UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; ALPINE SECURITIES
CORPORATION,

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

CASE NO.: 8:18-cv-02869-VMC-CPT

**PLAINTIFFS' REPORT ON STATUS OF**
**<u>JURY INSTRUCTIONS AND VERDICT FORM</u>**

Plaintiffs Cayman Securities Clearing and Trading LTD, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation ("Plaintiffs") respectfully report to the Court as follows:

1. Plaintiffs are informed by attorneys for defendant Christopher Frankel ("Defendant") that, despite diligent efforts, defense counsel would not have revisions to the Plaintiffs' proposed jury instructions completed before the 5:00 deadline imposed under the order dated January 13, 2020 [Doc. 166] denying Defendant's Motion for Extension of Time.

2. Attached hereto as **Exhibit 1** are Plaintiffs' Proposed Jury Instructions.

3. Attached hereto as **Exhibit 2** is a "near final" revised redline draft of Plaintiffs' Proposed Verdict Form that Defendant first provided to Plaintiffs by electronic mail at 3:44 this afternoon. It is not acceptable to Plaintiffs, who are now working with defense counsel to revise it further.

{BC00274118:1}

4. Attached hereto as **Exhibit 3** is a relevant exchange of email messages among counsel for the parties following entry of yesterday's order [Doc. 166].

Respectfully submitted,

*/s/ Shane B. Vogt*
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail:  svogt@bajocuva.com
V. Stephen Cohen – FBN 0948756
Email: scohen@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder
E-mail:  charder@harderllp.com
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212-2406
Tel: (424) 203-1600
Fax: (424) 203-1601
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Shane B. Vogt*
Attorney