UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

        CASE NO.: **8:18-cv-2869-T-33CPT**

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## MOTION TO WITHDRAW MARGO ARNOLD AS COUNSEL

Pursuant to Local Rule 2.03(b), Margo Arnold respectfully moves this Honorable Court to grant leave for withdrawal from this case:

1. The undersigned's application to appear pro hac vice to represent Plaintiffs was granted on May 3, 2019.

2. The case is currently scheduled for the February 3, 2020, trial term.

3. Pursuant to Local Rule 2.03(b), the undersigned has conferred with Plaintiffs about this motion and Plaintiffs do not object.

4. Current counsel Shane Vogt, Kenneth Turkel, Stephen Cohen, Charles Harder and Dilan Esper will continue to represent Plaintiffs.

WHEREFORE, Margo Arnold respectfully requests this Honorable Court grant this motion and permit the undersigned to withdraw as counsel.

Dated this 24th day of January 2020.

\_Margo J. Arnold_____
Margo Arnold, Esq.
PHV No. 278288
Nolan Heimann LLP
16133 Ventura Blvd.
Encino, California 91436
Tel: (818) 574-5710
E-mail: marnold@nolanheimann.com