# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

CASE NO.: **8:18-cv-2869-T-33CPT**

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.

_____/

## **MOTION TO WITHDRAW DILAN A. ESPER AS COUNSEL**

Pursuant to Local Rule 2.03(b), Dilan A. Esper respectfully moves this Honorable Court to grant leave for withdrawal from this case:

1. The undersigned's application to appear pro hac vice to represent Plaintiffs was granted on January 22, 2020.

2. The case is currently scheduled for the May, 2020, trial term.

3. Current counsel Shane Vogt, Kenneth Turkel and Stephen Cohen will continue to represent Plaintiffs.

{00107438;1}

{00107438;1}

WHEREFORE, Dilan A. Esper respectfully requests this Honorable Court grant this motion and permit the undersigned to withdraw as counsel.

Dated this 20th day of April 2020.

*/s/ Dilan A. Esper*
Dilan A. Esper
HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
(424) 203-1600
E-mail: DEsper@HarderLLP.com

**RULES 2.03(b) and 3.01(g) CERTIFICATION OF COUNSEL**

Pursuant to Rule 2.03(b) and Rule 3.01(g), Local Rules for the Middle District of Florida, the undersigned has conferred with Plaintiffs and counsel for defendants about this motion and neither objects. Plaintiffs and Counsel for defendants gave permission for the undersigned to withdraw on April 7th, 2020.

Dated this 20th day of April, 2020

/s/ Dilan A. Esper
Dilan A. Esper, Esq.
Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Dilan A. Esper
Attorney

{00107438;1}