**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:18-cv-2869-T-33CPT | DATE:   April 30, 2020 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>         **Plaintiffs,**<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>         **Defendant** | **PLAINTIFF COUNSEL**<br>Kenneth G. Turkel<br>Victor S. Cohen<br><br><br><br>**DEFENDANT COUNSEL**<br>Harold D. Holder<br>David C. Banker | |
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:** | Sarah Pekarik |
| **TIME:** 10:07 AM - 10:48 AM<br>**TOTAL:** 41 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**   FINAL PRETRIAL CONFERENCE

Court called to order.

All parties have given consent to conduct this hearing via Zoom video conference.

The Court discussed the matters of this case as stated on the record.

The parties are directed to submit a joint notice by May 7, 2020 addressing the topics discussed in this hearing.

Court adjourned.