**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2869-T-33CPT | DATE: April 26, 2019 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**CHRISTOPHER FRANKEL**<br><br>        **Defendant** | **PLAINTIFF COUNSEL**<br>Kenneth Turkel<br>Anthony Cuva<br><br>**DEFENDANT COUNSEL**<br>Harold Holder<br>David Banker |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** Tamecika Lee |
| **TIME:** 9:41 AM- 11:17 AM<br>**TOTAL:** 1 hour 36 minutes | **COURTROOM:** 14B |

**PROCEEDINGS:** MOTION HEARING re Motion to Bifurcate the Liability and Damages Phases of Trial [Doc. 146], Motion in limine *#1-13* regarding Evidence [Doc. 147] and Motion in limine [Doc. 148]

Court called to order.

The Court addressed counsel and heard argument on Motion to Bifurcate the Liability and Damages Phases of Trial [Doc. 146].

The Court finds that the Motion to Bifurcate the Liability and Damages Phases of Trial [Doc. 146] is moot, for the reasons stated on the record.

The Court addressed counsel and heard argument on Motion in limine *#1-13* regarding Evidence [Doc. 147].

The Court finds that the Motions in Limine Numbers 1-13 [Doc. # 147] is **DENIED** without prejudice.

The Court addressed counsel and heard argument on Motion in limine [Doc. 148].

The Court finds that the Motion in limine [Doc. 148] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated on the record.

Court Adjourned.