UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,                                                          Case No. 8:18-cv-02869-VMC-CPT

    Plaintiffs,

v.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**JOINT NOTICE REGARDING SETTING CASE FOR TRIAL**

    Pursuant to the Court's Order entered August 10, 2020 [Doc. 234], the parties state that an appropriate time period to set this case for a jury trial would be January 2021.

Dated:  August 24, 2020.

| | |
|---|---|
| */s/ Shane B. Vogt* | */s/ Harold D. Holder* |
| Kenneth G. Turkel – FBN 867233 | Harold D. Holder – FBN 118733 |
| E-mail:  kturkel@bajocuva.com | Bush Ross, P.A. |
| Shane B. Vogt – FBN 257620 | 1801 North Highland Avenue |
| E-mail:  svogt@bajocuva.com | Tampa, FL  33602-2656 |
| Anthony J. Cuva – FBN 896251 | E-mail:  hholder@bushross.com |
| E-mail:  acuva@bajocuva.com | Tel:  (813) 224-9255 |
| BAJO \| CUVA \| COHEN \| TURKEL | Fax:  (813) 223-9620 |
| 100 North Tampa Street, Suite 1900 | *Attorneys for Defendant* |
| Tampa, Florida 33602 | |
| Tel:  (813) 443-2199 | |
| Fax: (813) 443-2193 | |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 24, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                */s/ Shane B. Vogt*
                Attorney