UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,   Case No. 8:18-cv-02869-VMC-CPT

    Plaintiffs,

v.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## JOINT NOTICE REGARDING SETTING CASE FOR TRIAL

Pursuant to the Court's Order entered December 14, 2020 [Doc. 237], the parties state that they are available the following weeks during February 2021 for the jury trial in this action:

- February 1-4, 2021
- February 9-12, 2021
- February 15-19, 2021
- February 22-26, 2021

Dated: December 22, 2020.

| | |
|---|---|
| */s/ Kenneth G. Turkel* | */s/ David C. Banker* |
| Kenneth G. Turkel – FBN 867233 | David C. Banker – FBN 352977 |
| E-mail: kturkel@bajocuva.com | E-mail: dbanker@bushross.com |
| Shane B. Vogt – FBN 257620 | Harold D. Holder – FBN 118733 |
| E-mail: svogt@bajocuva.com | E-mail: hholder@bushross.com |
| Anthony J. Cuva – FBN 896251 | BUSH ROSS, P.A. |
| E-mail: acuva@bajocuva.com | 1801 North Highland Avenue |
| BAJO \| CUVA \| COHEN \| TURKEL | Tampa, FL 33602-2656 |
| 100 North Tampa Street, Suite 1900 | Tel: (813) 224-9255 |
| Tampa, Florida 33602 | Fax: (813) 223-9620 |
| Tel: (813) 443-2199 | *Attorneys for Defendant* |
| Fax: (813) 443-2193 | |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 22, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                 */s/ Shane B. Vogt*
                 Attorney