**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand twenty.

Before: John M. Walker, Jr.,
José A. Cabranes,
Robert D. Sack,
*Circuit Judges*.

| | |
|---|---|
| United States Securities and Exchange Commission, | **JUDGMENT** |
| Plaintiff - Appellee, | Docket No. 19-3272 |
| v. | |
| Alpine Securities Corporation, | |
| Defendant - Appellant. | |

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/26/2021