UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

      Plaintiffs,

v.

                                     Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

      Defendant.

_____/

**PLAINTIFFS' MOTION TO CONTINUE TRIAL AND PRETRIAL
CONFERENCE AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 3.08, Plaintiffs, The Hurry Family Revocable Trust,
Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation
(collectively "Plaintiffs"), move this Court for entry of an order continuing the trial
currently scheduled to begin on April 26, 2021, as well as jury selection and the pretrial
conference scheduled for April 23, 2021, due to circumstances arising from Plaintiffs'
counsel's recent COVID-19 exposure.  In support, Plaintiffs state as follows:

1.      The trial in this case is scheduled to begin on April 26, 2021, with the
pretrial conference and jury selection scheduled for April 23, 2021.  On the late
afternoon/early evening of April 19, 2021, the attorney[1] who is second chair for
Plaintiffs on the case and who has had primary responsibility for much of the trial

---

[1] To protect the identity and confidential health care information of the attorney's child, the name is being excluded
from this motion. Plaintiffs' counsel can provide it in camera to the Court upon request if necessary.

1

preparation, was informed one of his children tested positive for COVID-19. The child was likely contagious at the end of last week and through the weekend. During that time, the attorney has had repeated, daily exposure to his child.

2.     Kenneth Turkel, Esq., who is lead counsel for Plaintiffs, has worked in close proximity with the attorney on a daily basis each of the past four days in connection with preparing for trial. Both Mr. Turkel and the attorney have received vaccination shots; however, neither individual is fully vaccinated according to the criteria set forth from the Centers for Disease Control and Prevention.[2] Under the circumstances, the CDC guidelines provide that the attorney is required to quarantine for ten days.[3] Because the attorney lives with the COVID-positive child, the nature of his exposure will be ongoing.[4]

3.     In light of the foregoing, the attorney and Mr. Turkel would not be permitted access to the Courthouse under the Court's COVID-19 Order (December 22, 2020), a copy of which is attached as Exhibit A. The attorney is awaiting test results due to a suspected exposure, is under instructions to quarantine, and has had close contact with someone with a COVID-19 diagnosis. *See id.* Mr. Turkel has had close contact with someone waiting test results for COVID-19 based on suspected exposure and intends to be tested thereby falling within that criteria also. *See id.*

---

[2]*https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html.*     Both     the attorney and Mr. Turkel will be fully vaccinated according CDC criteria as of April 30, 2021.

[3] *https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine.html*

[4] The attorney took a PCR Covid test on the evening of April 19, 2021, as rapid testing was not available based on the timing of exposure. He has not received results. Regardless of the test result, he will still be required to quarantine based on ongoing exposure. Mr. Turkel is in the process of scheduling a test.

4.     The attorney has been extensively involved with the trial preparation for this case. If he cannot attend trial and continue to work in close proximity with lead counsel and support staff, the trial preparation and presentation will be adversely impacted, and Plaintiffs will be prejudiced.  Although an additional delay is not desired by any of the parties, any prejudice to Defendant will be minimal. In light of these unique and extenuating circumstances and the uncertainty associated with the COVID exposures, there is good cause for a continuance of the trial.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order: (1) continuing the trial to the next available trial term; (2) rescheduling jury selection to coincide with the trial term; (3) rescheduling the final pretrial conference to occur in advance of the rescheduled trial term; (4) directing the parties to file a joint notice providing their availability for trial during the projected trial term; and (5) granting such further relief as the Court deems just and proper.

## LOCAL RULE 3.08(b) CERTIFICATION

Pursuant to Local Rule 3.08(b), counsel for Plaintiffs certifies that his clients consent to the requested continuance of the trial term.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local rule 3.01(g), counsel for Plaintiffs certifies that he conferred in good faith with Defendant's counsel regarding this motion, and Defendant's counsel has advised they oppose the relief sought herein.

[Attorney's signature on the following page]

/s/ Kenneth G. Turkel
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail:  svogt@bajocuva.com
Anthony J. Cuva – FBN 896251
E-mail:  acuva@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Kenneth G. Turkel
Attorney