UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.                          Case No.: 8:18-cv-2869-VMC-CPT

CHRISTOPHER FRANKEL,
    Defendant.
_____/

## ORDER

Plaintiffs' motion to allow electronic equipment in courtroom for use at trial (Doc. # 267) is granted in part and denied in part. Michael Boucher, Mitch Mahon, and Lesli Harm are granted permission to bring their personal electronic devices, including a smart phone, smart watch, laptop, or monitor, into the United States Courthouse for the trial set to begin on April 23, 2021, and scheduled to continue through and including April 30, 2021, or through the conclusion of the trial. The Motion is denied as to John Hurry and Michael Cruz for the reasons stated on the record at the April 23, 2021, pre-trial conference.

All technological equipment is subject to inspection at any time by the Court Security Officers and United States Marshals. Michael Boucher, Mitch Mahon, and Lesli Harm may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Court will permit Michael Boucher, Mitch Mahon, and Lesli Harm to enter the United States Courthouse with their electronic devices as specified above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of April, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE