**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2869-T-33CPT | DATE: April 26, 2021 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>    Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>    Defendant | **PLAINTIFF COUNSEL**<br>Kenneth George Turkel and James Cullen Mooney<br><br>**DEFENDANT COUNSEL**<br>David Banker<br>Harold Holder |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Tamecika Lee |
| **TIME:** 9:01 AM – 10:45 AM; 11:00 AM – 12:04 PM; 1:04 PM - 2:19 PM; 2:31 PM – 3:39 PM; 3:57 PM – 5:02 PM<br>**TOTAL:** 6 hours 16 minutes | **COURTROOM:** 14B |

**PROCEEDINGS:**    JURY TRIAL (Day 1)

9:01 AM    Court called to order.

9:05 AM    Jurors enter the courtroom.

9:08 AM    Jurors are sworn.

9:09 AM    The Court addresses the jury with preliminary instructions.

9:31 AM    Opening statements conducted by Plaintiff.

10:05 AM   Opening statements conducted by Defendant.

10:30 AM   Short break for the jury.

10:45 AM   Short break for the Court.

11:00 AM   Jurors enter the courtroom.

| Time | Event |
|---|---|
| 11:02 AM | Plaintiff's witness: D. Michael Cruz sworn and testified on direct examination. |
| 12:04 PM | Lunch break. |
| 1:04 PM | Court back in session. |
| 1:14 PM | Jury enter the courtroom. Direct examination of Mr. Cruz resumes. |
| 2:14 PM | Short break for the jury. |
| 2:19 PM | Short break for the Court. |
| 2:31 PM | Court back in session. |
| 2:35 PM | Jury enter the courtroom. |
| 2:44 PM | Cross examination of Mr. Cruz. |
| 3:22 PM | Short break for the jury. |
| 3:23 PM | Plaintiff's oral motion for mistrial is **DENIED** by the Court. |
| 3:39 PM | Short break for the Court. |
| 3:57 PM | Court back in session. |
| 4:07 PM | Jury enter the courtroom. |
| 4:08 PM | Cross examination of Mr. Cruz resumes. |
| 4:09 PM | Plaintiff's renewed oral motion for mistrial is **DENIED** by the Court. |
| 4:38 PM | Jury dismissed for the day. |
| 5:02 PM | Court adjourned. Court will resume at 8:45 a.m. on 4/27/2021. |