**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:18-cv-2869-T-33CPT | DATE:   April 27, 2021 | |
|---|---|---|
| **HONORABLE   VIRGINIA   M.   HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>          **Plaintiffs,**<br><br>**v.**<br><br>**CHRISTOPHER FRANKEL**<br><br>          **Defendant** | **PLAINTIFF COUNSEL**<br>Kenneth George Turkel and James Cullen Mooney<br><br>**DEFENDANT COUNSEL**<br>David Banker<br>Harold Holder | |
| **COURT REPORTER:**  David Collier | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:**  8:59 AM – 12:09 PM; 1:18 PM - 2:43 PM; 2:59 PM - 3:55 PM; 4:11 PM – 4:57 PM<br>**TOTAL:**  6 hours 17 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    JURY TRIAL (Day 2)

8:59 AM     Court called to order.

9:00 AM     Court and parties discussed primarily matters.

For the reasons stated on the record, the Court **DENIED** Defendant's motion for Miscellaneous Relief, specifically reconsideration of the order granting the plaintiffs' ore tenus motion to prohibit the defendant from calling David Jarvis as a trial witness (Doc. # 274).

9:46 AM     Jurors enter the courtroom.

9:52 AM     Cross examination of Mr. Cruz resumes.

10:46 AM     Redirect examination of Mr. Cruz.

11:04 AM     Recross examination of Mr. Cruz.

| | |
|---|---|
| 11:09 AM | Mr. Cruz excused. |
| 11:10 AM | Plaintiff's witness: Christopher Frankel sworn and testified on direct examination. |
| 12:09 PM | Lunch break. |
| 1:18 PM | Court resumes. Court and parties discussed jury questions for Mr. Cruz. |
| 1:25 PM | Jurors enter the courtroom. |
| 1:26 PM | Court recalls Plaintiff's witness D. Michael Cruz to address jury questions that were previously omitted. |
| 1:30 PM | Mr. Cruz excused. |
| 1:31 PM | Mr. Frankel direct examination resumes. |
| 2:43 PM | Short break. |
| 2:59 PM | Court resumes. |
| | For the reasons stated on the record, the Court **GRANTED IN PART** and **DENIED IN PART** Defendant's motion for Defendant's motion for Miscellaneous Relief, specifically Prohibit Plaintiffs from Introducing Undisclosed Damages Computations and Soliciting Testimony about Frankel's Compensation, (Doc. # 279). |
| 3:15 PM | Jurors enter the courtroom. |
| 3:55 PM | Short break. |
| 4:11 PM | Jury enter the courtroom. Cross examination of Mr. Frankel. |
| 4:55 PM | Jury dismissed for the day. |
| 4:57 PM | Court adjourned. Court will resume at 9:00 a.m. on 4/28/2021. |