UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2869-T-33CPT | DATE: April 28, 2021 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **CHRISTOPHER FRANKEL** <br><br> Defendant | **PLAINTIFF COUNSEL** <br> Kenneth George Turkel and James Cullen Mooney <br><br> **DEFENDANT COUNSEL** <br> David Banker <br> Harold Holder | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 8:57 AM – 10:40 AM; 10:50 AM – 12:07 PM; 1:04 PM – 2:32 PM; 2:55 PM – 4:31 PM <br> **TOTAL:** 6 hours 4 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:** JURY TRIAL (Day 3)

| | |
|---|---|
| 8:57 AM | Court called to order. The Court and the parties discuss a matter concerning a juror on the panel. |
| 9:08 AM | Short break. |
| 9:15 AM | Court back in session. |
| 9:18 AM | For the reasons stated on the record, the Court excused juror from service in the case. |
| 9:26 AM | Jury enter the courtroom. Cross examination of Mr. Frankel resumes. |
| 10:37 AM | Short break for the jury. |
| 10:40 AM | Short break for the court. |

| | |
|---|---|
| 10:50 AM | Court back in session. Plaintiff's oral motion for mistrial is **DENIED**, for the reasons stated on the record. |
| 11:08 AM | Jury enter the courtroom. |
| 11:55 AM | Jury excused for lunch. |
| 12:07 PM | Lunch break. |
| 1:04 PM | The Court and counsel review preliminary matters. |
| 1:14 PM | Jury enter the courtroom. Cross examination of Mr. Frankel resumes. |
| 2:32 PM | Short break. |
| 2:55 PM | Court back in session. Jury enter the courtroom. Cross examination of Mr. Frankel resumes. |
| 3:04 PM | Redirect examination of Mr. Frankel. |
| 4:19 PM | Jury dismissed for the day. |
| 4:31 PM | Court adjourned. Court will resume at 9:00 a.m. on 4/29/2021. |