## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| CASE NO.:   8:18-cv-2869-T-33CPT | DATE:   April 29, 2021 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>      Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>      Defendant | **PLAINTIFF COUNSEL**<br>Kenneth George Turkel and James Cullen Mooney<br><br>**DEFENDANT COUNSEL**<br>David Banker<br>Harold Holder | |
| **COURT REPORTER:**  David Collier | **DEPUTY CLERK:** | Tamecika Lee/ Amanda Craig |
| **TIME:**  9:04 AM – 10:08 AM; 10:22 AM – 11:30 AM; 11:37 AM – 12:22 PM; 1:08 PM – 2:39 PM; 2:50 PM – 3:22 PM; 3:34 PM – 6:22 PM<br>**TOTAL:**  7 hours 48 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**     JURY TRIAL (Day 4)

8:57 AM     Court called to order.

9:11 AM     Jury enter the courtroom.

9:12 AM     Redirect examination of Mr. Frankel resumes.

10:09 AM     Short break.

10:22 AM     Court back in session.

10:24 AM     Recross examination of Mr. Frankel.

11:19 AM     Jury questions for Mr. Frankel.

11:30 AM     Short break.

| | |
|---|---|
| 11:37 AM | Court back in session. |
| 11:44 AM | Plaintiff's witness: James Kelley sworn and testified on direct examination. |
| 11:55 AM | Cross examination of Mr. Kelley. |
| 12:05 PM | Jury excused for lunch break. |
| 12:22 PM | Lunch break. |
| 1:08 PM | Court back in session. The Court and the parties review primarily matters. |
| 1:21 PM | Jury enter the courtroom. |
| 1:22 PM | Plaintiff's witness: John Hurry sworn and testified on direct examination. |
| 2:11 PM | Cross examination of Mr. Hurry. |
| 2:36 PM | Short break for the jury. |
| 2:39 PM | Short break for the Court. |
| 2:50 PM | Court back in session. |
| 2:51 PM | Jury enter the courtroom. Cross examination of Mr. Hurry resumes. |
| 3:11 PM | Redirect examination of Mr. Hurry. |
| 3:15 PM | Recross examination of Mr. Hurry. |
| 3:18 PM | Jury questions. |
| 3:20 PM | Plaintiff rests. |
| 3:22 PM | Short break for the Court. |
| 3:34 PM | Court back in session. Jury enter the courtroom. |
| 3:35 PM | Defendant's witness: Christopher Frankel sworn and testified on direct examination. |
| 4:00 PM | Cross examination of Mr. Frankel. |
| 4:09 PM | Mr. Frankel excused. |
| 4:10 PM | Short break for the jury. |
| 4:19 PM | Jury enter the courtroom. |

| | |
|---|---|
| 4:20 PM | Defendant rests. |
| 4:21 PM | Jury excused for the day. |
| 4:22 PM | Defendant moves for directed verdict. Plaintiff responds. The Court reserves ruling on motion. Plaintiff renew all motions to strike and motions for mistrial. Plaintiff moves for directed verdict, which the Court **DENIED** for the reasons stated on the record. |
| 4:46 PM | Charge conference. |
| 6:22 PM | Court adjourned. Court will resume at 9:00 a.m. on 4/30/2021. |