UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

      Plaintiffs,

v.                                                                      Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

      Defendant.

_____/

### Defendant's Proffer of John Fife

The defendant, Christopher Frankel, through counsel and under Federal Rule of Evidence 103, submits the following written proffer as an offer of proof of the testimony of John Fife if Mr. Frankel were permitted to call Mr. Fife as a witness in the trial in this action.

1.      Mr. Fife is the owner and principal of Chicago Venture Partners, L.P. ("Chicago Ventures"); Iliad Research and Trading, L.P. ("Illiad Research"); and St. George Investments LLC ("St. George").

2.      For more than a decade, Mr. Fife has been involved in the business of trading securities. Both Mr. Fife and his companies are well known in the business of trading securities, including in the business of private investment in public entities, known as PIPE investing. The contact information for doing

business with Mr. Fife and his companies is published online and can be obtained through multiple public sources.

3.      Mr. Fife's company maintains a database, through publicly available information, of a list of companies, similar to his, that routinely make private investments in public companies.

4.      Mr. Fife and his companies have maintained brokerage accounts at many firms over the years.

5.      Mr. Fife's companies maintained accounts with Legent/COR Clearing while Mr. Frankel served as CEO of Legent/COR Clearing.

6.      Mr. Fife's companies routinely worked directly with Mr. Frankel and his deposit team regarding various deposits while Mr. Frankel was the CEO of Legent/COR Clearing.

7.      Mr. Fife's companies currently maintain accounts with Alpine Securities Corporation and Scottsdale Capital Advisors Corporation to conduct trading for his companies.

8.      Mr. Fife's companies regularly seek out additional relationships with clearing firms to open accounts for his companies to conduct trading.

9.      Alpine Securities Corporation and Scottsdale Capital Advisors have informed Mr. Fife and his companies that Alpine Securities Corporation and Scottsdale Capital Advisors do not have sufficient capital to support all the trades that Mr. Fife's companies would like to execute and clear.

2

10.     In September 2015, Mr. Fife submitted an application for his company to open an account with Vision Financial Markets LLC.

11.     In January 2019, Mr. Fife submitted an application for his company to open an account with Vision Financial Markets LLC.

12.     Mr. Frankel did not recruit or solicit Mr. Fife or his companies to open an account with Vision Financial Markets LLC.

13.     Mr. Fife and his companies sought out to Mr. Frankel to help them open an account with Vision Financial Markets LLC.

14.     Mr. Frankel has not revealed or disclosed to Mr. Fife or his companies any information about The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, or Alpine Securities Corporation that is not available thru public sources.

Declaration of John Fife

I, John Fife, have personal knowledge of and am competent testify regarding the matters set forth in the foregoing proffer. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I have read the foregoing proffer and the facts stated in it are true and correct.

Executed on April 29, 2021.

_____
JOHN FIFE