UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

    Plaintiffs,

v.                                        Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## Defendant's Proffer of David Jarvis

The defendant, Christopher Frankel, through counsel and under Federal Rule of Evidence 103, submits the following written proffer as an offer of proof of the testimony of David Jarvis, if Mr. Frankel were permitted to call Mr. Jarvis as a witness in the trial in this action.

    1.    Mr. Jarvis is an Attorney licensed to practice law in the State of Michigan, having continuously been a member in good standing of the Michigan State Bar since 1991.

    2.    Mr. Jarvis has been involved as an attorney in the securities industry, and more particularly, in the clearance and settlement component of the securities industry since the late 1990s.

3. Mr. Jarvis knows the identity of the significant investors in the business of private investment in public entities and similar transactions in low-priced or microcap securities.

4. Mr. Jarvis knows the public sources of information through which the identity of and contact information for these the significant investors in the business of private investment in public entities and similar transactions in low-priced or micro-cap securities.

5. Mr. Jarvis is familiar with the customs and practices of the clearance and settlement of low-priced or microcap securities, the firms that provide such services, and the clients of such firms. The clients regularly maintain accounts at multiple clearing firms that process low-priced or microcap securities transactions including Alpine Securities Corporation; Vision Financial Markets, Velocity Clearing, RBC, LEK Corp., and Wilson-Davis.

6. Mr. Jarvis is familiar with OTC Markets and the publicly available information that can be obtained from requesting a time-and-sales report from OTC Markets, which includes all transactions for the requested time period and provides the issuer's symbol, quantity, price, date, time of trade and order type.

7. Mr. Jarvis is an employee of Vision Financial Markets.

8. Mr. Jarvis works closely with Mr. Frankel at Vision Financial Markets.

9. Mr. Frankel has not revealed or disclosed to Mr Jarvis any information about The Hurry Family Revocable Trust, Scottsdale Capital Advisors

Corporation, or Alpine Securities Corporation that is not available through public sources.

10. Mr. Jarvis is familiar with the potential Ziv transaction that Mr. Czarnik brought to Frankel.

## Declaration of David Jarvis

I, David Jarvis, have personal knowledge of and am competent testify regarding the matters set forth in the foregoing proffer. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I have read the foregoing proffer and the facts stated in it are true and correct.

Executed on April 29, 2021.

David H. Jarvis  
_____  
DAVID JARVIS