**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:18-cv-2869-T-33CPT | DATE:   April 30, 2021 | |
|---|---|---|
| **HONORABLE   VIRGINIA   M.   HERNANDEZ COVINGTON** | | |
| **THE HURRY FAMILY REVOCABLE TRUST, ET AL.**<br><br>      Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER FRANKEL**<br><br>      Defendant | **PLAINTIFF COUNSEL**<br>Kenneth George Turkel and James Cullen Mooney<br><br>**DEFENDANT COUNSEL**<br>David Banker<br>Harold Holder | |
| **COURT REPORTER:**  David Collier | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:**  9:05 AM – 11:50 PM; 12:01 PM – 12:48 PM; 2:57 PM – 3:11 PM; 3:32 PM – 3:44 PM; 3:53 PM – 4:03 PM<br>**TOTAL:**  4 hours 8 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    JURY TRIAL (Day 5)

9:05 AM    Court called to order. The Court and the parties discussed the jury instructions and verdict form.

9:48 AM    Jury enter the courtroom.

9:51 AM    Plaintiff's closing arguments.

10:44 AM   Defendant's closing arguments.

11:40 AM   Plaintiff's rebuttal.

11:50 AM   Short break.

12:01 PM   Court back in session. Defendant's oral motion for mistrial is **DENIED**, for the reasons stated on the record.

12:05 PM   Jury enter the courtroom.

| | |
|---|---|
| 12:06 PM | Jury instructions. |
| 12:48 PM | Jury excused from the courtroom. Court in recess. Jurors begin deliberating. |
| 2:57 PM | Court back in session. Questions from the jury. |
| 3:11 PM | Court in recess. |
| 3:32 PM | Court back in session. |
| 3:34 PM | Jury enters the courtroom. Jury reached a verdict in favor of the plaintiff. The courtroom clerk publishes the verdict. The jurors are polled. |
| 3:44 PM | Jurors excused. |
| 3:53 PM | The Court addresses the parties. Plaintiff's renewed motions to strike and motion for mistrial are **DENIED**, for the reasons stated on the record. Defendant's motion for directed verdict is **DENIED**, for the reasons stated on the record. |
| 4:02 PM | Defendant's oral motion to renew motion for directed verdict and for judgment notwithstanding the verdict, written brief will be submitted to the Court. |
| 4:03 PM | Court adjourned. |