UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

      Plaintiffs,

v.                                Case No. 8:18-cv-02869-VMC-CPT

CHRISTOPHER FRANKEL,

      Defendant.

_____/

CHRISTOPHER L. FRANKEL,

      Counter-claimant,

v.

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

      Counter-defendants.

_____/

## DEFENDANT CHRISTOPHER FRANKEL'S SHORT LIST OF TRIAL EXHIBITS[1]

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| 1. | | | 06/22/2015 | Non-Disclosure and Confidentiality Agreement between Frankel, as Recipient, and Scottsdale Capital Advisors Corporation and Alpine Securities Corporation, as Disclosers | Exhibit 1 to the Second Amended Complaint HURRY0001-HURRY0002 | |

---

[1] Defendant may also introduce exhibits from his Full List of Trial Exhibits, dependent upon Plaintiff's presentation of evidence at trial.

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| Upon 2. | | | 07/01/2015 | Employee Nondisclosure & Computer Use Agreement between Alpine and Scottsdale, as Company, and Frankel, as Employee | Exhibit 2 to the Second Amended Complaint HURRY0003-HURRY0005 | |
| 21. | | | 5/18/2015 4:18:34 PM | Email RE: nda | FRANKEL_0000 31 | |
| 173. | | | 4/12/2017 4:12:40 PM | Email re: CME Group is Launching a Gold-Trading Platform Inspired by Bitcoin CME built the platform in partnership with the U.K. Royal Mint | FRANKEL_0011 75 | |
| 199. | | | 11/8/2017 9:13:43 AM | Email RE: Alpine Salary/Bonus Info Requested at Board Meeting | FRANKEL_0012 76 | |
| 207. APR 2 8 2021 | APR 2 8 2021 | | 7/31/2018 10:57:43 AM | Email RE: David Jarvis - Other House Keeping | FRANKEL_0014 22- FRANKEL_0014 23 | |
| 220. APR 2 7 2021 | | APR 2 7 2021 | 10/7/2018 12:17:21 PM | Email and attachments RE: Consulting Opportunity - Qualified Plan Spon | **HURRY 8** FRANKEL_0015 02- FRANKEL_0015 10 | |
| 225. | | | 10/26/2018 3:32:53 PM | Email RE: Thank You | FRANKEL_0022 52 | |
| 233. | | | 11/8/2018 4:50:04 PM | Email and attachment re: LOI | FRANKEL_0023 13 | |
| 243. | | | 11/13/2018 4:34:17 PM | Email and attachment RE: Trade Blotter | FRANKEL_0023 26- FRANKEL_0023 42 | |
| 261. | | | 11/29/2018 5:59:33 PM | Email and attachment RE: LOI | FRANKEL_0023 66- FRANKEL_0023 71 | |
| 379. | | | 06/26/13 | COR Clearing Microcap and Unregistered Securities Correspondent Guidebook | Doc 16-3 | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 |
| 380. | | | 01/07/19 | Hurry's declaration in opposition to bond with Non-Disclosure Agreement attached | Doc 24-1 | |
| 381. | | | 02/01/2019 | Plaintiffs' Initial Disclosures | | |

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| 388. | | | 11/09/18 | Susman's email / letter demand with Non-Disclosure Agreement enclosed | | |
| 389. | | | 11/12/18 | Frankel's email response to demand | | Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 390. | | | 11/21/2018 | Plaintiffs' Initial Complaint | Doc 1 | |
| 391. | | | 02/11/2019 | Plaintiffs' Motion for Leave to File Amended Complaint with Susman Declaration and Proposed First Amended Complaint | Doc 34 | |
| 392. | | | 02/26/2019 | Plaintiffs' First Amended Complaint | Doc 37 | |
| 393. | | | 05/10/2019 | Plaintiffs' Second Amended Complaint | Doc 61 | |
| 394. | | | 06/03/2019 | Alpine's amended U-5 charge against Frankel | | Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Not produced in discovery or previously filed |
| 408. | | | 09/11/2019 | Alpine's and Scottsdale's complaint against Jones, Vision, and Rothman | N/A | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 410. | | | 12/19/2018 | Brant declaration in support of Alpine's application to SEC to review NSCC's charges | N/A | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 411. | | | 10/23/2019 | Alpine's mandamus petition requesting Second Circuit to compel SEC to rule on Alpine's application for review of NSCC's charges, with | N/A | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 |

APR 2 6 2021

APR 2 6 2021

3

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| | | | | supporting submissions and declarations | | Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 412. | | | 12/10/18 | Alpine's charges for non-DTC eligible securities | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 413. | | | 12/19/19 | Alpine's Non-DTC Eligible Securities Policy | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 414. | | | 12/10/18 | Alpine's Commission Schedule | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 415. | | | 12/19/19 | Alpine's Commission Schedule (October 2014) | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 416. | | | 12/10/18 | Alpine's schedule of account and service fees | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed |

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| | | | | | | Hearsay - Fed.R.Evid. 802 |
| 417. | | | 12/10/18 | Alpines interim, unaudited, financial statement - 3/31/18 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 418. | | | 12/19/19 | Alpine's interim, unaudited financial statement - 3/31/19 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 419. | | | 12/10/18 | Alpine's audit – 9/30/18 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 420. | | | 12/20/19 | Alpine's audit – 9/30/19 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 421. | | | 12/10/18 | Alpine Securities – Financial Statements | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 422. | | | 12/10/18 | Alpine Securities – Services | | Irrelevant - |

5

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| | | | | | | Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 423. | | | 12/10/18 | Alpine Securities – Home | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 424. | | | 12/10/18 | Alpine Securities – About Us | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 425. | | | 12/10/18 | Scottsdale Capital Advisors – Our Process | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 426. | | | 12/10/18 | Scottsdale Capital Advisors – What We Do | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 427. | | | 12/10/18 | Scottsdale Capital Advisors – Home Page | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 |

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| | | | | | | Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 428. | | | 12/20/19 | Scottsdale's audit – 6/30/18 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 429. | | | 12/19/19 | Scottsdale Capital Advisors - Disclosures | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 430. | | | 12/19/19 | Scottsdale's fee schedule – 7/23/19 | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 431. | | | 01/16/19 | PowerUp Lending - Home | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 432. | | | 01/16/19 | PowerUp - About Us | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed |

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| | | | | | | Hearsay - Fed.R.Evid. 802 |
| 433. | | | 01/16/19 | PowerUp Lending - Referral Network | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 434. | | | 01/16/19 | PowerUp Lending - Our Loans | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 435. | | | 01/16/19 | PowerUp Lending - Buzzfile | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 436. | | | 01/16/19 | Asher Enterprises - Bloomberg | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 437. | | | 01/16/19 | Asher Enterprises - Crunchbase | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |

| Exhibit Number | Identified | Admitted | Date | Description | Bates / ID | Objections |
|---|---|---|---|---|---|---|
| 438. | | | 01/16/19 | Asher Enterprises - Top Holdings | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 439. | | | 01/16/19 | Asher Enterprises Obtains Judgment Against Platinum Studios | | Irrelevant - Fed.R.Evid. 402 Any value outweighed - Fed.R.Evid. 403 Not produced in discovery or previously filed Hearsay - Fed.R.Evid. 802 |
| 465. | | | | Certified copy   James Kelly's DUI felony conviction - 9 5 2006 | | |
| 466. | | | | James Kelly's DUI citation - 1 8 2006 | | |
| 467. | | | | DUI complaint   arrest affidavit against James Kelly - 1 8 06 | | |
| 468. | | | | OTC Markets - Securities traded by Alpine | | |
| 470. | | | | All Documents of which court has taken judicial notice | | |
| 140. | 4-28-21 | 4-28-21 | | Email | | |