UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY
REVOCABLE TRUST,
SCOTTSDALE CAPITAL
ADVISORS CORPORATION, and
ALPINE SECURITIES
CORPORATION,

        Plaintiffs,

v.

        Case No:  8:18-cv-2869-VMC-CPT

CHRISTOPHER FRANKEL,

        Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on April 26, 2021 through April 30, 2021. The issues have been tried and the jury has rendered its verdict.

**I.**     **THE HURRY FAMILY REVOCABLE TRUST'S CLAIM FOR BREACH OF THE JUNE 22, 2015 NON-DISCLOSURE AND CONFIDENTIALITY AGREEMENT**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant Christopher Frankel and against The Hurry Family Trust.

**II.**     **ALPINE'S CLAIM FOR BREACH OF CONTRACT**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant Christopher Frankel and against Alpine Securities Corporation.

III. **SCOTTSDALE'S CLAIM FOR BREACH OF CONTRACT**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant Christopher Frankel and against Scottsdale Capital Advisors Corporation.

IV. **ALPINE AND SCOTTSDALE'S CLAIMS FOR MISAPPROPRIATION OF TRADE SECRETS**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff(s) Alpine Securities Corporation and Scottsdale Capital Advisors Corporation, and against Defendant, Christopher Frankel, in the amount of $932,000.00 (representing $932,000.00 in unjust enrichment), plus post-judgment interest at the federal statutory rate from the date of this judgment, for which sum let execution issue.

Date: May 7, 2021                               ELIZABETH M. WARREN, CLERK

                                                By: Tamecika Lee, Deputy Clerk