UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

CASE NO.: 8:18-cv-02869-VMC-CPT

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

## NOTICE OF APPEARANCE

Katherine E. Yanes of Kynes, Markman & Felman, P.A., gives notice of appearance in this action as co-counsel for Plaintiffs/Counter-Defendants, The Hurry Family Revocable Trust; Scottsdale Capital Advisors Corporation; and Alpine Securities Corporation.  Please add the undersigned to your service list.

                                                 /s/ *Katherine Earle Yanes*
                                                 Katherine Earle Yanes
                                                  Florida Bar No. 0159727
                                               KYNES, MARKMAN & FELMAN, P.A.
                                               Post Office Box 3396
                                               Tampa, FL 33601
                                               (813) 229-1118
                                               (813) 221-6750
                                               KYanes@kmf-law.com
                                               *Co-Counsel for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2021, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes