AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST, et al. <br> v. <br> CHRISTOPHER FRANKEL | ) <br> ) <br> ) Case No.: 8:18-cv-02869-VMC-CPT <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __05/07/2021__ against __All Plaintiffs__,
                                                                                         Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 0.00 |
| Fees for service of summons and subpoena ................................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 9,425.05 |
| Fees and disbursements for printing ................................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 .................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ......................................... | 0.00 |
| Compensation of court-appointed experts .............................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | 0.00 |
| Other costs *(please itemize)* ....................................................... | 0.00 |
| TOTAL | $ 9,425.05 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __/s/ David C. Banker__

Name of Attorney: __David C. Banker, Esq.__

For: __Christopher Frankel__      Date: __05/21/2021__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
   *Clerk of Court*                                         *Deputy Clerk*                            *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Cost Description | Amount | Date of Service/Cost | Date of Invoice | Back-up Documentation |
|---|---|---|---|---|
| FEES FOR TRANSCRIPTS: | | | | |
| Deposition transcript of Darrel Cruz, Henry Diekmann, and Joseph Walsh depositions - Anthem Services, LLC Inv. No. 41069 | $244.75 | 06/08/19 | 12/26/19 | Composite Exhibit A |
| Hearing transcript of motion hearing – Scott N. Gamertsfelder Inv. No. 665 | $222.65 | 07/02/19 | 08/15/19 | Composite Exhibit A |
| Deposition transcript of Christopher Frankel deposition – Anthem Services, LLC Inv. No. 38195 | $704.75 | 08/07/19 | 08/24/19 | Composite Exhibit A |
| Deposition transcript of Christopher Frankel's video deposition – Veritext Corp. Inv. No. FLA3919262 | $276.25 | 08/07/19 | 08/26/19 | Composite Exhibit A |
| Deposition transcript of John Joseph Hurry deposition – Anthem Services, LLC Inv. 38124 | $1,608.20 | 08/07/19 | 08/22/19 | Composite Exhibit A |
| Deposition transcripts of Darrel Michael Cruz, Henry Diekman and Jospeh Walsh depositions – Anthem Services, LLC Inv. 38070 | $390.00 | 08/08/19 | 08/22/19 | Composite Exhibit A |
| Hearing transcript of pretrial conference - Scott Gamertsfelder Inv. No. 779 | $34.80 | 01/16/20 | 04/09/21 | Composite Exhibit A |
| Transcript of motion hearing – Scott N. Gamertsfelder Inv. No. 707 | $397.70 | 03/11/20 | 03/19/20 | Composite Exhibit A |
| Deposition transcript of Christopher Frankel deposition - US Legal Support Inv. No. 120464967 | $662.25 | 04/03/20 | 04/16/20 | Composite Exhibit A |
| Hearing transcript of Zoom Videoconference final pretrial conference before Judge Covington - Rebekah Lockwood Inv. No. 20210357 | $33.60 | 04/30/20 | 04/09/21 | Composite Exhibit A |
| Hearing transcript for Pretrial - David Collier, Inv. No. 702 | $92.70 | 04/23/21 | 04/24/21 | Composite Exhibit A |
| Hearing transcript of 4/26 - 4/30/21 trial - David Collier Inv. No. 713 | $4,757.40 | 04/26/21 | 05/21/21 | Composite Exhibit A |
| **TOTAL TAXABLE COSTS:** | **$9,425.05** | | | |



01784700002

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41069 | 12/26/2019 | 39063 |
| Job Date | Case No. | |
| 8/8/2019 | 8:18-CV-02869-VMC-CPT | |
| Case Name | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Payment Terms | | |
| Due upon receipt | | |

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601



| Darrel Cruz (33p), Henry Diekmann (19p), Joseph Walsh (15p) - Transcript | | | | | |
|---|---|---|---|---|---|
| Certified Copy | 67.00 | Pages | @ | 3.15 | 211.05 |
| Condensed/Mini Transcript and Word Index (etran format) | 67.00 | Pages | @ | 0.25 | 16.75 |
| Processing/e-Delivery | 1.00 | | @ | 16.95 | 16.95 |
| | | TOTAL DUE >>> | | | $244.75 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | | |
|---|---|---|---|---|
| Job No. | : 39063 | BU ID | : Anthem | |
| Case No. | : 8:18-CV-02869-VMC-CPT | | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | | |
| Invoice No. | : 41069 | Invoice Date | : 12/26/2019 | |
| Total Due | : $244.75 | | | |

Remit To:  Anthem Reporting
101 South Franklin Street
Suite 101
Tampa, FL 33602

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# COMPOSITE EXHIBIT A

017847.00002

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

AO44 (Rev. 11/07)

INVOICE NO: 00000665

**MAKE CHECKS PAYABLE TO:**

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Phone: (813) 224-9255

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone: (813) 301-5898

Tax ID: 26-1873859
scottgmr@aol.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 07-15-2019
DATE DELIVERED: 08-15-2019

Case Style: 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel
Transcript of Motion Hearing held July 2, 2019.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 61 | 3.65 | 222.65 | | | | | | | 222.65 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 222.65 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $222.65 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s:/Scott N. Gamertsfelder          DATE: 08-15-2019

(All previous editions of this form are cancelled and should be destroyed)

017847-00002



www.anthemreporting.com | 888.909.2720

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38195 | 8/24/2019 | 39466 |
| Job Date | Case No. | |
| 8/7/2019 | 8:18-CV-02869-VMC-CPT | |
| Case Name | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Payment Terms | | |
| Due upon receipt | | |

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601



Christopher Frankel

| | | |
|---|---|---|
| Certified Copy | 177.00 Pages | 557.55 |
| Condensed/Mini Transcript and Word Index (etran format) | 177.00 Pages | 44.25 |
| Black & White Exhibits | 215.00 Pages | 86.00 |
| Processing/e-Delivery | | 16.95 |
| | TOTAL DUE >>> | $704.75 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787664

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | | |
|---|---|---|---|---|
| Job No. | : 39466 | BU ID | : Anthem | |
| Case No. | : 8:18-CV-02869-VMC-CPT | | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | | |
| Invoice No. | : 38195 | Invoice Date | : 8/24/2019 | |
| Total Due | : $704.75 | | | |

Remit To:  Anthem Reporting
           101 South Franklin Street
           Suite 101
           Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone #:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

017847.0002

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | David C. Banker<br>Bush Ross, P.A.<br>1801 North Highland Avenue<br>Tampa, FL, 33602 | | | Invoice #:<br>Invoice Date:<br>Balance Due: | FLA3919262<br>8/26/2019<br>$276.25 |

| Case: | The Hurry Family Revocable Trust' Scottsdale Capital Advisors Corporation and Alpine Securities Corporation v. Frankel, Christopher |
|---|---|
| Job #: | 3485672 | Job Date: 8/7/2019 | Delivery: Normal |
| Billing Atty: | David C. Banker |
| Location: | Bush Ross, P.A. |
| | 1801 North Highland Avenue<br>Tampa, FL 33602-2656 |
| Sched Atty: | Charles Harder | HARDER LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Christopher Frankel | Video - MPEG/Digitizing | Hour | 3.00 | $85.00 | $255.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.25 | $21.25 |

| Notes: MPEG-1 to Bush via download link only to dbanker@bushross.com | Invoice Total: | $276.25 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $276.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA3919262 |
| Job #: | 3485672 |
| Invoice Date: | 8/26/2019 |
| Balance: | $276.25 |

17778

017847.00002



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38124 | 8/22/2019 | 39061 |
| Job Date | Case No. | |
| 8/7/2019 | 8:18-CV-02869-VMC-CPT | |
| Case Name | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Payment Terms | | |
| Due upon receipt | | |

www.anthemreporting.com | 888.909.2720

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| John Joseph Hurry | 209.00 Pages | 940.50 |
| Reporter Appearance 1st hour | | 75.00 |
| Reporter Appearance additional hours | 5.00 | 325.00 |
| Black & White Exhibits | 1,003.00 Pages | 250.75 |
| Processing/e-Delivery | | 16.95 |
| | TOTAL DUE >>> | $1,608.20 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | |
|---|---|---|---|
| Job No. | : 39061 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 38124 | Invoice Date | : 8/22/2019 |
| Total Due | : $1,608.20 | | |

Remit To: Anthem Reporting
101 South Franklin Street
Suite 101
Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

017847.0002

# INVOICE



www.anthemreporting.com | 888.909.2720

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38070 | 8/22/2019 | 39063 |
| **Job Date** | **Case No.** | |
| 8/8/2019 | 8:18-CV-02869-VMC-CPT | |
| **Case Name** | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | |
|---|---|---|
| Cruz(est 45p), Diekman(est 35p), Walsh(est 25p) Attys at Anthem(9AM MT/12PM ET) | | |
| Reporter Appearance 1st hour | | 75.00 |
| Reporter Appearance additional hours | 2.00 | 130.00 |
| Transcript deferred - archival/hold of notes & audio | | 0.00 |
| Anthem Connect - videoconferencing | | 160.00 |
| Equipment/Laptop Rental | | 25.00 |
| | **TOTAL DUE >>>** | **$390.00** |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | | |
|---|---|---|---|---|
| Job No. | : 39063 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 38070 | Invoice Date | : 8/22/2019 |
| Total Due | : $390.00 | | |

Remit To:  Anthem Reporting
101 South Franklin Street
Suite 101
Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA
Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000779

MAKE CHECKS PAYABLE TO:

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Approved by M. Medley
emailed on 4/9/21
17847.2

Scott N. Gamertsfelder, RMR

300 Mountain View Rd.
Ellijay, GA 30540

Phone: (813) 224-9255

Phone: (813) 541-0428

Tax ID: 26-1873859
scottgrmr@gmail.com

[ ] CRIMINAL   [X] CIVIL

DATE ORDERED: 04-09-2021

DATE DELIVERED: 04-09-2021

Case Style: 8:18-CV-2869, Hurry Family Trust v Christopher Frankel
Transcript of Pretrial Conference held Jan. 16, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 29 | 1.20 | 34.80 | | | | 34.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 34.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $34.80 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Scott N. Gamertsfelder*    DATE: 04-09-2021

(All previous editions of this form are cancelled and should be destroyed)

Printed by BoltPDF (c) NCH Software. Free for non-commercial use only.

017847.00002

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA |
|---|---|

INVOICE NO: 00000707

MAKE CHECKS PAYABLE TO:

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Phone: (813) 224-9255

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone: (813) 301-5898

Tax ID: 26-1873859
scottgrmr@aol.com

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 03-12-2020   DATE DELIVERED: 03-19-2020

Case Style: 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel
Transcript of Motion Hearing held March 11, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 82 | 4.85 | 397.70 | | | | | | | 397.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.    MISC. CHARGES:

TOTAL: 397.70

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $397.70

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Scott N. Gamertsfelder*   DATE: 03-19-2020

(All previous editions of this form are cancelled and should be destroyed)

# INVOICE

U.S. Legal Support, Inc.
4200 West Cypress Street
Suite 750
Tampa FL 33607
Phone:813-876-4722  Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120464967 | 4/16/2020 | 2131176 |
| Job Date | | Case No. |
| 4/3/2020 | | 818CV02869VMCCPT |

**Case Name**

Cayman Securities Clearing and Trading, LTD vs. Christopher Frankel

**Payment Terms**

Due upon receipt

David Banker, Esquire
Bush Ross, P.A.
PO Box 3913
Tampa FL 33601

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Christopher Frankel | 156.00 Pages | @ | 3.00 | 468.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Christopher Frankel | | | | |
| Exhibit | 291.00 Pages | @ | 0.50 | 145.50 |
| Exhibits: Color | 3.00 Pages | @ | 1.25 | 3.75 |

017847.00002
Approved by A. Flowers
Emailed on 04/24/20

| | |
|---|---|
| TOTAL DUE >>> | $662.25 |
| AFTER 5/16/2020 PAY | $761.59 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 662.25 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                            Phone: 813-224-9255   Fax:813-223-9620

*Please detach bottom portion and return with payment.*

David Banker, Esquire
Bush Ross, P.A.
PO Box 3913
Tampa FL 33601

Job No.      : 2131176       BU ID     :54-TAMPA
Case No.     : 818CV02869VMCCPT
Case Name    : Cayman Securities Clearing and Trading, LTD
               vs. Christopher Frankel

Invoice No.  : 120464967    Invoice Date  :4/16/2020
Total Due    : $ 662.25

Remit To: U S Legal Support, Inc.
          P.O. Box 4772
          Houston TX  77210-4772

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Middle District of Florida

INVOICE 20210357

**MAKE CHECKS PAYABLE TO:**

David Banker
Bush Ross, PA
1801 North Highland Avenue
Tampa, FL 33602

Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
P.O. Box 173496
Tampa, FL 33672
(813) 317-8286
r.lockwooduscr@gmail.com
Tax ID: 81-3573268

X CRIMINAL   __ CIVIL

DATE ORDERED: 04-09-2021

DATE DELIVERED: 04-09-2021

**In the matter of:** 8:18-CV-2869, Cayman Securities Clearing and Trading, Ltd. v The Hurry Family Revocable Trust

Zoom Videoconference Final Pretrial Conference before Judge Covington, 4/30/2020

Approved by M. Medley
emailed on 4/9/21
17847.2

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | 28 | 1.20 | 33.60 | | 0.90 | | 33.60 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 33.60 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | Total Due | | 33.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Rebekah Lockwood

DATE: 04-09-2021

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

017847.00002
Approved by A. Flowers   emailed on 4/26/21

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

## INVOICE

NUMBER: 702

TO: Harold D. Holder
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33601
PHONE: (813) 224-9255
FAX:

MAKE CHECK PAYABLE TO:
David Collier
4305 Carrollwood Village Dr.
Tampa, FL 33618
PHONE: (440) 525-3855

### TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL
DATE ORDERED: 04/23/2021
DATE DELIVERED: 04/24/2021

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 103 | 0.90 | 92.70 | | | 0.00 | 92.70 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): April 23, 2021
pretrial hearing

TOTAL: 92.70
LESS DISCOUNT FOR LATE DELIVERY:
ADD AMOUNT OF DEPOSIT:
AMOUNT DUE (OR REFUND): 92.70

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: /S/ David J. Collier
DATE: 04/24/2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**INVOICE**

NUMBER: 713

TO: Harold D. Holder
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33601

PHONE: (813) 224-9255
FAX:

MAKE CHECK PAYABLE TO:
David Collier
4305 Carrollwood Village Dr.
Tampa, FL 33618

PHONE: (440) 525-3855

**TRANSCRIPTS**

☐ CRIMINAL  ☑ CIVIL

DATE ORDERED: 05/04/2021
DATE DELIVERED: 05/21/2021

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

**CHARGES**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 194 | 3.65 | 708.10 | | | 0.00 | | | 0.00 | 708.10 |
| 14-Day | 430 | 4.25 | 1,827.50 | | | 0.00 | | | 0.00 | 1,827.50 |
| Expedited | 330 | 4.85 | 1,600.50 | | | 0.00 | | | 0.00 | 1,600.50 |
| Daily | 114 | 5.45 | 621.30 | | | 0.00 | | | 0.00 | 621.30 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |

For proceedings on (Date): April 26, 2021 - April 30, 2021

trial transcript

TOTAL: 4,757.40
LESS DISCOUNT FOR LATE DELIVERY:
ADD AMOUNT OF DEPOSIT:
**AMOUNT DUE (OR REFUND):** 4,757.40

**ADDITIONAL INFORMATION**

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
/S/ David J. Collier

DATE: 05/19/2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR