AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

THE HURRY FAMILY REVOCABLE TRUST,
ET. AL
v.
CHRISTOPHER FRANKEL

)
)
)
)
)

Case No.: 8:18-cv-02869

## BILL OF COSTS

Judgment having been entered in the above entitled action on    05/07/2021    against    Christopher Frankel    ,
                                                                              _Date_

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,548.43 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 8,655.85 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 8,430.37 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 21,034.65 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:   _____

s/ Attorney:    /s/ James C. Mooney

Name of Attorney:   James C. Mooney

For:   _____Plaintiffs_____    Date:   05/21/2021
                        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of   _____   and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION OF BILL OF COSTS[1]

| COST DESCRIPTION | AMOUNT | DATE |
| --- | --- | --- |
| Filing Fee – FLMD CM ECF | $400.00 | November 21, 2018 |
| ATA Process, LLC - Service of Summons on Christopher Frankel | $80.00 | November 26, 201 |
| Scott Gamertsfelder, Court Reporter Inv # 000000778 – Transcript Pre-trial conference 01.16.2020 | $175.45 | April 8, 2021 |
| Scott Gamertsfelder, Court Reporter Inv # 00000708 – Transcript 03.11.2020 Motion Hearing | $73.80 | March 25, 2020 |
| Rebekah Lockwood, Court Reporter Inv #20210356 -Transcript – 4.30.2020 Pre-Trial Conference | $203.00 | April 8, 2021 |
| Scott Gamertsfelder, Court Reporter Inv #00000731 – Transcript 06.26.2020 Motion Hearing | $354.25 | July 22, 2020 |
| David Collier, Court Reporter Inv #702 Transcript – Pre-Trial Hearing 4.23.2021 | $623.15 | April 24, 2021 |
| David Collier, Court Reporter Inv. # 704 Transcript – Defense Opening Statement | $108.90 | April 26, 2021 |
| David Collier, Court Reporter Inv. #706 Transcript – Direct Examination Christopher Frankel 4.27.2021 | $834.90 | April 27, 2021 |
| David Collier, Court Reporter Inv. #708 Transcript – Re-direct Examination Christopher Frankel 4.28.2021 | $326.70 | April 28, 2021 |
| David Collier, Court Reporter Inv #714 Transcript – Trial (only portions not previously billed) | $961.20 | May 4, 2021 |
| U.S. Legal Support – Invoice 120464966 Court Reporter and Transcript fee- Christopher Frankel deposition 04.03.2020 | $1,714.55 | April 16, 2020 |
| Veritext – Video – Christopher Frankel 08.07.2019 Deposition | $765.00 | April 16, 2021 |
| LitNMore Inv #43099 – Preparation of Trial Exhibit Binders | $1,027.93 | February 7, 2020 |
| LitNMore Inv #46379 – Preparation of Deposition Exhibit Binders | $707.83 | April 8, 2021 |

---

[1] Plaintiffs are attempting to obtain the invoices supporting the remaining costs from prior counsel

| COST DESCRIPTION | AMOUNT | DATE |
|---|---|---|
| LitNMore Inv. #46456 – Preparation of Trial Exhibits | $688.00 | April 18, 2021 |
| LitNMore  Inv #46511 – Preparation of Trial Exhibit Binders | $3,229.46 | April 26, 2021 |

**Lesli Harm**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, November 21, 2018 2:56 PM |
| **To:** | Gayla Arnold |
| **Subject:** | Pay.gov Payment Confirmation: FLMD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the FLMD Help Desk at (407) 835-2582.

Application Name: FLMD CM ECF
Pay.gov Tracking ID: 26DL762M
Agency Tracking ID: 113A-14850063
Transaction Type: Sale
Transaction Date: Nov 21, 2018 2:56:06 PM

Account Holder Name: Anthony J Cuva
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************4665

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

ATA Process, LLC
1207 N. Franklin Street
Suite 104
Tampa, FL 33602
Phone: (813) 900-3133
Fax: (813) 343-6021
45-0945896

# INVOICE

Invoice #ATA-2018001737
11/26/2018



KENNETH TURKEL
BAJO CUVA COHEN TURKEL
100 N TAMPA STREET SUITE 1900
TAMPA, FL 33602

**Case Number: MIDDLE 8:19-CV-2869-T-33-CPT**

Plaintiff:
**CAYMAN SECURITIES CLEARING AND TRADING LTD; THE HURRY FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS CORPORATION AND ALPINE SECURITIES**

Defendant:
**CHRISTOPHER FRANKEL**

Received: 11/26/2018   Served: 11/26/2018 2:55 pm  INDIVIDUAL/PERSONAL
To be served on: CHRISTOPHER FRANKEL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 40.00 | 40.00 |
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:**                                                                    **$80.00**

PLEASE REFERENCE THIS INVOICE NUMBER WITH YOUR PAYMENT TO HELP INSURE YOU RECEIVE
PROPER CREDIT.
INVOICES ARE DUE UPON RECEIPT  THANK YOU FOR YOUR BUSINESS!

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000778

**MAKE CHECKS PAYABLE TO:**

Kenneth G. Turkel
Bajo Cuva Cohen Turkel, PA
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

Phone: (813) 868-6171

Scott N. Gamertsfelder, RMR

300 Mountain View Rd.
Ellijay, GA 30540

Phone: (813) 541-0428

Tax ID: 26-1873859
scottgrmr@gmail.com

| | CRIMINAL | x CIVIL | DATE ORDERED: 04-08-2021 | DATE DELIVERED: 04-09-2021 |
|---|---|---|---|---|

**Case Style:** 8:18-CV-2869, Hurry Family Trust v Christopher Frankel
Transcript of Pretrial Conference held Jan. 16, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 29 | 6.05 | 175.45 | | | | | | | 175.45 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 175.45 |
| **RECEIVED 4/9/21** | LESS DISCOUNT FOR LATE DELIVERY: | |
| **1748.1** | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $175.45 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Scott N. Gamertsfelder*     DATE 04-09-2021

*(All previous editions of this form are cancelled and should be destroyed)*

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Scott N. Gamertsfelder

**2** Business name/disregarded entity name, if different from above

Print or type. See Specific Instructions on page 3.

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- ☑ Individual/sole proprietor or single-member LLC
- ☐ C Corporation
- ☐ S Corporation
- ☐ Partnership
- ☐ Trust/estate

- ☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

    **Note:** Check the appropriate box in the line above for the tax classification of the single-member owner.  Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- ☐ Other (see instructions) ▶ _____

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

300 Mounain View Rd.

**6** City, state, and ZIP code

Ellijay, GA 30540

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

**or**

Employer identification number

| 2 | 6 | – | 1 | 8 | 7 | 3 | 8 | 5 | 9 |

---

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *Scott N. Gamertsfelder* | Date ▶ *Jan. 1, 2021*

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

  Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

  *If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                                   Form **W-9** (Rev. 10-2018)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO:   00000708

### MAKE CHECKS PAYABLE TO:

Kenneth G. Turkel
Bajo Cuva Cohen Turkel, PA
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

Phone:   (813) 868-6171

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone:     (813) 301-5898

Tax ID:     26-1873859
scottgrmr@aol.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 03-25-2020 | 03-25-2020 |

**Case Style:** 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel
Transcript of Motion Hearing held March 11, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 82 | 0.90 | 73.80 | | | | 73.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL:   73.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE:   $73.80 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s:/Scott N. Gamertsfelder | 03-25-2020 |

(All previous editions of this form are
cancelled and should be destroyed)

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Middle District of Florida

INVOICE 20210356

**MAKE CHECKS PAYABLE TO:**

Kenneth Turkel
Bajo Cuva Cohen Turkel
100 North Tampa Street
Suite 1900
Tampa, FL 33602
(813) 221-2626
kturkel@bajocuva.com

Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
P.O. Box 173496
Tampa, FL 33672
(813) 317-8286
r.lockwooduscr@gmail.com
Tax ID: 81-3573268

| ☒ CRIMINAL  __ CIVIL | DATE ORDERED: 04-08-2021 | DATE DELIVERED: 04-08-2021 |
|---|---|---|

In the matter of: 8:18-CV-2869, Cayman Securities Clearing and Trading, Ltd. v The Hurry Family Revocable Trust

Zoom Videoconference Final Pretrial Conference before Judge Covington, 4/30/2020

**RECEIVED 4/8/21**
**1748.1**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 28 | 7.25 | 203.00 | | 1.20 | | | 0.90 | | 203.00 |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 203.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date:** 04-08-2021 | | **Check:** 7587 | | | | | Less Amount of Deposit | | | 195.75 |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 7.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Rebekah Lockwood | DATE: 04-08-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000731

**MAKE CHECKS PAYABLE TO:**

Kenneth G. Turkel
Bajo Cuva Cohen Turkel, PA
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

Phone: (813) 868-6171

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone: (813) 301-5898

Tax ID: 26-1873859
scottgrmr@aol.com

| | CRIMINAL | x | CIVIL | DATE ORDERED: 07-22-2020 | DATE DELIVERED: 07-27-2020 |

**Case Style:** 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel

Transcript of Motion Hearing held June 26, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 65 | 5.45 | 354.25 | | | | | | | 354.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 354.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| RECEIVED 7/28/20 1748.01 | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $354.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Scott N. Gamertsfelder*

DATE 07-28-2020

*(All previous editions of this form are cancelled and should be destroyed)*

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

### Request for Taxpayer
### Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send it to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Scott N. Gamertsfelder

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- ☑ Individual/sole proprietor or single-member LLC
- ☐ C Corporation
- ☐ S Corporation
- ☐ Partnership
- ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

152 Valencia Circle

**6** City, state, and ZIP code

Saint Petersburg, FL 33716

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

### Part I     Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

2 6 – 1 8 7 3 8 5 9

### Part II     Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Scott N. Gamertsfelder*   Date ▶ 2-10-20

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER 702 |
|---|---|

| TO: Kenneth Turkel<br>Bajo \| Cuva \| Cohen \| Turkel P.A.<br>100 N. Tampa St., Suite 1900<br>Tampa, FL  33602<br><br>PHONE:  (813) 443-2199<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL  33618<br><br>PHONE:  (440) 525-3855 |

| TRANSCRIPTS | | |
|---|---|---|
| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED<br>04/23/2021 | DATE DELIVERED<br>04/24/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recoverable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

| CHARGES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 103 | 6.05 | 623.15 | | | 0.00 | | | 0.00 | 623.15 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | April 23, 2021 | TOTAL | 623.15 |
|---|---|---|---|
| pretrial hearing | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 623.15 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/S/ David J. Collier | DATE<br>04/24/2021 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| Form **W-9** | Request for Taxpayer | Give Form to the |
|---|---|---|
| (Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification** | requester. Do not<br>send to the IRS. |

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

David J. Walker-Collier

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

4305 Carrollwood Village Drive

**6** City, state, and ZIP code

Tampa, FL  33618

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

---

**Part I**     **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| 2 | 8 | 9 | – | 8 | 2 | – | 2 | 4 | 0 | 7 |

**or**

**Employer identification number**

| | | – | | | | | |

---

**Part II**     **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**     Signature of U.S. person ▶ *David J. Walker-Collier*     Date ▶ 7/1/2019

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X     Form **W-9** (Rev. 10-2018)

RECEIVED 4/26/21     1748.1

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER 704 |

TO:   Kenneth Turkel
Bajo | Cuva | Cohen | Turkel P.A.
100 N. Tampa St., Suite 1900
Tampa, FL  33602

PHONE:   (813) 443-2199

FAX:

MAKE CHECK PAYABLE TO:

David Collier
4305 Carrollwood Village Dr.
Tampa, FL  33618

PHONE:   (440) 525-3855

| TRANSCRIPTS |
|---|

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 04/26/2021 | DATE DELIVERED 04/26/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

| CHARGES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 18 | 6.05 | 108.90 | | | 0.00 | | | 0.00 | 108.90 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   April 26, 2021 | TOTAL | 108.90 |
|---|---|---|
| transcript of defense opening statement | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 108.90 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER   /S/ David J. Collier | DATE   04/26/2021 |

DISTRIBUTION:      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

RECEIVED 4/28/21    1748.1

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER 706 |
|---|---|

TO:
Kenneth Turkel
Bajo | Cuva | Cohen | Turkel P.A.
100 N. Tampa St., Suite 1900
Tampa, FL 33602

PHONE: (813) 443-2199

FAX:

MAKE CHECK PAYABLE TO:

David Collier
4305 Carrollwood Village Dr.
Tampa, FL 33618

PHONE: (440) 525-3855

| TRANSCRIPTS | | |
|---|---|---|
| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 04/27/2021 | DATE DELIVERED 04/28/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

| CHARGES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 138 | 6.05 | 834.90 | | | 0.00 | | | 0.00 | 834.90 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   April 27, 2021 | TOTAL | 834.90 |
|---|---|---|
| transcript of direct exam of Christopher Frankel | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 834.90 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /S/ David J. Collier | DATE 04/28/2021 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

RECEIVED 4/28/21   1748.1

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER 708 |
|---|---|

| | |
|---|---|
| TO:  Kenneth Turkel<br>Bajo \| Cuva \| Cohen \| Turkel P.A.<br>100 N. Tampa St., Suite 1900<br>Tampa, FL  33602<br><br>PHONE:  (813) 443-2199<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL  33618<br><br>PHONE:  (440) 525-3855 |

| TRANSCRIPTS | | |
|---|---|---|
| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED  04/28/2021 | DATE DELIVERED  04/28/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

| CHARGES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 54 | 6.05 | 326.70 | | | 0.00 | | | 0.00 | 326.70 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):  April 28, 2021 | TOTAL | 326.70 |
|---|---|---|
| transcript of redirect exam of Christopher Frankel | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 326.70 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /S/ David J. Collier | 04/28/2021 |

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

RECEIVED 5/19/21    1748.1

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| INVOICE | NUMBER 714 |
|---|---|

| | |
|---|---|
| TO: Kenneth Turkel<br>Bajo \| Cuva \| Cohen \| Turkel P.A.<br>100 N. Tampa St., Suite 1900<br>Tampa, FL  33602<br><br>PHONE:  (813) 443-2199<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL  33618<br><br>PHONE:  (440) 525-3855 |

### TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>05/04/2021 | DATE DELIVERED<br>05/20/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

The Hurry Family Recoverable Trust, et al. v. Christopher Frankel, et al.  Case No. 8:18-CV-2869-VMC-CPT

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 1,068 | 0.90 | 961.20 | | | 0.00 | 961.20 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | April 26, 2021 - April 30, 2021 | TOTAL | 961.20 |
|---|---|---|---|

| Copy of trial transcript.  (only pages which have not previously been billed are included.) | LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|---|
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 961.20 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/S/ David J. Collier | DATE<br>04/24/2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# I N V O I C E

U.S. Legal Support, Inc.
4200 West Cypress Street
Suite 750
Tampa FL  33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120464966 | 4/16/2020 | 2131176 |

| Job Date | Case No. |
|---|---|
| 4/3/2020 | 818CV02869VMCCPT |

| Case Name |
|---|
| Cayman Securities Clearing and Trading, LTD vs. Christopher Frankel |

| Payment Terms |
|---|
| Due upon receipt |

Shane Vogt, Esquire
Bajo, Cuva, Cohen & Turkel, P.A.
100 North Tampa Street
Suite 1900
Tampa FL  33602-5853

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Christopher Frankel | 156.00 | Pages | @ | 4.65 | 725.40 |
| Attendance - First Hour | | | | 95.00 | 95.00 |
| Additional Hour(s) | 2.50 | | @ | 75.00 | 187.50 |
| Litigation Support Package | | | | 40.00 | 40.00 |
| Condensed Transcript | | | | 20.00 | 20.00 |
| Processing & Handling | | | | 45.00 | 45.00 |
| Christopher Frankel | | | | | |
| Exhibit | 291.00 | Pages | @ | 0.65 | 189.15 |
| Exhibits:  Color | 3.00 | Pages | @ | 1.25 | 3.75 |
| Document Copies, Color | 327.00 | | @ | 1.25 | 408.75 |
| | | | TOTAL DUE  >>> | | **$1,714.55** |
| | | | AFTER 5/16/2020 PAY | | $1,971.73 |

PM / 2:00-5:30

**Tax ID:** 76-0523238

Phone: 813-443-2199   Fax:813-443-2193

*Please detach bottom portion and return with payment.*

Shane Vogt, Esquire
Bajo, Cuva, Cohen & Turkel, P.A.
100 North Tampa Street
Suite 1900
Tampa FL  33602-5853

| Invoice No. | : | 120464966 |
|---|---|---|
| Invoice Date | : | 4/16/2020 |
| **Total Due** | **:** | **$1,714.55** |
| AFTER 5/16/2020 PAY | | $1,971.73 |

| Remit To: | **U S Legal Support, Inc.**<br>**P.O. Box 4772**<br>**Houston TX  77210-4772** | Job No. | : | 2131176 |
|---|---|---|---|---|
| | | BU ID | : | 54-TAMPA |
| | | Case No. | : | 818CV02869VMCCPT |
| | | Case Name | : | Cayman Securities Clearing and Trading, LTD vs. Christopher Frankel |

# Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



Bill To: David Hayes
Bajo Cuva Cohen Turkel
100 N Tampa St
Ste 1900
Tampa, FL, 33602

| | |
|---|---|
| **Invoice #:** | **4954411** |
| **Invoice Date:** | **4/16/2021** |
| **Balance Due:** | **$765.00** |

| | |
|---|---|
| **Case: The Hurry Family Revocable Trust' Scottsdale Capital Advisors Corporation and Alpine Securities Corporation v. Frankel, Christopher (818CV02869VMCCPT)** | **Proceeding Type: Depositions** |

Job #: 3485672    |    Job Date: 8/7/2019   |   Delivery: Daily

Location:           Tampa, FL

Billing Atty:       David Hayes

Scheduling Atty:    Charles Harder | Harder LLP

| Witness: Christopher  Frankel | Amount |
|---|---|
| Video Services | $680.00 |
| Delivery and Handling | $85.00 |

| Notes: | BACKORDER MPEG-4 (Upload Only) to Bajo Cuva EXPEDITE - garnold@bajocuva.com and dhayes@bajocuva.com - UPLOAD BY 4/15 | Invoice Total: | $765.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $765.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**RECEIVED 4/17/21**

**1748.1**

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4954411** |
| **Invoice Date:** | **4/16/2021** |
| **Balance Due:** | **$765.00** |

137454





# INVOICE

**BILL TO**

Bajo Cuva Cohen Turkel
100 N Tampa Street Suite
1900
Tampa, Florida  33602

**INVOICE #** 43099
**DATE** 02/07/2020
**DUE DATE** 03/08/2020
**TERMS** Net 30

| ORDERED BY | CLIENT MATTER # | AM |
|---|---|---|
| Lisa Meriwether | Cayman Securities/Frankel | TPA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Print images black & white 8.5x11<br>Frankel - 4033<br>Plaintiff - 1115 | 5,148 | 0.12 | 617.76T |
| Insert Index Tabs<br>Frankel - 1-461<br>Plaintiff 1-57 | 518 | 0.45 | 233.10T |
| 3" - white (D-ring) three ring binder<br>Frankel - 5<br>Plaintiff - 1 | 6 | 16.09 | 96.54T |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Our powerful, budget friendly document review platform
make your life easier TODAY. Emails, Excel
spreadsheets, folders inside of subfolders - We make it
easy!

Thank you for your business.  Please pay from this
invoice

Our Tax ID # 26-0674571

TERMS: This invoice is due within 30 days from the date listed.
Client is subject to maximum allowable finance charges on all
past due accounts plus any related attorney fees and collection
charges.

Upon receipt of an invoice from Lit & More inc. for services, client
accepts full responsibility and is liable for payment even though
such services between client and Lit & More may be on behalf of
a third party.

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901

| | |
|---|---|
| SUBTOTAL | 947.40 |
| TAX (8.5%) | 80.53 |
| TOTAL | 1,027.93 |
| BALANCE DUE | **$1,027.93** |

Anywhere in Florida!
www.litnmore.com



# INVOICE

**BILL TO**
Bajo Cuva Cohen Turkel
100 N Tampa Street Suite
1900
Tampa, Florida  33602

**INVOICE #** 46379
**DATE** 04/08/2021
**DUE DATE** 05/08/2021
**TERMS** Net 30

| ORDERED BY | CLIENT MATTER # | AM |
|---|---|---|
| Lesli Harm | Cayman v. Frankel | TPA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Frankel<br>475 BW x 2 sets<br>31 color x 2 sets<br>41 tabs x 2 sets<br>2 – 3" binders<br>************************************ | | 234.86 | 234.86T |
| Hurry<br>957 bw x 2sets<br>46 color x 2 sets<br>36 tabs x 2 sets<br>2 – 3" binders<br>2 – 4" binder | 1 | 417.52 | 417.52T |

Thank you for your business.  Please pay from this invoice

Our Tax ID # 26-0674571

TERMS: This invoice is due within 30 days from the date listed.
Client is subject to maximum allowable finance charges on all
past due accounts plus any related attorney fees and collection
charges.
Upon receipt of an invoice from Lit & More inc. for services, client
accepts full responsibility and is liable for payment even though
such services between client and Lit & More may be on behalf of
a third party.

| | |
|---|---|
| SUBTOTAL | 652.38 |
| TAX (8.5%) | 55.45 |
| TOTAL | 707.83 |
| BALANCE DUE | **$707.83** |

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901



# INVOICE

**BILL TO**
Bajo Cuva Cohen Turkel
100 N Tampa Street Suite
1900
Tampa, Florida  33602

**INVOICE #** 46456
**DATE** 04/18/2021
**DUE DATE** 05/18/2021
**TERMS** Net 30

**ORDERED BY**
Lesli Harm

**AM**
TPA

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Print images black & white 8.5x11 Qty. 1682 x 2 sets | 1 | 470.96 | 470.96T |
| Insert Index Tabs | 148 | 0.45 | 66.60T |
| 3" - white (D-ring) three ring binder | 6 | 16.09 | 96.54T |
| ************************************ | | | |

Thank you for your business.  Please pay from this invoice

Our Tax ID # 26-0674571

TERMS: This invoice is due within the terms indicated above. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges.

Upon receipt of an invoice from Lit & More inc. for services, client accepts full responsibility and is liable for payment even though such services between client and Lit & More may be on behalf of a third party.

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901

| | |
|---|---|
| SUBTOTAL | 634.10 |
| TAX (8.5%) | 53.90 |
| TOTAL | 688.00 |
| BALANCE DUE | **$688.00** |

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901



**RECEIVED 4/26/21**

**1748.1**

# INVOICE

**BILL TO**
Bajo Cuva Cohen Turkel
100 N Tampa Street Suite
1900
Tampa, Florida  33602

**INVOICE #** 46511
**DATE** 04/26/2021
**DUE DATE** 05/26/2021
**TERMS** Net 30

| **ORDERED BY** | **CLIENT MATTER #** | **AM** |
|---|---|---|
| Lesli Harm | Cayman v. Frankel | TPA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Plaintiff's Exhibits -  Binder sets - Qty. 3<br>Print images 8.5x11 - 3 hole Drill<br>Qty.  black & white - 3750<br>Qty. color - 1203<br>Index Tabs 1- 69<br>Letter Index Tabs - A - K | 1 | 1,545.87 | 1,545.87T |
| Plaintiff's Exhibits -  Staple Sets Qty. 3  -<br>Print images 8.5x11 - 3 hole Drill<br>Qty. black & white (ex 1 included) - 1250<br>Qty. black & white - 1166<br>Qty. color - 1203<br>Qty. 240 color slip sheets | 1 | 1,295.65 | 1,295.65T |
| 4" - white (D-ring) three ring binder | 6 | 22.49 | 134.94T |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Thank you for your business.  Please pay from this invoice

Our Tax ID # 26-0674571
TERMS: This invoice is due within the terms indicated above. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges.
Upon receipt of an invoice from Lit & More inc. for services, client accepts full responsibility and is liable for payment even though such services between client and Lit & More may be on behalf of a third party.

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901

| | |
|---|---|
| SUBTOTAL | 2,976.46 |
| TAX (8.5%) | 253.00 |
| TOTAL | 3,229.46 |
| BALANCE DUE | **$3,229.46** |

Please remit payment to:
1629 Hendry Street
Fort Myers, FL 33901