UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES
CORPORATION,                              CASE NO.: 8:18-cv-02869-VMC-CPT

    Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

    Defendant/Counter-Plaintiff.
_____/

**PLAINTIFFS' NOTICE OF FILING**
**AMENDED PROPOSED BILL OF COSTS**

    Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities corporation, file their Amended Proposed Bill of Costs with supporting invoices, all of which are attached as Exhibit A hereto. The Amended Proposed Bill of Costs corrects a minor miscalculation of the Plaintiffs' taxable costs, adds witness fees in the amounts of $80.00, and incorporates additional invoices referenced in footnote 1 of the Bill of Costs previously filed by Plaintiffs [DKT 310] and footnote 5 of Plaintiffs' Motion for Entitlement to Attorneys' Fees, Taxable Costs, and Non-Taxable Costs and Incorporated Memorandum of Law [DKT 311].

    [Attorney's signature on the following page]

1

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail: svogt@bajocuva.com
David A. Hayes – FBN 96657
E-mail: dhayes@bajocuva.com
James C. Mooney – FBN 111668
E-mail: jmooney@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199 | Fax: (813) 443-2193

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2021, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Kenneth G. Turkel*
Attorney