UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION;
ALPINE SECURITIES CORPORATION;
and CAYMAN SECURITIES CLEARING
AND TRADING LTD.,

    Plaintiffs,

v.                                                 Case No. 8:18-cv-02869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**Frankel's Unopposed Motion for Leave
to Reply to Plaintiffs' Response to
<u>Frankel's Motion for Judgment as a Matter of Law</u>**

The defendant, Christopher L. Frankel ("**Frankel**"), through counsel and under Local Rule 3.01(d), requests leave to reply to the *Opposition to Frankel's Renewed Motion for Judgment as a Matter of Law or Alternatively for a New Trial* (Doc. 332) filed by the plaintiffs in response to *Frankel's Renewed Motion for Judgment as a Matter of Law or Alternatively for a New Trial* (Doc. 328).

Rule 3.01(d) provides that "[a] motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply."

Frankel requests leave to file a reply, of no more than seven pages, within seven days of the order granting Frankel leave to file the reply. The plaintiffs do not oppose Frankel's request.

Frankel's Motion (Doc. 328) requests entry of judgment as a matter of law (or a new trial) on plaintiffs' misappropriation claim because plaintiffs did not own trade secrets (*id.* at 21–22), did not prove unjust enrichment (*id.* at 22–24), and ambushed Frankel with an undisclosed damages computation (*id.* at 24–25).

In his reply, Frankel wishes to address the evidence and the plaintiffs' arguments regarding their alleged trade secrets (Doc. 332. at 3–8), the evidence and the cases cited by the plaintiffs regarding the unjust enrichment award (*id.* at 9–13), and the procedural history leading up to the plaintiffs' ambush of Frankel with their undisclosed damages presentation (*id.* at 13–19).

WHEREFORE, Frankel requests entry of an order granting Frankel leave to file a reply, of no more than seven pages, within seven days of the order granting Frankel leave to file the reply, as well as any further relief deemed proper to protect Frankel's interests and rights.

## Certificate of Service and Compliance with Local Rule 3.01(g)

I certify that on July 5, 2021, I caused the foregoing to be filed with CM/ECF, which will send electronic notice to all counsel of record. I further certify that on July 2, 2021, I conferred by telephone with counsel for Plaintiffs and **Plaintiffs do not oppose** the relief requested herein.

*s/ David C. Banker, Esquire*
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-223-9620
Primary: dbanker@bushross.com;
candersen@bushross.com;
hholder@bushross.com
Secondary:  aflowers@bushross.com
ksalter@bushross.com
*Attorneys for Defendant*