UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION;
ALPINE SECURITIES CORPORATION;
and CAYMAN SECURITIES CLEARING
AND TRADING LTD.,

    Plaintiffs,

v.                                       Case No. 8:18-cv-02869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## Frankel's Response to Plaintiffs' Motion to Strike

Defendant, Christopher Frankel, requests that the Court deny Plaintiffs' motion to strike (Doc. 333) the portion of Frankel's motion to amend the judgment that includes Frankel's proposal of how the judgment should be amended. (Doc. 329 at 8–9).

Local Rule 3.01(f) provides: "NO PROPOSED ORDER. Unless otherwise permitted by these rules, no party may submit a proposed judgment or other order without leave."

Local Rule 3.01(f) prohibits a party from submitting, without leave, a proposed order or a proposed judgment. For example, a party that files a motion to dismiss should not submit with the motion a proposed order granting the

motion. Likewise, a party that files a motion for summary judgment should not submit with the motion a proposed judgment to be entered if the motion is granted.

Local Rule 3.01(f) should not be interpreted as prohibiting a party from including, in a motion to amend a judgment under Federal Rule of Civil Procedure 59, the party's proposal for how the judgment should be amended.

In this case, Frankel specifically stated the relief requested in his motion to amend the judgment by including his proposal for how the judgment should be amended. Frankel did not submit a separate, proposed order or judgment. Thus, Frankel requests that the Court deny Plaintiffs' motion to strike (Doc. 333) the portion of Frankel's motion to amend the judgment that includes Frankel's proposal of how the judgment should be amended. (Doc. 329 at 8–9).

Dated: July 13, 2021

*s/ David C. Banker, Esquire*
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-223-9620
Primary: dbanker@bushross.com;
candersen@bushross.com;
hholder@bushross.com
Secondary:  aflowers@bushross.com
ksalter@bushross.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2021, all counsel of record are being served with a copy of this document via the Court's CM/ECF system.

By: <u>*/s/ David C. Banker*</u>