# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

    Plaintiffs,

v.

                          CASE NO.: 8:18-cv-02869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

**PLAINTIFFS SCOTTSDALE CAPITAL ADVISORS
CORPORATION'S AND ALPINE SECURITIES CORPORATION'S
NOTICE OF SERVICE AND INTERROGATORIES IN AID
OF EXECUTION TO DEFENDANT CHRISTOPHER FRANKEL**

Plaintiffs Scottsdale Capital Advisors Corporation and Alpine Securities Corporation, pursuant to Rules 33 and 69, Federal Rules of Civil Procedure, request Defendant Christopher Frankel to answer the following questions under oath within the time allowed under Rule 33.

                                                        /s/ *Kenneth G. Turkel*
                                                        Kenneth G. Turkel – FBN 867233
                                                        E-mail: kturkel@bajocuva.com
                                                        David A. Hayes – FBN 96657
                                                        E-mail: dhayes@bajocuva.com
                                                        James C. Mooney – FBN 111668
                                                        E-mail: jmooney@bajocuva.com
                                                        BAJO | CUVA | COHEN | TURKEL
                                                        100 North Tampa Street, Suite 1900
                                                        Tampa, Florida 33602
                                                        Tel: (813) 443-2199 | Fax: (813) 443-2193

    and

    Kristin A. Norse
    Florida Bar No. 0965634
    KNorse@kmf-law.com
    Katherine Earle Yanes
    Florida Bar No. 0159727
    KYanes@kmf-law.com
    KYNES, MARKMAN & FELMAN, P.A.
    Post Office Box 3396
    Tampa, FL 33601
    (813) 229-1118
    (813) 221-6750
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I CERTIFY that on July 19, 2021, the foregoing document has been furnished via E-Mail to the following:

David C. Banker
E-mail: dbanker@bushross.com
J. Carter Andersen
E-mail: candersen@bushross.com
Harold D. Holder
E-mail: hholder@bushross.com
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33602
Secondary E-mail: aflowers@bushross.com
*Attorneys for Defendant*


                    /s/ Kenneth G. Turkel
                         Attorney

## DEFINITIONS

As used herein, the term "document" includes, but is not limited to, all paper material of any kind, whether written, typed, printed, punched, filmed or marked in any way; recording tape or wires, film, photographs, movies or any graphic matter however produced or reproduced; and all mechanical or electronic sound recordings or transcripts thereof.

As used herein, the terms "You" or "Your" refers Christopher Frankel.

As used herein, the term "personal property" shall include, without limitation, any computer, laptop computer, monitor, cellular telephone, personal communication device, printer, server, scanner, desk, chair, automobile, airplane, boat, jewelry, watches, precious metals, coins, collectibles, art, antiques or other like personal property, and other item of personal property.

As used herein, the term "real property" shall include, without limitation, any interest in real estate, shares or proprietary leases in a cooperative or condominium, chattel or real estate mortgages or participating interests in any real estate or chattel mortgage, an interest in any mortgage, mechanics lien or other lien on real property, lessee interest in real property.

"And" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive. The use of the word "including" shall be construed to also mean "without limitation."

As used herein, the term "person" includes a corporation, partnership, other business association or entity, a natural person in any government or government body, commission, board or agency.

As used herein, the term "identify" when used in reference to any individual person means to state his full name, present address, and phone number, if known, and his present employment position and business affiliation.  When used in reference to a person other than an individual person, "identify" means to state whether such person is a corporation, partnership or other organization, and the name, present address, and last known address, phone number, and principle place of its business.. Once any person has been identified properly, it shall be sufficient thereafter when identifying

that same person to state his name only.

As used herein, the term "identify" when used in reference to a document means to state the date, the author (or, if different, the signor or signors), the addressee, type cif documents (e.g., letter, memorandum, telegram, charts, sketches, diagrams, electronically stored information, etc.) and any other means of identifying with sufficient particularity to meet the requirements for its inclusion in a Request for Production of Documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. If any such document was, but is no longer, in Your possession or subject to Your control, state what disposition was made of it and the reason for such disposition.

In lieu of identifying any document, you are encouraged to attach a true and correct copy hereto. That copy may be annexed to and incorporated in the answers to these interrogatories.

If any such document has already been furnished to the Plaintiff herein, only one reference to such document is necessary so as to enable plaintiff to identify it.

Please insert Your answers to these interrogatories in the space provided following each question. If additional space is needed, please prepare your answers on a separate sheet and attach.

## INTERROGATORIES

1.   Please identify each customer, client, account, and entity for which You have done any work during the past twelve months, and state its complete name, the street address of its principle office, and the name and telephone number of the individual or individuals with whom You communicate regarding Your services to such customer, client, account, or entity.

**ANSWER**:

2.      For each such customer, client, account, and entity for which You have done any work in the past twelve months, state (a) the amount of income You received from it in the past twelve months, and (b) the approximate amount owed to You by it at the time You serve Your answers to these interrogatories.

**ANSWER**:

3.      With respect to any real property, please identify whether You own any interest in real property and, if so, identify who owns the real property and how it is held (*i.e.* jointly, as tenants in common, tenancy by the entirety, etc.):

**ANSWER**:

4.      With respect to personal property Your own, please identify by manufacturer (if applicable), model number (if applicable), and year of purchase each and every piece of personal property with a value exceeding $200.00 and state whether each such item is encumbered or otherwise covered by a chattel mortgage, conditional sale or other security agreement or if such item is owned free and clear of any liens and encumbrances and where such property is kept.

**ANSWER**:

5.      Give the names and addresses of all banks or brokerage houses where You maintain accounts, identifying the type of account (checking, savings, IRA, etc.), whether the accounts are open or closed, the approximate balances in the account as the date of execution of answers to these interrogatories, and give the complete account number for each.

**ANSWER**:

6.  Have You closed any bank or brokerage accounts since service of the Summons and Complaint in this litigation? If so, give the name and address of each bank, and the amount on deposit in each account at the time the account was closed.

**ANSWER**:

7.  Do You own any life, accident, health or other kinds of insurance? If so, what are the names of the companies, the policy numbers, the beneficiaries on each policy, and amounts of each policy?

**ANSWER**:

8.  Have You borrowed money from any bank or other lending institution within the past two years? If so, identify the institution and state the total amount of indebtedness owing to each such institution.

**ANSWER**:

9. Do You own any safe deposit boxes? If so, give the location of each and the names of all persons having access to each box.

**ANSWER**:

10. Do You have any judgment entered in Your favor? If so, state the details and amounts.

**ANSWER**:

11. Does anyone owe You money? If so, state the details and amounts.

**ANSWER**:

12. Are there any outstanding judgments entered against You, other than the judgment entered in this litigation? If so, state details and amounts of each judgment.

**ANSWER**:

13. Are You a party to any litigation now pending in any court? If so, please state the details.

**ANSWER**:

14. Have You sold, conveyed or assigned any of your real or personal property within the past two years? If so, please give details, including dates of conveyances or assignments and to whom made.

**ANSWER**:

15. Have You made a gift of any of your real or personal property to anyone since the Summons and Complaint in this action was served upon you? If so, please give details.

**ANSWER**:

16. Who did You use to assist you with filing Your federal and state income tax returns for the past five years, and are You entitled to any refund for federal or state income taxes paid?

**ANSWER**:

17. Have You employed or used an accountant at any time during the past five years? If so, please identify complete name and address of each and every such

accountant.

**ANSWER**:

18.   Have You been engaged in any transaction in which you participated in any respect in the creation, maintenance or use of any offshore bank account in which you deposited, transferred or invested any money.  This interrogatory is meant to include any and all capacities in which you may have engaged in such transaction(s), including the creation of offshore entities in which you hold any legal, equitable or beneficial interest, regardless of whether your name is included in any of the formative corporate documents, articles of incorporation, by-laws, or like documents used to form LLC's, LLP's, business trusts; or any other cognizable form of business entity.

**ANSWER**:

19.   Please identify all non-publicly traded entities in which you have had an ownership stake in the past five years and for each, provide full name, address, and percentage of ownership for each person who has or had an equity stake in that entity.

**ANSWER**:

_____
Christopher Frankel

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, the foregoing instrument was acknowledged by means of ____physical presence or ____online notarization, this _____day of _____, 2021 by Christopher Frankel, who is ____personally known to me or who has shown _____ as identification.

_____
NOTARY PUBLIC
STATE OF FLORIDA

10

4826-9563-7489, v. 1