# EXHIBIT A

**to Plaintiffs' Motion to Compel Responses to Discovery in Aid of Execution
and Incorporated Memorandum of Law**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

    Plaintiffs,

v.

                                  CASE NO.: 8:18-cv-02869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

### Frankel's Notice of Objections to Alpine's and Scottsdale's Interrogatories in Aid of Execution

The defendant, Christopher L. Frankel ("**Frankel**"), under Fed. R. Civ. P. 33 and 69, gives notice that he has timely served his objections to the interrogatories in aid of execution of the plaintiffs, Scottsdale Capital Advisors Corporation ("**Scottsdale**") and Alpine Securities Corporation ("**Alpine**").

### Certificate of Service

I certify that on August 18, 2021, I caused this notice to be filed with CM/ECF, which will send electronic notice to all counsel of record, and that on the same date, I also caused this notice, with the objections, to be served on counsel for the plaintiffs by e-mail at the following e-mail addresses:

Kenneth G. Turkel
kturkel@bajocuva.com
David A. Hayes
dhayes@bajocuva.com

1

James C. Mooney
jmooney@bajocuva.com
Bajo Cuva Cohen Turkel
100 North Tampa Street, Suite 1900
Tampa, Florida 33602

Kristin A. Norse
KNorse@kmf-law.com
Katherine Earle Yanes
KYanes@kmf-law.com
Kynes Markman & Felman, PA
Post Office Box 3396
Tampa, Florida 33601
Attorneys for Plaintiffs

                *s/ David C. Banker, Esquire*
                David C. Banker (Fla. Bar No. 352977)
                J. Carter Andersen (Fla. Bar No. 0143626)
                Harold D. Holder (Fla. Bar No. 118733)
                BUSH ROSS, PA
                1801 N. Highland Avenue
                Tampa, Florida 33602
                 Attorneys for Frankel

## Frankel's Objections to Alpine's and Scottsdale's Interrogatories in Aid of Execution

The defendant, Christopher L. Frankel ("**Frankel**"), objects to the interrogatory in aid of execution of the plaintiffs, Alpine Securities Corporation ("**Alpine**") and Scottsdale Capital Advisors Corporation ("**Scottsdale**"), as follows:

### General Objection

Frankel objects to the instructions and definitions in the interrogatories to the extent that the instructions and definitions seek to impose obligations on Frankel exceeding his obligations under the Federal Rules of Civil Procedure. Frankel has objected, and will respond, if required to do so, in accordance with the plain English interpretation of the questions and his obligations under the Federal Rules of Civil Procedure.

The interrogatories exceed the 25 limit on interrogatories, including subparts, under Fed. R. Civ. P. 33(a)(1). If Frankel is required to answer the interrogatories, he will answer only the number of questions permitted by Rule 33(a)(1).

### Interrogatories and Objections

1. Please identify each customer, client, account, and entity for which You have done any work during the past twelve months, and state its complete name, the street address of its principle office, and the name and telephone number of the individual or individuals with whom You communicate regarding Your services to such customer, client, account, or entity.

**Objections:** (1) Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay; (2) relevance; (3) over-breadth; and (4) interference with customer relationships. Vision pays Frankel for his services; Vision's customers do not pay Frankel. A request to identify Vision's customers for whom Frankel has rendered services is not reasonably calculated to advance discovery in aid of execution because Frankel receives no compensation from the customers. Frankel

3

receives compensation based portion of Vision's revenue paid to Corporate Service Group led by Frankel. *See* Frankel's trial testimony (Doc 318) at 12:1—17:8; PX 67 (Vision / Securities Settlement compensation agreement).

      2.    For each such customer, client, account, and entity for which You have done any work in the past twelve months, state (a) the amount of income You received from it in the past twelve months, and (b) the approximate amount owed to You by it at the time You serve Your answers to these interrogatories.

**Objections:** (1) Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay; (2) relevance; (3) over-breadth; and (4) interference with customer relationships. Vision pays Frankel for his services; Vision's customers do not pay Frankel. A request to identify Vision's customers for whom Frankel has rendered services is not reasonably calculated to advance discovery in aid of execution because Frankel receives no compensation from the customers. Frankel receives compensation based portion of Vision's revenue paid to Corporate Service Group led by Frankel. *See* Frankel's trial testimony (Doc 318) at 12:1—17:8; PX 67 (Vision / Securities Settlement compensation agreement).

      3.    With respect to any real property, please identify whether You own any interest in real property and, if so, identify who owns the real property and how it is held (*i.e.* jointly, as tenants in common, tenancy by the entirety, etc.):

**Objections:** (1) Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      4.    With respect to personal property Your own, please identify by manufacturer (if applicable), model number (if applicable), and year of purchase each and every piece of personal property with a value exceeding $200.00 and state whether each such item is encumbered or otherwise covered by a chattel mortgage, conditional sale or other security agreement or if such item is owned free and clear of any liens and encumbrances and where such property is kept.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay; (2) undue burden in requesting identification of personal property exceeding $200. Reasonable value limit should be $1,000.

      5.    Give the names and addresses of all banks or brokerage houses where You maintain accounts, identifying the type of account (checking, savings, IRA, etc.), whether the accounts are open or closed, the approximate balances in the account as the date of execution of answers to these interrogatories, and give the

complete account number for each.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      6.    Have You closed any bank or brokerage accounts since service of the Summons and Complaint in this litigation? If so, give the name and address of each bank, and the amount on deposit in each account at the time the account was closed.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      7.    Do You own any life, accident, health or other kinds of insurance? If so, what are the names of the companies, the policy numbers, the beneficiaries on each policy, and amounts of each policy?

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      8.    Have You borrowed money from any bank or other lending institution within the past two years? If so, identify the institution and state the total amount of indebtedness owing to each such institution.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      9.    Do You own any safe deposit boxes? If so, give the location of each and the names of all persons having access to each box.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      10.    Do You have any judgment entered in Your favor? If so, state the details and amounts.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      11.    Does anyone owe You money? If so, state the details and amounts.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      12.    Are there any outstanding judgments entered against You, other than the judgment entered in this litigation? If so, state details and amounts of each judgment.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      13.    Are You a party to any litigation now pending in any court? If so, please state the details.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      14.    Have You sold, conveyed or assigned any of your real or personal property within the past two years? If so, please give details, including dates of conveyances or assignments and to whom made.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      15.    Have You made a gift of any of your real or personal property to anyone since the Summons and Complaint in this action was served upon you? If so, please give details.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

      16.    Who did You use to assist you with filing Your federal and state income tax returns for the past five years, and are You entitled to any refund for federal or state income taxes paid?

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature

until the court rules on Frankel's motion to stay.

17. Have You employed or used an accountant at any time during the past five years? If so, please identify complete name and address of each and every such accountant.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

18. Have You been engaged in any transaction in which you participated in any respect in the creation, maintenance or use of any offshore bank account in which you deposited, transferred or invested any money. This interrogatory is meant to include any and all capacities in which you may have engaged in such transaction(s), including the creation of offshore entities in which you hold any legal, equitable or beneficial interest, regardless of whether your name is included in any of the formative corporate documents, articles of incorporation, by-laws, or like documents used to form LLC's, LLP's, business trusts; or any other cognizable form of business entity.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

19. Please identify all non-publicly traded entities in which you have had an ownership stake in the past five years and for each, provide full name, address, and percentage of ownership for each person who has or had an equity stake in that entity.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

DATE: August 18, 2021

*/s/ David C. Banker*

David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
**Attorneys for Frankel**

7