# EXHIBIT B

**to Plaintiffs' Motion to Compel Responses to Discovery in Aid of Execution and Incorporated Memorandum of Law**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATIOPN; and
ALPINE SECURITIES CORPORATION,

                                 CASE NO: 8:18-cv-02869-CEH-CPT

      Plaintiffs,

v.

CHRISTOPHER FRANKEL,

      Defendant.
_____/

### Frankel's Objections to Alpine's and Scottsdale's Request to Produce in Aid of Execution

The defendant, Christopher L. Frankel ("**Frankel**"), under Fed. R. Civ. P. 34 and 69, timely objects to the request to produce in aid of execution of the plaintiffs, Scottsdale Capital Advisors Corporation ("**Scottsdale**") and Alpine Securities Corporation ("**Alpine**"), as follows:

### General Objection

Frankel objects to the instructions and definitions in the request to produce to the extent that the instructions and definitions seek to impose obligations on Frankel exceeding his obligations under the Federal Rules of Civil Procedure.  Frankel has objected, and will respond, if required to do so, in accordance with the plain English interpretation of the requests and his obligations under the Federal Rules of Civil Procedure.

## Document Requests and Objections

**1.**      All documents, including original certificates and brokerage account statements, evidencing or relating to Your ownership of stock in any private or public corporation during the past 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

2.      All documents, including original agreements or grants, evidencing or relating to Your ownership of any right to or interest in stock (warrants, options, etc.) in any private or public corporation during the past 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

3.      All documents relating to any loan or capital contribution You have made to any business entity – including, but not limited, to a partnership (general or limited), public and private corporations, sole proprietorship or "doing business as."

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay; over-breadth / no time limit on request.

4.      Documents sufficient to identify all income You are currently receiving or have received during the past 5 years in the form of salary, wages or other work-related (employee, independent contractor, consultant, etc.) compensation from any source.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

5.      Documents sufficient to identify all income You are currently receiving or have received during the past 5 years in the form of interest, dividends, royalties, investment income or similar income from any source.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

6.      Documents sufficient to identify all income or money You received from any source in the past 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

7.      All documents for Your checking accounts for the past 5 years, including, without limitation, bank statements, cancelled checks, and duplicate checks; such statements should include those for accounts on which You are or were an authorized signatory.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

8.      All documents for Your savings, money market accounts, checking accounts and any other bank accounts for the past 5 years, including, without limitation, bank statements.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

9.      All titles and registration certificates for any vehicles, including boats, airplanes, and automobiles, in which You have had or have an ownership interest, lease interest or beneficial interest (right to use) during the past 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

10.      All financial statements prepared for You during the last five 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

11.      All income tax returns (including all attachments and schedules) filed by You with the Internal Revenue Service for the years 2016 through 2020, inclusive.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

12.     All income tax returns (including all attachments and schedules) filed by You with any State for the years 2016 through 2020, inclusive.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

13.     All intangible tax returns (including all attachments and schedules) filed by You with any State for the years 2016 through 2020, inclusive.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

14.     All mortgages of which You are or were a mortgagee at any time during the period of January 1, 2016 to the present.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

15.     All notes on which You are or were a payee at any time during the period of January 1, 2016 to the present.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

16.     Deeds to all real property in which You have had or have an interest, legal or equitable, at any time during the period of January 1, 2016 to the present.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

17.     Documents sufficient to identify all individuals and/or entities which are or were indebted to You at any time during the period of January 1, 2016 to the present.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

18.     Documents sufficient to identify any individuals and/or entities to whom You are or have been indebted at any time during the period of January 1, 2016 to the

present.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

19.   All documents relating to any retirement, investment or brokerage account You maintained or for which You were the custodian or trustee at any time during the period of January 1, 2016 to the present, including, without limitation, stock accounts, option accounts, margin accounts, mutual funds, Individual Retirement Accounts or IRAs, 401(k)'s, and pension plans.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

20.   All trusts in which You are or were the grantor, settlor, trustee, beneficiary, or in which You have or had any interest, legal or equitable at any time during the period of January 1, 2016 to the present.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

21.   Any testamentary documents which may govern the disposition of Your assets upon Your demise, including, without limitation, wills and testamentary trusts.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

22.   Any documents that evidence any safety deposit box maintained by You, or which You utilize or have utilized during the past 5 years, at any financial institution.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

23.   Any currency, stock certificates or other documents or items You keep in a safe or similar apparatus, regardless of the location of such safe or apparatus.

**Objections:** Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

24.     Any document that evidences transfers or other disposition of any assets to any relative, affiliate, associated person, or other insider, as these terms are defined in section 726.102, Florida Statutes, by gift, sale, or otherwise, from one year prior to service of process in this lawsuit through the date of Your production of documents in response to this request.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

25.     Documents sufficient to identify Your monthly expenses during the past 5 years.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

26.     Your credit card statements for the past 5 years; such statements should include credit accounts for which You are an authorized signatory.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

27.     Any loan applications completed by You and or signed by You at any time during the period of January 1, 2016 to the present.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

28.     Any other documents – including, but not limited to, financial statements or personal guaranties for entities, whether formally or informally organized, of which You are or were an officer, director, managing member or guarantor - where You have disclosed or set forth Your financial condition at any time during the period of January 1, 2016 to the present.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

29.     All ledger books, account books or other documents evidencing Your business transactions during the period of January 1, 2016 to the present.

**Objections:**   Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature

until the court rules on Frankel's motion to stay.

30.     Any and all other documents which describe all other assets in which You have had or have an ownership interest (legal, equitable or beneficial) at any time during the period of January 1, 2016 to the present.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

31.     All documents evidencing any on-line auctions or other purchases or sales of any property in which You have participated since January 1, 2016.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

32.     All documents evidencing the source of funds You have used to pay any monthly living expenses during the past 5 years.

**Objections:**  Prematurity – Frankel has moved to stay discovery in aid of execution (Doc 344), and Alpine's and Scottsdale's discovery in aid of execution is premature until the court rules on Frankel's motion to stay.

## <u>Certificate of Service</u>

I certify that on August 18, 2021, I caused the foregoing objections to Alpine's and Scottsdale's request to produce in aid of execution to be served by e-mail on plaintiffs' counsel at the following addresses:

Kenneth G. Turkel
kturkel@bajocuva.com
David A. Hayes
dhayes@bajocuva.com
James C. Mooney
jmooney@bajocuva.com
Bajo Cuva Cohen Turkel
100 North Tampa Street, Suite 1900
Tampa, Florida 33602

Kristin A. Norse
KNorse@kmf-law.com
Katherine Earle Yanes
KYanes@kmf-law.com
Kynes Markman & Felman, PA
Post Office Box 3396
Tampa, Florida 33601
Attorneys for Plaintiffs

*s/ David C. Banker, Esquire*
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
 Attorneys for Frankel