# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE HURRY FAMILY REVOCABLE TRUST

-vs-                                                          Case No. 8:18-cv-2869-CEH-CPT

CHRISTOPHER FRANKEL

## CLERK'S MINUTES
Proceeding: Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: December 23, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 2:08 p.m. |
| Law Clerk: Wilma Metcalf | Recess: 2:35 p.m. |
| Court Reporter: Digital | Total Time: 27 min |

Counsel for Plaintiff: Kenneth Turkel and James Mooney
Counsel for Defendant: David Banker

Court calls case and counsel enters appearances.

Court hears argument from counsel on the Motions for Attorney Fees (Doc. 309 and 311)

Court will deny the motions without prejudice.

Court discusses scheduling a hearing on a motion to compel.

Parties will file a notice by January 3 as to whether they can resolve the motion to compel.

Recess.