UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

    Plaintiffs,

CASE NO.: 8:18-cv-02869-CEH-CPT

v.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

### FRANKEL'S NOTICE OF READINESS TO POST BOND

Defendant Christopher Frankel hereby notifies the Court that he stands ready immediately to post a cash bond in the full amount of no more than $1,165,000, which is 125% of the judgment, by depositing such amount with the Court under Fed. R. Civ. P. 67(a).  Defendant files this notice out of an abundance of caution to make certain that the Court is aware of Defendant's preparedness to post such bond as soon as he is permitted to do so, which is the relief he sought in his Renewed Motion To Stay Execution and Discovery in Aid of Execution on Judgment and To Approve Security (the "Renewed Motion for Stay") [Doc. 354].

Frankel hereby requests that the Court consider the Renewed Motion for Stay prior to ruling on Plaintiff Scottsdale Capital Advisors Corporation's and Alpine Securities Corporation's September 10, 2021 Motion to Compel Responses to

Discovery in Aid of Execution (the "Discovery Motion") and specifically to consider whether Defendant's readiness to post the full amount of the bond moots the Discovery Motion.

*/s/ J. Carter Andersen*
J. Carter Andersen – FBN 143626
E-Mail: candersen@bushross.com
David C. Banker – FBN 352977
E-Mail: dbanker@bushross.com
Harold D. Holder – FBN 118733
E-Mail: hholder@bushross.com
BUSH ROSS, P.A.
1801 NN. Highland Avenue
Tampa, Florida 33602
Tel: (813) 224-9255
Fax: (813) 223-9620
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2022 the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ J. Carter Andersen*
Attorney

83C0427.DOCX