# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:18-cv-2869-CEH-CPT                         DATE: January 13, 2022

HONORABLE: CHRISTOPHER P. TUITE, U.S. MAGISTRATE JUDGE

THE HURRY FAMILY REVOCABLE TRUST et al            Kenneth Turkel
                                                  Attorney for Plaintiff
v.

CHRISTOPHER FRANKEL                               Jeffrey Anderson
                                                  Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon                   COURTROOM: 12 B

INTERPRETER / LANGUAGE: N/A

TIME: 11:30 – 11:56       TOTAL: 0:26             COURT RPTR: Digital

PROCEEDINGS: DISCOVERY HEARING

Plaintiff has filed a Motion to Compel Response to Discovery in Aid of Execution (doc. 346).

Defendant has filed a Response in Opposition (doc. 347).

Plaintiff oral argument.

Defendant oral argument.

Adjourned.

Court Order to follow.