UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

    Plaintiffs,

CASE NO.: 8:18-cv-02869-VMC-CPT

v.

CHRISTOPHER FRANKEL,

    Defendant.

_____/

### PLAINTIFFS' TIME SENSITIVE MOTION TO CONTINUE HEARING

Pursuant to Local Rule 3.08, Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation (collectively "Plaintiffs"), file this Motion seeking entry of an order continuing the hearing on several motions currently set for February 3, 2022 (the "Hearing") (Dkt. 367) until a date no sooner than February 21, 2022. The grounds upon which this motion is based and the reasons why it should be granted are as follows:

### Time Sensitive Nature of the Relief Sought

Pursuant to Local Rule 3.01(e), Plaintiffs seek a ruling on this Motion on or before January 28, 2022, because Plaintiffs seek to continue the Hearing set to occur on February 3, 2022.

### Basis for the Relief Sought

Lead counsel for Plaintiffs in this case is also trial counsel for the plaintiff in the case captioned *Sarah Palin v. The New York Times Company*, Case No. 17-CV-4853, currently pending in the United States District Court for the Southern District of New York ("*Palin v. NYT*"). On January 24, 2022, the Court in *Palin v. NYT* continued the jury trial set to begin the same day, until February 3, 2022, because Governor Palin tested positive for Covid.

Once the jury trial commences on February 3, 2022, it is expected to last four to five days, but the jury trial may take longer because of scheduling difficulties associated with witnesses traveling during the pandemic and Judge Rakoff's other commitments that may result in trial days being cut short. Therefore, in an abundance of caution, Plaintiffs seek to continue the Hearing to occur on a date no sooner than February 21, 2022.

### Local Rule 3.01(g) Certificate of Compliance

Counsel for the Plaintiffs conferred with counsel for Defendant regarding the relief sought in this motion. Defendant has no objection to continuing the Hearing.

### CONCLUSION

WHEREFORE, Plaintiffs respectfully request this Court enter an order continuing the Hearing set for February 3, 2022, until a date no sooner than February 21, 2022, and granting such further relief as the Court deems just and proper.

4858-7782-8875, v. 1

Respectfully submitted,

/s/ Kenneth G. Turkel
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN 96657
E-mail: dhayes@tcb-law.com
James C. Mooney – FBN 111668
E-mail : jmoooney@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 835-9191
Fax: (813) 443-2193
and

Kristin A. Norse - FBN 0965634
KNorse@kmf-law.com
Katherine Earle Yanes - FBN 0159727
KYanes@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601
(813) 229-1118
(813) 221-6750
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Kenneth G. Turkel
Attorney

3

4858-7782-8875, v. 1