# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST, SCOTTSDALE CAPITAL
ADVISORS CORPORATION and
ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　Case No: 8:18-cv-2869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.

## ORDER OF REFERRAL TO THE MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the following motion is hereby **REFERRED** to Magistrate Judge Christopher P. Tuite who shall enter an order or submit a report and recommendation as to the appropriate disposition of this motion:

1. Frankel's Renewed Motion to Stay Execution and Discovery in Aid of Execution on Judgment and To Approve Security [Doc. 354].

**DONE** and **ORDERED** in at Tampa, Florida on January 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party