UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HURRY FAMILY REVOCABLE
TRUST, et al.,

    Plaintiffs,

v.                                      Case No. 8:18-cv-2869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.
_____/

## **O R D E R**

Before the Court is Defendant *[Christopher] Frankel's Submission of Proposed Order Concerning Case Security to Stay Judgment* (Doc. 381), which Frankel filed in response to the Court's February 14, 2022, Order (Doc. 379). Upon due consideration of the matter, it is hereby ORDERED:

    1.    Frankel is authorized to deposit $1,165,000 with the Clerk of Court within three (3) business days of the entry of this Order.

    2.    The Clerk of Court is directed to accept Frankel's deposit of $1,165,000 and to place it in an interest-bearing money market account, which can be liquidated at any time without penalty.

    3.    Frankel's deposit of $1,165,000 shall serve as security for his payment of the $932,000 Judgment for unjust enrichment obtained by Plaintiffs Scottsdale Capital

Advisors Corporation (Scottsdale) and Alpine Securities Corporation (Alpine). (Docs. 304, 379).

4.  Upon Frankel's timely deposit of $1,165,000 with the Clerk of Court, execution on Scottsdale and Alpine's Judgment (Doc. 304) shall be stayed until further order of this Court.

5.  The Clerk of Court shall not release any portion of Frankel's $1,165,000 deposit, except upon order of this Court.

SO ORDERED in Tampa, Florida, this 24th day of February 2022.

*/s/ Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record