UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION;
ALPINE SECURITIES CORPORATION;
and CAYMAN SECURITIES CLEARING
AND TRADING LTD.,

    Plaintiffs,

v.                                              Case No. 8:18-cv-02869-CEH-CPT

CHRISTOPHER FRANKEL,

    Defendant.

                                       /

## Frankel's Notice of Appeal

The defendant, Christopher L. Frankel ("**Frankel**"), appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on May 7, 2021 (Doc 304), and the order denying Frankel's renewed motion for entry of judgment as a matter of law or alternatively for a new trial entered on August 8, 2022 (Doc 403).

                                                  */s/ David C. Banker*
                                                 David C. Banker (Fla. Bar No. 352977)
                                                 J. Carter Andersen (Fla. Bar No. 143626)
                                                 Harold D. Holder (Fla. Bar No. 118733)
                                                 BUSH ROSS, PA
                                                 1801 N. Highland Avenue
                                                 Tampa, Florida 33602
                                                 Phone: 813-224-9255
                                                 Fax:    813-223-9620

        Primary: dbanker@bushross.com;
        candersen@bushross.com;
        hholder@bushross.com
        Secondary:  aflowers@bushross.com
        ksalter@bushross.com
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I certify that on February 2, 2023, all counsel of record are being served with a copy of this notice of appeal via the Court's CM/ECF system.

        */s/ David C. Banker*