UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAYMAN SECURITIES CLEARING
AND TRADING LTD; THE HURRY
FAMILY REVOCABLE TRUST;
SCOTTSDALE CAPITAL ADVISORS
CORPORATION; and ALPINE SECURITIES
CORPORATION,

                                    Case No. 8:18-cv-2869-CEH-CPT

     Plaintiffs,

v.

CHRISTOPHER FRANKEL,

     Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

Bryan D. Hull gives notice of his appearance as appellate counsel for Defendant CHRISTOPHER FRANKEL.

Dated: March 9, 2023

                                    */s/ Bryan D. Hull*
David C. Banker (Fla. Bar No. 352977)
J. Carter Andersen (Fla. Bar No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
Bryan D. Hull (Fla. Bar No. 20969)
BUSH ROSS, PA
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-223-9620
Primary: dbanker@bushross.com;
candersen@bushross.com;
hholder@bushross.com
bhull@bushross.com
Secondary:  aflowers@bushross.com
                     ksalter@bushross.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which will send a notice of docket activity to all counsel of record.

By:   _/s/ Bryan D. Hull_