UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL                    CASE NO.: 8:18-cv-02869-CEH-CPT
ADVISORS CORPORATION; and
ALPINE SECURITIES CORPORATION,

      Plaintiffs/Counter-Defendants,

vs.

CHRISTOPHER FRANKEL,

      Defendant/Counter-Plaintiff.

_____/

**UNOPPOSED MOTION TO RECEIVE SEALED TRANSCRIPT
OF APRIL 21, 2021, HEARING FOR APPELLATE PURPOSES**

Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors

Corporation, and Alpine Securities Corporation, respectfully request that the

Court enter an Order instructing the court reporter to: (1) file under seal the

transcript of the hearing held on April 21, 2021, on Plaintiffs' Motion to Continue

Trial and Pretrial Conference and Incorporated Memorandum of Law, and

(2) serve the transcript of the April 21, 2021, hearing only on counsel for the parties.

The Court previously ordered on the record at the April 21, 2021, hearing that the

transcript of that hearing would be sealed if it were ordered.  The relief requested

is necessary to allow appellate counsel to have access to the transcript.  The

grounds supporting this motion are set forth in in the following Memorandum.

**MEMORANDUM**

Plaintiffs have filed a cross appeal of the final judgment, entered on May 7, 2021 (Doc 304), and the order denying Defendant Frankel's renewed motion for entry of judgment as a matter of law or alternatively for a new trial, entered on August 8, 2022 (Doc 403).  As part of the record on appeal, appellate counsel and the Court of Appeals will need a transcript of the April 21, 2021, hearing on Plaintiffs' Motion to Continue Trial and Pretrial Conference and Incorporated Memorandum of Law.  Undersigned counsel therefore submitted a transcript information form requesting that a transcript of that hearing, among others, be prepared.  Doc. 424.

The court reporter has prepared the transcript of the April 21, 2021, hearing; however, the court reporter called to the attention of undersigned counsel that during the proceeding, this Court ordered the transcript be sealed if it was ordered.  As a result, the court reporter has not filed the transcript of the April 21, 2021, hearing in the court record or served it on counsel.

In order to ensure that the April 21, 2021, hearing transcript, which the Court has previously ordered sealed, becomes part of the court record and to allow appellate counsel to have access to it, Plaintiffs request that the Court enter an order permitting the court reporter to file the transcript under seal and serve it only on counsel for the parties.

## CONCLUSION

Consistent with the Court's April 21, 2021, order holding the transcript of the hearing on that date should be sealed, Plaintiffs respectfully request that this Court enter an (1) permitting the court reporter to file the transcript of the April 21, 2021, hearing on Plaintiffs' Motion to Continue Trial and Pretrial Conference and Incorporated Memorandum of Law with the Clerk of the Court under seal, and (2) directing the court reporter to maintain the confidentiality of the sealed transcript by releasing the transcript only to the to counsel of record for the parties.

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Middle District of Florida Local Rule 3.01(g), Counsel for Plaintiffs/Counter-Defendants, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation, has conferred with counsel for Defendant/Counter-Plaintiff Christopher Frankel, David C. Banker, Esquire, who has graciously authorized undersigned counsel to represent that the Defendant does not oppose the relief requested.

Respectfully submitted,

/s/ Kristin A. Norse
Kristin A. Norse

3

## CERTIFICATE OF SERVICE

I certify that on April 5, 2023, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

/s/ *Kristin A. Norse*
Kristin A. Norse, FBN 965634
Katherine Earle Yanes, FBN 159727
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, Florida 33601
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
knorse@kmf-law.com
kyanes@kmf-law.com
efilings@kmf-law.com

*Co-Counsel for Plaintiffs*