UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES
CORPORATION,

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.
_____/

CASE NO.: 8:18-cv-02869-CEH-CPT

**JOINT MOTION TO DEFER RULING ON PARTIES' MOTION FOR ATTORNEYS' FEES AND CONTINUE THE JUNE 8, 2023 HEARING**

Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation (collectively, "Plaintiffs"), and Defendant, Christopher Frankel ("Defendant"), jointly move this Court to continue the hearing set for June 8, 2023, and to defer ruling on the Parties' respective motions for attorneys' fees. In support of this motion, the Parties state as follows:

**BACKGROUND**

On May 7, 2021, a judgment was entered in this case. Doc. 304. The Parties subsequently filed post-trial motions, including motions pursuant to Rule 59(e) that, if granted, could have altered or amended the judgment. *See* Docs. 325, 326, 328, 329. The Court ruled on each of these post-trial motions, and the judgment became final. *See* Docs. 384, 389, 403, 408.

On January 17, 2023, in accordance with the Court's Order [Doc. 398] and Local Rule 7.01, the Parties filed their respective motions for entitlement to attorneys' fees and costs. Docs. 410 and 412. The Parties each also filed an Amended Bill of Costs. Docs. 411 and 414. On January 31, 2023, the Parties filed responses to the motions for entitlement to attorneys' fees. Docs. 415 and 416.

On February 2, 2023, Defendant filed his Notice of Appeal regarding the final judgment and the order denying one of his post-trial motions. Doc. 417. The same day, Plaintiffs filed their Notice of Cross-Appeal regarding the judgment and one of their post-trial motions. Doc. 419. The Parties' appeals are now pending before the Eleventh Circuit Court of Appeals.

On May 3, 2023, the Court scheduled a hearing for June 8, 2023, on the Parties' respective motions for attorneys' fees. In light of the pending appeal and in the interests of efficiency and economy, the Parties seek an order continuing the June 8, 2023, hearing and ask that the Court defer ruling on the attorneys' fee issue until the appeals are concluded.

## **MEMORANDUM OF LAW**

Although this Court has jurisdiction over motions for attorneys' fees during an appeal, "deferring ruling on a motion for attorney's fees and costs pending an appeal is a matter within the court's discretion." *Truesdell v. Thomas*, 2016 WL 7049252, at *2 (M.D. Fla. Dec. 5, 2016); *Family Health Centers of Sw. Florida, Inc. v. Marstiller*, 2023 WL 2889330, at *1 (M.D. Fla. Apr. 11, 2023); *see* Fed. R. Civ. P. 54, Advisory Committee Notes (1993 Amendments). Indeed, "[c]ourts routinely defer ruling on

motions for attorney's fees and costs pending appeal in the interest of judicial economy." *Marstiller*, 2023 WL 2889330, at *1 (granting motion to defer ruling on motion for attorneys' fees); *see also Greer v. Ivey*, 2017 WL 10059009, at *1 (M.D. Fla. Sept. 18, 2017) (deferring ruling on a motion for attorney's fees where the appellate proceedings may affect the court's consideration of the attorney's fees); *Truesdell,* 2016 WL 7049252, at *3 (finding that because the motion for fees would necessarily have to be recalculated based on the outcome of the appeal, judgment on the issue of attorney's fees should be deferred); *Fin. Info. Techs., LLC v. Icontrol Sys., USA, LLC*, 2020 WL 7074360, at *2 (M.D. Fla. Dec. 3, 2020).

In *Truesdell,* the Court deferred ruling on a motion for attorneys' fees and costs pending the resolution of appeal. 2016 WL 7049252, at *2. As part of its rationale, the Court noted that appeals were filed by all parties and that the outcome of the appeal could affect entitlement and amount of the attorneys' fees. *Id.* The Court explained "[d]eferring ruling on the issue of attorney's fees and costs would avoid the risk of having to effectuate recalculation, repayment, reimbursement, or an offset of such an award later." *Id.*

The circumstances in this case are akin to those in *Truesdell*. The outcome of the pending appeals could affect the amount of and entitlement to attorneys' fees and costs. If the Court makes a ruling on the pending motions, any award may need to be recalculated, repaid, reimbursed, or offset, depending on the outcome of the appeal. *See id.* As such, the interests of justice, efficiency, and judicial economy are best served by deferring ruling on the pending motions for attorneys' fees and continuing the

hearing until after the conclusion of the appeal and cross-appeal. *See Icontrol Sys.,* 2020 WL 7074360, at *2 ("the outcome of the Eleventh Circuit appeals may indeed affect entitlement to, and the amount of, attorney's fees and costs. Moreover, Plaintiff does not oppose a deferral of the Fee Motions pending the appeals. Accordingly, in the interests of efficiency and economy for both the Court and the parties.").

WHEREFORE, the Parties respectfully request that the Court defer ruling on the Parties' respective motions for attorneys' fees until the pending appeals are concluded, and enter an order continuing the June 8, 2023 hearing and granting such further relief as the Court deems just and proper.

| /s/ David A. Hayes | /s/ David C. Banker |
|---|---|
| Kenneth G. Turkel – FBN 867233 | David C. Banker (Fla. Bar No. 352977) |
| kturkel@tcb-law.com | Harold D. Holder (Fla. Bar No. 118733) |
| David A. Hayes – FBN 96657 | BUSH ROSS, PA |
| dhayes@tcb-law.com | 1801 N. Highland Avenue |
| TURKEL CUVA BARRIOS, P.A. | Tampa, Florida 33602 |
| 100 North Tampa Street, Suite 1900 | Phone: 813-224-9255 |
| Tampa, Florida 33602 | Fax:    813-223-9620 |
| Tel:  (813) 834-9191 | Primary: dbanker@bushross.com; |
| Fax: (813) 443-2193 | hholder@bushross.com |
| *Attorneys for Plaintiffs* | Secondary: aflowers@bushross.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2023, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ David A. Hayes
Attorney