UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES
CORPORATION,

        CASE NO.: 8:18-cv-02869-CEH-CPT

    Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

    Defendant.

_____/

## MOTION TO KEEP DOCUMENTS UNDER SEAL

Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, and Alpine Securities Corporation (collectively, "Plaintiffs"), file this motion for entry of an order extending the time to keep certain documents under seal in this case. In support of this motion, Plaintiffs state as follows:

This case involves the misappropriation of trade secrets and the violation of certain non-disclosure and confidentiality agreements. During the course of this case, the Court sealed certain documents containing confidential information. *See* Docs. 119, 122, 123, 124, 145, 275. The case proceeded to trial and judgment was entered. The parties filed various post-trial motions directed at the judgment and, following the Court's ruling on those motions, the judgment became final. The final

judgment was appealed, and this matter remains pending on appeal before the Eleventh Circuit Court of Appeals.

On December 3, 2024, the Court directed the clerk to close this case because the matter is on appeal. Doc. 448. On December 5, 2024, a CM/ECF notice was issued providing that, pursuant to Local Rule 1.11(e), the seal on the sealed documents would expire ninety days after the case was closed and all appeals were exhausted. Doc. 449. The notice further provided that "[t]o prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires." *Id*; *see also* Local Rule 1.11(e). Because this matter is still on appeal, the seal has not expired. Nevertheless, in an abundance of caution, Plaintiffs file this motion seeking an order that Docs. 119, 122, 123, 124, 145, and 275 shall remain sealed until 90 days after conclusion of the appeal or as otherwise ordered by the Court in accordance with Local Rule 1.11(e).

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order (i) directing tha,t pursuant to Local Rule 1.11(e), Docs. 119, 122, 123, 124, 145, and 275 shall remain sealed until 90 days after conclusion of the pending appeal or until as otherwise ordered by the Court and (ii) granting such further relief as the Court deems just and proper.

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that he attempted in good faith to confer with counsel for Defendant regarding this motion, but he has not yet reached Defendant's counsel. In accordance with Local Rule 3.01(g)(3), the undersigned will try diligently

for the next three days to confer with Defendant's counsel and will supplement this certification accordingly.

          Respectfully submitted,

          */s/ Kenneth G. Turkel*
          Kenneth G. Turkel – FBN 867233
          kturkel@tcb-law.com
          David A. Hayes – FBN 96657
          dhayes@tcb-law.com
          TURKEL CUVA BARRIOS, P.A.
          100 North Tampa Street, Suite 1900
          Tampa, Florida 33602
          Tel: (813) 834-9191
          Fax: (813) 443-2193
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

          */s/ Kenneth G. Turkel*
          Attorney