AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| THE HURRY FAMILY REVOCABLE TRUST, et al. | ) ) ) ) ) | |
| v. | | Case No.: 8:18-cv-02869-VMC-CPT |
| CHRISTOPHER FRANKEL | | |

## FRANKEL'S AMENDED BILL OF COSTS
## (INCLUDES $201.00 IN COSTS SINCE INITIAL BILL)

Judgment having been entered in the above entitled action on __05/07/2021__ against __All Plaintiffs__ ,
  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 9,626.05 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL    $ | 9,626.05 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service            ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    /s/ Harold Holder

Name of Attorney: Harold Holder

For: _____Christopher L. Frankel_____        Date: __06/05/2026__
  *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

USDC, MDFL Case No.: 8:18-cv-02869-VMC-CPT                              Frankel's Itemization of Bill of Costs

| Cost Description | Amount | Bush Ross Invoice Date | Date of Cost | Back-up Documentation |
|---|---|---|---|---|
| Deposition transcripts of Cruz, Diekman and Walsh depositions – Anthem Services, LLC | $390.00 | 09/30/19 | 08/08/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Deposition transcript of John Joseph Hurry deposition – Anthem Services, LLC | $1,608.20 | 09/30/19 | 08/07/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Deposition transcript of Christopher Frankel deposition – Anthem Services, LLC | $704.75 | 09/30/19 | 08/07/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Hearing transcript of motion hearing on 7/2/19 – Scott N. Gamertsfelder | $222.65 | 09/30/19 | 09/30/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Deposition transcripts: Transcript of Christopher Frankel's 8/7/19 video deposition – Veritext Corp. | $276.25 | 09/30/19 | 08/30/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Deposition transcript of Darrel Cruz, Henry Diekmann, and Joseph Walsh depositions - Anthem Services, LLC | $244.75 | 01/30/20 | 08/08/19 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Transcript of motion hearing on 3/11/20 – Scott N. Gamertsfelder | $397.70 | 04/14/20 | 03/26/20 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Deposition transcript of Christopher Frankel deposition - US Legal Support | $662.25 | 05/20/20 | 04/29/20 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Hearing transcript of 1/16/20 pretrial conference - Scott Gamertsfelder | $34.80 | 05/14/21 | 01/16/20 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Hearing transcript of 4/30/20 Zoom videoconference final pretrial conference before Judge Covington - Rebekah Lockwood | $33.60 | 05/14/21 | 04/30/20 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Hearing transcript for 4/23/21 Pretrial - David Collier | $92.70 | 05/14/21 | 04/24/21 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |

80R2842.xlsx

| | | | | |
|---|---|---|---|---|
| Hearing transcript of 4/26 - 4/30/21 trial - David Collier | $4,757.40 | 08/19/21 | 05/21/21 | Composite Exhibit A - Expenses included in Frankel's Initial Bill of Costs |
| Transcript of excerpt of trial - direct exam of Frankel | $16.20 | 08/19/21 | 04/26/21 | Composite Exhibit B - Additional Expense since Frankel's Initial Bill of Costs |
| Transcript of excerpt of trial - redirect exam of Frankel | $48.60 | 08/19/21 | 04/26/21 | Composite Exhibit B - Additional Expense since Frankel's Initial Bill of Costs |
| Transcript of excerpt trial - direct exam of Frankel | $124.20 | 08/19/21 | 04/26/21 | Composite Exhibit B - Additional Expense since Frankel's Initial Bill of Costs |
| Alpine's complaint against Christopher Doubek filed in Salt Lake County District Court dated 7/20/21 | $12.00 | 11/17/21 | 08/23/21 | Composite Exhibit B - Additional Expense since Frankel's Initial Bill of Costs |
| TOTAL | $9,626.05 | | | |

80R2842.xlsx

017847.0002



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41069 | 12/26/2019 | 39063 |
| **Job Date** | **Case No.** | |
| 8/8/2019 | 8:18-CV-02869-VMC-CPT | |
| | **Case Name** | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| | **Payment Terms** | |
| Due upon receipt | | |

www.anthemreporting.com | 888.909.2720

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601



| | | | | |
|---|---|---|---|---|
| Darrel Cruz (33p), Henry Diekmann (19p), Joseph Walsh (15p) – Transcript | | | | |
| Certified Copy | 67.00 Pages | @ | 3.15 | 211.05 |
| Condensed/Mini Transcript and Word Index (etran format) | 67.00 Pages | @ | 0.25 | 16.75 |
| Processing/e-Delivery | 1.00 | @ | 16.95 | 16.95 |
| | **TOTAL DUE >>>** | | | **$244.75** |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | |
|---|---|---|---|
| Job No. | : 39063 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 41069 | Invoice Date | : 12/26/2019 |
| Total Due | : $244.75 | | |

| PAYMENT WITH CREDIT CARD | AMEX ___ VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   Anthem Reporting
101 South Franklin Street
Suite 101
Tampa, FL 33602

# COMPOSITE EXHIBIT A

017847.0002

AD44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000665

**MAKE CHECKS PAYABLE TO:**

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Phone: (813) 224-9255

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

AUG 15 2019

Phone:    (813) 301-5898

Tax ID:    26-1873859
scottgmn@aol.com

| CRIMINAL | X CIVIL | DATE ORDERED: 07-15-2019 | DATE DELIVERED: 08-15-2019 |
|---|---|---|---|

Case Style: 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel
Transcript of Motion Hearing held July 2, 2019.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 61 | 3.65 | 222.65 | | | | | | | 222.65 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 222.65 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $222.65 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| s:/Scott N. Gamertsfelder | | 08-15-2019 |

(All previous editions of this form are
cancelled and should be destroyed)

017847-0002



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38195 | 8/24/2019 | 39466 |

| Job Date | Case No. |
|---|---|
| 8/7/2019 | 8:18-CV-02869-VMC-CPT |

| Case Name |
|---|
| The Hurry Family Revocable Trust; et al. v. Frankel |

| Payment Terms |
|---|
| Due upon receipt |

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601



Christopher Frankel

| | | |
|---|---|---|
| Certified Copy | 177.00 Pages | 557.55 |
| Condensed/Mini Transcript and Word Index (etran format) | 177.00 Pages | 44.25 |
| Black & White Exhibits | 215.00 Pages | 86.00 |
| Processing/e-Delivery | | 16.95 |

TOTAL DUE >>>    $704.75

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | |
|---|---|---|---|
| Job No. | : 39466 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 38195 | Invoice Date | : 8/24/2019 |
| Total Due | : $704.75 | | |

Remit To:    Anthem Reporting
101 South Franklin Street
Suite 101
Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone #:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

017847.0002

## Veritext, LLC
## Florida Region

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

**Bill To:** David C. Banker
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL, 33602

| | |
|---|---|
| Invoice #: | FLA3919262 |
| Invoice Date: | 8/26/2019 |
| Balance Due: | $276.25 |

| | |
|---|---|
| **Case:** | The Hurry Family Revocable Trust' Scottsdale Capital Advisors Corporation and Alpine Securities Corporation v. Frankel, Christopher |
| **Job #:** | 3485672 \| Job Date: 8/7/2019 \| Delivery: Normal |
| **Billing Atty:** | David C. Banker |
| **Location:** | Bush Ross, P.A. |
| | 1801 North Highland Avenue Tampa, FL 33602-2656 |
| **Sched Atty:** | Charles Harder \| HARDER LLP |

AUG 2 6 2019

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Christopher Frankel | Video - MPEG/Digitizing | Hour | 3.00 | $85.00 | $255.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.25 | $21.25 |

| | | |
|---|---|---|
| **Notes:** MPEG-1 to Bush via download link only to dbanker@bushross.com | Invoice Total: | $276.25 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $276.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

17776   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | FLA3919262 |
| Job #: | 3485672 |
| Invoice Date: | 8/26/2019 |
| Balance: | $276.25 |

017847.0002

# INVOICE



www.anthemreporting.com | 888.909.2720

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38124 | 8/22/2019 | 39061 |
| **Job Date** | **Case No.** | |
| 8/7/2019 | 8:18-CV-02869-VMC-CFT | |
| **Case Name** | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

AUG 2

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| John Joseph Hurry | 209.00 Pages | 940.50 |
| Reporter Appearance 1st hour | | 75.00 |
| Reporter Appearance additional hours | 5.00 | 325.00 |
| Black & White Exhibits | 1,003.00 Pages | 250.75 |
| Processing/e-Delivery | | 16.95 |
| | TOTAL DUE >>> | $1,608.20 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | |
|---|---|---|---|
| Job No. | : 39061 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 38124 | Invoice Date | : 8/22/2019 |
| Total Due | : $1,608.20 | | |

Remit To:  **Anthem Reporting**
101 South Franklin Street
Suite 101
Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

017847.0002



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38070 | 8/22/2019 | 39063 |
| **Job Date** | **Case No.** | |
| 8/8/2019 | 8:18-CV-02869-VMC-CPT | |
| **Case Name** | | |
| The Hurry Family Revocable Trust; et al. v. Frankel | | |
| **Payment Terms** | | |
| Due upon receipt | | |

www.anthemreporting.com | 888.909.2720

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | |
|---|---|---|
| Cruz(est 45p), Diekman(est 35p), Walsh(est 25p) Attys at Anthem(9AM MT/12PM ET) | | |
| Reporter Appearance 1st hour | | 75.00 |
| Reporter Appearance additional hours | 2.00 | 130.00 |
| Transcript deferred - archival/hold of notes & audio | | 0.00 |
| Anthem Connect - videoconferencing | | 160.00 |
| Equipment/Laptop Rental | | 25.00 |
| | **TOTAL DUE >>>** | **$390.00** |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

David Banker
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33601

| | | | |
|---|---|---|---|
| Job No. | : 39063 | BU ID | : Anthem |
| Case No. | : 8:18-CV-02869-VMC-CPT | | |
| Case Name | : The Hurry Family Revocable Trust; et al. v. Frankel | | |
| Invoice No. | : 38070 | Invoice Date | : 8/22/2019 |
| Total Due | : $390.00 | | |

Remit To:  **Anthem Reporting**
**101 South Franklin Street**
**Suite 101**
**Tampa, FL 33602**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000779

**MAKE CHECKS PAYABLE TO:**

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Approved by M. Medley
emailed on 4/9/21
17847.2

Scott N. Gamertsfelder, RMR

300 Mountain View Rd.
Ellijay, GA 30540

Phone:  (813) 224-9255

Phone:    (813) 541-0428

Tax ID:   26-1873859
scottgrmr@gmail.com

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 04-09-2021   DATE DELIVERED: 04-09-2021 |

**Case Style:** 8:18-CV-2869, Hurry Family Trust v Christopher Frankel
Transcript of Pretrial Conference held Jan. 16, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 29 | 1.20 | 34.80 | | | | 34.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 34.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $34.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s:/Scott N. Gamertsfelder | 04-09-2021 |

(All previous editions of this form are
cancelled and should be destroyed)

Printed by BoltPDF (c) NCH Software. Free for non-commercial use only.

0P7847.00002

AO44
(Rev. 11/07)

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

INVOICE NO: 00000707

**MAKE CHECKS PAYABLE TO:**

David C. Banker
Bush Ross, PA
1801 N. Highland Ave.
Tampa, FL 33602

Phone:  (813) 224-9255

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone:    (813) 301-5898

Tax ID:   26-1873859
scottgrmr@aol.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 03-12-2020 | DATE DELIVERED: 03-19-2020 |
|---|---|---|---|

Case Style: 8:18-CV-2869, The Hurry Family Revocable Trt v Christopher Frankel
Transcript of Motion Hearing held March 11, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 82 | 4.85 | 397.70 | | | | | | | 397.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 397.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $397.70 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/Scott N. Gamertsfelder | DATE 03-19-2020 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# INVOICE

U.S. Legal Support, Inc.
4200 West Cypress Street
Suite 750
Tampa FL 33607
Phone:813-876-4722  Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120464967 | 4/16/2020 | 2131176 |
| **Job Date** | **Case No.** | |
| 4/3/2020 | 818CV02869VMCCPT | |
| **Case Name** | | |
| Cayman Securities Clearing and Trading, LTD vs. Christopher Frankel | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Banker, Esquire
Bush Ross, P.A.
PO Box 3913
Tampa FL  33601

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Christopher Frankel | 156.00 Pages | @ | 3.00 | 468.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Christopher Frankel | | | | |
| Exhibit | 291.00 Pages | @ | 0.50 | 145.50 |
| Exhibits:  Color | 3.00 Pages | @ | 1.25 | 3.75 |

| | |
|---|---|
| TOTAL DUE >>> | **$662.25** |
| AFTER 5/16/2020 PAY | $761.59 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 662.25 |

017847.00002
Approved by A. Flowers
Emailed on 04/24/20

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 813-224-9255   Fax:813-223-9620

*Please detach bottom portion and return with payment.*

David Banker, Esquire
Bush Ross, P.A.
PO Box 3913
Tampa FL  33601

| | | | |
|---|---|---|---|
| Job No. | : 2131176 | BU ID | :54-TAMPA |
| Case No. | : 818CV02869VMCCPT | | |
| Case Name | : Cayman Securities Clearing and Trading, LTD vs. Christopher Frankel | | |
| Invoice No. | : 120464967 | Invoice Date | :4/16/2020 |

**Total Due  :  $ 662.25**

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

**UNITED STATES DISTRICT COURT**
**For the Middle District of Florida**

INVOICE 20210357

| | |
|---|---|
| David Banker<br>Bush Ross, PA<br>1801 North Highland Avenue<br>Tampa, FL 33602 | **MAKE CHECKS PAYABLE TO:**<br>Rebekah M. Lockwood, RDR, CRR<br>Official Court Reporter<br>P.O. Box 173496<br>Tampa, FL 33672<br>(813) 317-8286<br>r.lockwooduscr@gmail.com<br>Tax ID: 81-3573268 |

| X CRIMINAL    __ CIVIL | DATE ORDERED: 04-09-2021 | DATE DELIVERED: 04-09-2021 |
|---|---|---|

In the matter of: 8:18-CV-2869, Cayman Securities Clearing and Trading, Ltd. v The Hurry Family Revocable Trust

Zoom Videoconference Final Pretrial Conference before Judge Covington, 4/30/2020

Approved by M. Medley
emailed on 4/9/21
17847.2

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | 28 | 1.20 | 33.60 | | 0.90 | | 33.60 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 33.60 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 33.60 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Rebekah Lockwood | DATE: 04-09-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

017847.00002

Approved by A. Flowers  emailed on 4/26/21

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| INVOICE | NUMBER 702 |
|---|---|

| TO: Harold D. Holder<br>Bush Ross, PA<br>1801 North Highland Avenue<br>Tampa, Florida 33601<br><br>PHONE:  (813) 224-9255<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL 33618<br><br>PHONE:  (440) 525-3855 |
|---|---|

### TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 04/23/2021 | DATE DELIVERED 04/24/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.  Case No. 8:18-CV-2869-VMC-CPT

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 103 | 0.90 | 92.70 | | | 0.00 | 92.70 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):  April 23, 2021 | TOTAL | 92.70 |
|---|---|---|
| pretrial hearing | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 92.70 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /S/ David J. Collier | DATE 04/24/2021 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER<br>713 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| Harold D. Holder<br>Bush Ross, PA<br>1801 North Highland Avenue<br>Tampa, Florida  33601 | David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL  33618 |
| PHONE: (813) 224-9255<br>FAX: | PHONE: (440) 525-3855 |

**TRANSCRIPTS**

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED<br>05/04/2021 | DATE DELIVERED<br>05/21/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

**CHARGES**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 194 | 3.65 | 708.10 | | | 0.00 | | | 0.00 | 708.10 |
| 14-Day | 430 | 4.25 | 1,827.50 | | | 0.00 | | | 0.00 | 1,827.50 |
| Expedited | 330 | 4.85 | 1,600.50 | | | 0.00 | | | 0.00 | 1,600.50 |
| Daily | 114 | 5.45 | 621.30 | | | 0.00 | | | 0.00 | 621.30 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): April 26, 2021 - April 30, 2021 | TOTAL | 4.757.40 |
|---|---|---|
| trial transcript | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 4.757.40 |

**ADDITIONAL INFORMATION**

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/S/ David J. Collier | DATE<br>05/19/2021 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

017847.00002
Approved by A. Flowers   emailed on 5/4/21

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER |
|---|---|
| | 705 |

| TO: Harold D. Holder<br>Bush Ross, PA<br>1801 North Highland Avenue<br>Tampa, Florida 33601 | MAKE CHECK PAYABLE TO:<br>David Collier<br>4305 Carrollwood Village Dr.<br>Tampa, FL 33618 |
|---|---|
| PHONE: (813) 224-9255<br>FAX: | PHONE: (440) 525-3855 |

## TRANSCRIPTS

| ☐ CRIMINAL ☑ CIVIL | DATE ORDERED 04/26/2021 | DATE DELIVERED 04/26/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 18 | 0.90 | 16.20 | | | 0.00 | 16.20 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | April 26, 2021 | TOTAL | 16.20 |
|---|---|---|---|
| excerpt of trial | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 16.20 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /S/ David J. Collier | 04/26/2021 |

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# COMPOSITE EXHIBIT B

017847.00002
Approved by A. Flowers
emailed on 5/4/21

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER |
|---|---|
| | 709 |

TO: Harold D. Holder
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33601

PHONE: (813) 224-9255
FAX:

MAKE CHECK PAYABLE TO:

David Collier
4305 Carrollwood Village Dr.
Tampa, FL 33618

PHONE: (440) 525-3855

## TRANSCRIPTS

| CRIMINAL | ✓ CIVIL | DATE ORDERED 04/28/2021 | DATE DELIVERED 04/28/2021 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 54 | 0.90 | 48.60 | | | 0.00 | 48.60 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | April 28, 2021 | TOTAL | 48.60 |
|---|---|---|---|
| excerpt of trial - redirect exam of Frankel | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 48.60 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /S/ David J. Collier | 04/28/2021 |

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

017847.00002

Approved by A. Flowers  emailed on 5/4/21

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| INVOICE | NUMBER |
|---|---|
| | 707 |

TO: Harold D. Holder
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida  33601

PHONE:  (813) 224-9255

FAX:

MAKE CHECK PAYABLE TO:

David Collier
4305 Carrollwood Village Dr.
Tampa, FL  33618

PHONE:  (440) 525-3855

## TRANSCRIPTS

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL | ☑ CIVIL | 04/28/2021 | 04/28/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
The Hurry Family Recovable Trust, et al. v. Christopher Frankel, et al.   Case No. 8:18-CV-2869-VMC-CPT

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 138 | 0.90 | 124.20 | | | 0.00 | 124.20 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | April 26, 2021 | TOTAL | 124.20 |
|---|---|---|---|
| excerpt of trial - direct exam of Frankel | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 124.20 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /S/ David J. Collier | 04/28/2021 |

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

  **Utah State Courts**

8/4/2021 1:31:24 PM
Date / Time          SALTLAKECOURT R

Transaction ID       159892635                                           $12.00    Amount

ID1                  3783702
Case Number          210903850
Case Payor ID        1073581411

Payment Summary :    Visa payment for $12.00.
Payment Acct Last4 : ********4936
Billing Name :       J Carter Anderson
Billing Address :    1801 North Highland Avenue
                     Tampa, FL 33602
Phone Number :       8132249255
Email Address :      taffleck@bushross.com

Signature _____

**Thank you for your payment.**

**Submitting a payment constitutes an agreement to pay the amount indicated.
Overpayments or Refunds cannot be refunded without a Court Order.**