# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  23-10365-GG
Case Style: The Hurry Family Revocable Trust, et al v. Christopher Frankel
District Court Docket No: 8:18-cv-02869-CEH-CPT

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10365

_____

THE HURRY FAMILY REVOCABLE TRUST,

SCOTTSDALE CAPITAL ADVISORS CORPORATION,

ALPINE SECURITIES CORPORATION,

*Plaintiffs-Counter Defendants-Appellees*

*Cross Appellants,*

*versus*

CHRISTOPHER FRANKEL,

*Defendant-Counter Claimant-Appellant*

*Cross Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cv-02869-CEH-CPT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 6, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: JUNE 16, 2026

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No.  23-10365

THE HURRY FAMILY REVOCABLE TRUST, SCOTTSDALE CAPITAL ADVISORS CORPORATION, ALPINE SECURITIES CORPORATION     vs.  CHRISTOPHER FRANKEL

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs.  FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs.  A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913.  However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court.  In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced.  Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | X | | 448 | 5 | 2,240 | $336.00 | $336.00 |
| Appellee's Brief | X | | 86 | 6 | 516 | $77.40 | $77.40 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | **TOTAL** | | $ 413.40 REQUESTED | $ $413.40 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature:  /s/ *Kristin A. Norse*

Date Signed:  May 20, 2026

Attorney Name:  Kristin A. Norse
(Type or print your name)

Attorney for:  THE HURRY FAMILY REVOCABLE TRUST, SCOTTSDALE CAPITAL ADVISORS CORPORATION, ALPINE SECURITIES CORPORATION
(Type or print name of client)

E-mail:  knorse@kmf-law.com

Phone:  813-229-1118

Street Address/City/State/Zip:  P.O. Box 3396, Tampa, FL 33601

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ $413.40     against  Appellants

and are payable directly to  Appellees

David J. Smith, Clerk of Court

ISSUED AS MANDATE: 6/16/2026

Issued on: _____

By:  /S/ Tresa A. Raines
Deputy Clerk

DATE:  6/16/2026

BOC Rev.: 6/17