UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HURRY FAMILY REVOCABLE
TRUST; SCOTTSDALE CAPITAL
ADVISORS CORPORATION; and
ALPINE SECURITIES
CORPORATION,                                    CASE NO.: 8:18-cv-02869-CEH-CPT

      Plaintiffs,

vs.

CHRISTOPHER FRANKEL,

      Defendant.

_____/

## JOINT MOTION TO DIRECT CLERK TO
## RELEASE FUNDS FROM REGISTRY OF COURT

Plaintiffs, The Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation ("Scottsdale"), and Alpine Securities Corporation ("Alpine") (collectively, "Plaintiffs") and Defendant, Christopher Frankel ("Frankel"), by counsel and pursuant to Local Rule 7.03(b), move this Court for the entry of an order directing the Clerk to release the cash security bond deposited in the court registry, along with the interest accrued on such deposit. In support of this motion, the parties state as follows:

Following the jury trial in this case, the Clerk of Court entered a Judgment in a Civil Case in favor of Alpine and Scottsdale for $932,000.00 ("Judgment"). Doc. 304. A copy of the Judgment was recorded in the Hillsborough County Public Records, and

Judgment Lien Certificates were filed with the Florida Department of State, Division of Corporations.

After the Judgment was entered, Frankel filed a Renewed Motion to Stay Execution and Discovery in Aid of Execution on Judgment and To Approve Security ("Renewed Motion to Stay"). Doc. 354. As a condition to the requested stay, Frankel proposed depositing $1,165,000 with the clerk of court in cash as security for the Judgment. *Id.* The Court granted Frankel's Renewed Motion to Stay [Doc. 379] and entered an order [Doc. 382] authorizing Frankel to deposit $1,165,000 with the Clerk of Court, directing the Clerk to accept Frankel's deposit, and directing the Clerk to place the funds in an interest-bearing money market account. The Court also ordered that, upon deposit of the funds, Alpine and Scottsdale's execution on the judgment would be stayed and that the Clerk would not release any portion of Frankel's deposit, except upon order of the Court. Doc. 382. On February 28, 2022, the Clerk received Frankel's deposit of $1,165,000 (the "Deposited Funds"). Doc. 385.

After the Court ruled on the parties' post-trial motions, Frankel appealed the judgment, and Plaintiffs filed a cross-appeal. Docs. 417 and 419.  On May 7, 2026, the Eleventh Circuit issued its opinion affirming the judgment, including the $932,000.00 damages award. Doc. 452. On June 16, 2026, the Eleventh Circuit issued its mandate. Doc. 456.[1]

---

[1] The Court's docket entry also states, "Stay lifted."

As of June 17, 2026, the Deposited Funds had accrued $215,862.87 in interest. A copy of a June 17, 2026 ledger received from the Clerk of Court is attached as **Exhibit A**. Those funds have continued to accrue interest daily.

Now that the Judgment has been affirmed on appeal and the Eleventh Circuit has issued its mandate, the parties seek an order from this Court directing the Clerk to disburse the Deposited Funds and all interest accrued on the Deposited Funds. The Judgment amount accounted for 80% of the Deposited Funds ($932,000 / $1,165,000=.80). Plaintiffs are entitled to the judgment amount ($932,000.00), plus the pro-rata amount of the interest earned on the Deposited Funds, *i.e.* 80% of the interest earned. The remainder of the Deposited Funds ($233,000.00) and 20% of interest earned on the Deposited Funds should be returned to Frankel.

WHEREFORE, the Parties respectfully request this Court enter an order (i) directing the Clerk to release $932,000.00 plus 80% of the interest accrued on the Deposited Funds to Plaintiffs c/o Turkel Cuva Barrios, P.A., 100 N. Tampa, Suite 1900, Tampa, Florida, 33602 via check made payable to Turkel Cuva Barrios P.A. Trust Account; (ii) directing the Clerk to release $233,000.00 plus 20% of the interest accrued on the Deposited Funds to Frankel c/o Bush Ross, P.A., 1801 North Highland Ave., Tampa, Florida 33602 via check made payable to the Bush Ross Trust Account; (iii) directing Plaintiffs to record a satisfaction of the Judgment in the Hillsborough County public records; (iv) directing Plaintiffs to terminate the Judgment Lien Certificates filed with Florida Department of State, Division of Corporations; and (v) granting such further relief as the Court deems just and proper.

/s/ David A. Hayes
Kenneth G. Turkel – FBN 867233
kturkel@tcb-law.com
David A. Hayes – FBN 96657
dhayes@tcb-law.com
TURKEL CUVA BARRIOS P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193

-and-

Kristin A. Norse - FBN 0965634
KNorse@kmf-law.com
Katherine Earle Yanes - FBN 0159727
KYanes@kmf-law.com
KYNES, MARKMAN
 & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601
Tel: (813) 229-1118
Fax: (813) 221-6750
*Attorneys for Plaintiffs*

/s/ J. Carter Anderson
J. Carter Anderson (Fla. Bar. No. 0143626)
Harold D. Holder (Fla. Bar No. 118733)
David C. Banker (Fla. Bar. No. 352977)
BUSH ROSS, P.A.
1801 N. Highland Avenue
Tampa, Florida 33602
Phone: 813-224-9255
Fax:    813-443-2193
Primary: canderson@bushross.com;
hholder@bushross.com
dbanker@bushross.com
Secondary: lfowler@bushross.com
ksalter@bushross.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2026, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ David A. Hayes
Attorney

4